Revised 03/06 WDNY



**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT**
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

24 CV 19 -S

**A.     Full Name of Plaintiff:  NOTE**: *If more than one plaintiff files this action and seeks in forma pauperis status, **each plaintiff** must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

JASON WILLIAM LANG

-vs-

**B.     Full Name(s) of Defendant(s) NOTE**: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.  Add a separate sheet, if necessary.*

1. HILLARY RODHAM CLINTON
2. ANDREW MARK CUOMO
3. BARACK HUSSEIN OBAMA
4. JOSEPH ROBINETTE BIDEN JR.
5. DONALD JOHN TRUMP
6. JAMES COMEY
7. See Exhibit A.

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections **MUST** be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: Pursuant to 18 USC §§ 1964 (a),(b),(c) and 28 USC § 1331. Venue is proper under section 18 USC § 1965 (a)(b) and 28 USC § 1391 (a)(b) and personal jurisdiction under § 1965 (a) because they reside or conduct business or jurisdiction or have agent in jurisdiction under § 1965 (b) under § 1391 (a)(b)

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: 28 USC § 1391 (a), a substantial part of events occurred in Western District of New York (Erie & Niagara County)

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: Violation of civil rights using fraud under 42 USC §§ 1983, 1985, 1986 & 28 USC § 1343 parts of claim occurring under substantial protections under equal protections afforded to plaintiff to life, liberty, & pursuit of happiness & recovery damages resulting from attempted murder & DOT willfully ignoring complaints to use non DOJ to attack plaintiff & case

Exhibit A

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK**

**JASON W LANG,**

**PLAINTIFF**

**-AGAINST-**                                                          **INDEX NO.**

**HILLARY CLINTON**

**JOE BIDEN**

**BARACK OBAMA**

**DONALD TRUMP**                   *already named*
                                                    *on form*
**JAMES COMEY**

**ANDREW MCCABE**

**CHRISTOPHER WRAY**

**DANIEL BARRANCOTTA**

**AMANDA SHUFELT**

**JOHN OTTAVIANO**

**STEVEN ABBOTT**

**JAY INSLEE**

**GAVIN NEWSOM**

**ADAM SCHIFF**

1

Exhibit A

ANDREW CUOMO

KATHY HOCHUL

SEAN BOSI

MANUEL SANTOS

COLLEEN PETTIT

ADRIQN ADAMUS JR

CHIANZO CUNNINGHAM

SCOTT P. CHAMBERLAND

RICK FERRON

BRYAN MACCULLOCH

JOHN FASO

DANIEL STAPLETON

REBECCA TOWN

JOSEPH BESL

KENNETH ARGONA

JASON CARAFELLA

RUDOLPH CONTRERAS

MERRICK GARLAND

BILL GATES

Exhibit A

**DALE YAEGER**

**JOEL ANZALONE**

**ADTIAN AFAMUS JR**

**DR. PATRICK O'SHAUGNESSY**

**MEGYN KELLY**

**HORATIO CAPOTE**

**BENNETT MYERS**

**MAN IMPERSONATING THOMAS R DONOVAN SR**

**C. LUCINSKI**

**DALE YAEGER**

**DR. JOSEPH BESL, NIAGARA FALLS MEMORIAL MEDICAL CENTER**

**KENNETH ARGONA**

**JUSTIN WELK, NIAGARA COUNTY MENTAL HEALTH**

**JOE PESCI**

**CHEECH MARIN**

**FRANCESCA FALZONE**

**ADAM SANDLER**

**STUART MUMMA**

**MICHAEL FLYNN**

3

Exhibit A

DA THAT PROSECUTED STUART MUMMA

HONORABLE THOMAS DEMILLO

GEO AVAK, LGM TRANSPORT INC.

MARK ZUCKERBERG, FOUNDER CHAIRMAN CEO FACEBOOK

CC CARON

DAN BONGINO,

LEONARD P. VANEVER JR., DRIVER FOR LGM TRANSPORTATION

DEB LIU, CEO OF ANCESTRY

VICTOR, NYSDOCCS PAROLE OFFICER IN NIAGARA COUNTY

THOMAS LARRY

WILLIAM RANDOLPH HEARST III

BRADLEY MORROW

GOMEZ CHP BADGE. 17900

JANE DOE WITH DEAD SON IN MONROE. WA PLAINTIFF USED THOMAS DONOVAN'S NAME ON

JOHN DOE UPS WORKER WITNESS TO PLAINTIFF USING THOMAS DONOVAN'S NAME ON THE LADY

MCKENZIE PENQUE

JOHN ROESSLER

DEFENDANTS

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Jason William Lang

Present Address: 186 Fawley Court, Lockport, NY 14094

Name of Second Plaintiff: ~~~~

Present Address: ~~~~

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Hillary Rodham Clinton

Official Position of Defendant (if relevant): Presidential Candidate & Beneficiary to Hillary & Company

Address of Defendant: Post Office Box 5256, New York, NY 10185

Name of Second Defendant: Donald Trump

Official Position of Defendant (if relevant): President & Presidential Candidate

Address of Defendant: 1100 S. Ocean Blvd. Palm Beach, FL 33480

Name of Third Defendant: John Ottaviano

Official Position of Defendant (if relevant): Judge

Address of Defendant: PO Box 484, Lockport, NY 14094

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

Yes ☐    No ☒

**If Yes, complete the next section.** NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

Plaintiff(s): _____

2

Defendant(s):_____

_____

2.    Court (if federal court, name the district; if state court, name the county):_____

_____

3.    Docket or Index Number:_____

4.    Name of Judge to whom case was assigned:_____

5.    The approximate date the action was filed:_____

6.    What was the disposition of the case?

Is it still pending?  Yes [  ]  No [  ]

If not, give the approximate date it was resolved._____

Disposition (check those statements which apply):

[  ]  Dismissed (check the statement which indicates why it was dismissed):

[  ]  By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

[  ]  By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

[  ]  By court due to your voluntary withdrawal of claim;

[  ]  Judgment upon motion or after trial entered for

[  ]  plaintiff

[  ]  defendant.

---

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action.  You **must** include a statement of the facts which you believe support each of your claims.  In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief."  "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted.  Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial."  Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

**A. FIRST CLAIM:** On (date of the incident) September 2015 Defendants Barak Obama defendant (give the **name and (if relevant) the position held** of **each defendant** involved in this incident) Hillary Clinton conspired to use fraud calling Plaintiff foreign to obtain FISA technology to target her in violation to 50 USC § 1881 (b) to case damages to get Hillary Clinton & Company elected & after she lost to continue using fraud to avoid culpability to election interference for 9 years almost 10 non stop me continuous Injury. 5

did the following to me (*briefly state what each defendant named above did*): In a Conspiracy using the escape from Clinton Correctional facility in 2018 Defendants used fraud to cause damages to Plaintiff for Hillary Clinton & company while causing damages to Plaintiff & his family for election interferance to use him and an inmate named THOMAS DONOVAN who Plaintiff knows before he died who asked him to use lists of fake serial killed unrelated to him dead. He since died as did Plaintiff matt murder in election interferance and electrocuted and monitored over same technology

The federal basis for this claim is: violation of civil rights & constitutional rights to life liberty & pursuit of happiness by violation of 50 USC 1881 (b) & freedom of imprisonment. I was electrocuted, raped & Assaulted to this,

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:* Award damages of $4,002.00 a day it illegally targeted As well as immediate injunction to use of FISA targeting Plaintiff and other americans.

---

**B. SECOND CLAIM:** On (*date of the incident*) Oct 2018 ,

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) Amanda Shufelt, Daniel Barrancotta

did the following to me (*briefly state what each defendant named above did*): Amanda Shufelt is a informant that upon info & belief & hearsay learned about the FISA & lied to Plaintiff about being pregnant to get him to marry her, causing damage. Her cousin lied in a report he smacked her, & Plaintiff took to trial. Subpeaning Obama & FISA Recording from alleged incident & nobody came to court. Barrancotta allegedly killed Troy Hodge & claimed he hallucinated what Plaintiff reported hearing & reported as a threat to him, this was denied.

The federal basis for this claim is: Cruel & unusual punishment, double jeopardy, electrocuted by FISA technology

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:* $4,002.00. a day for everyday under illegal FISA targeting as well as a marriage annullment between Plaintiff & Amanda Shufelt

---

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

**6. SUMMARY OF RELIEF SOUGHT**

*Summarize the relief requested by you in each statement of claim above.*

$4,002.00 a day + $4,002.00 a day for every day targeted by FFSA technology as well as a memory involvement between him and Amanda Affini.

Do you want a **jury trial**?  Yes ☒, No ☐

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on _January 3, 2024_
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Signature(s) of Plaintiff(s)

**TABLE OF CONTENTS**

**-Cover**

**-TABLE OF CONTENTS**

**1-RICO COMPLAINT FOR FRAUD**

**5-SUMMARY OF THE CASE COMPLAINT AND DEMAND FOR TRIAL BY JURY**

**7-JURISDICTION AND VENUE**

**9-PARTIES**

**17-FACTS AND DEMAND FOR DAMAGES**

**EVIDENCE**

**1-AA-** EVIDENCE PLAINTIFF IS INDIGENT, RECEIVES SUPPLEMENTAL AND  SOCIAL SECURITY

INCOME, YEARLY AMOUNT OF INCOME, FOR REQUEST FOR COUNSEL FOR PLAINTIFF.

**2-PAGE 20. #76.-** RECREATION OF THOMAS DONOVAN'S 3 LISTS OF FALE SERIAL KILLED

WOMEN AS WELL AS LETTER HE MAILED TO PLAINTIFF.

**3-PAGE 27. #83-** POLICE REPORT TO NIAGARA FALLS POLICE WHILE DEFENDANT SHAWN

BOSI WORKED NIAGARA FALLS PILICE THAT WAS THROWN OUT, AS WELL AS PLAINTIFF'S

IDENTIFIED ETHNICITY.

**4-PAGE 27.A. #83-** PLAINTIFFS WASHINGTON STATE DEPARTMENT OF CORRECTIONS

INFORMATION KNOWN TO DEFENDANTS AT THE TIME FISA TECHNOLOGY STARTED

TARGETING HIM ILLEGALLY AND WITHOUT MERIT OR FAIRNESS OR GIVEN HIS

CONSTITUTIONAL RIGHTS, TO USE HIM TO CAUSE DAMAGES WHILE CAUSING HIM

AND HIS FAMILY DAMAGES.

**5-PAGE 35. #94-** SCREENSHOT OF PLAINTIFFS COPY OF THE RAPE REPORT HE FILED PRIOR TO

HEARING DEFENDANT SHAWN BOSI VIA FISA CLAIMING TO BE INVESTIGATING WHETHER OR

NOT PLAINTIFF IS A HOMOSEXUAL ALONG WITH OTHER PEOPLE DEFENDANTS USE AFTER USING

SAID FISA TECHNOLOGY TO RAPE PLAINTIFF BY DEFENDANT JOEL ANZALONE, THEN UAING AN

ALLEGED MALE POSING AND TALKING LIKE A WOMAN (WHO NOW TALKS LIKE A STEREOTYPICAL

HOMOSEXUAL.

**6-PAGE 46. #100** PLAINTIFF IN MONROE CORRECTIONAL CENTER THE DAY HE SAW THOMAS DONOVAN,

PHYSICALLY, THE LIVING, BREATHING THOMAS R. DONOVAN JR. NYSDOCCS DIN. 10-A-4293, MOVED TO

MONROE, WA, AFTER PLAINTIFF USED HIS NAME ON A LADY WITH A DEAD SOM THAT DIED IN

CALIFORNIA. PLAINTIFF KNOWS THOMAS DONOVAN FROM INCARCERATION AT CLINTON CORRECTIONAL

FACILITY 2011-2012.

**7-PAGE 46.A #100** SCREENSHOT OF BOTH HIA RELEASE FROM MONROE CORRECTIONAL CENTER, AND

FROM WASHINGTON DEPARTMENT OF CORRECTIONS IN 2015 SEPTEMBER, AFTER FISA TECHNOLOGY

HAD STARTED AND HAD ALREADY ELECTROCUTED PLAINTIFF ONCE OR TWICE, WITH CONSCIOUS

SHOCKING PAIN VIA ELECTROCUTION WHILE DEFENDANT BARACK OBAMA TOLD PLAINTIFF TO GET

ON THE HROUND SEVERAL TIMES, AND BELITTLING HIM BY TELLING PLAINTIFF TO SAY HE LOVES THE

GROUND.", WHICH WAS A WALMART PACKING LOT. WHICH HE ALSO  DEMANDED PLAINTIFF KISS.

**8-PAGE 50. EXHIBIT #103-** 63 PAGE BUT SAYS 62, PLAINTIFF BELIEVES. HE MAYBE MISCOUNTED .

OF MEDICAL REPORTS ON THE 5 JUNE 2018 ATTEMPTED MURDER AS WELL AS REPORTS THAT WERE

ALTERED DUE TO PLAINTIFF ASKING FOR THEM TO ALTER THEM OUT LOUD VIA FISA AND TO GO KILL

THE PERSON WHO TRIED TO MURDER PLAINTIFF, BEFORE FILING A MURDER REPORT, WITHOUT

KNOWLEDGE THAT THE REPORTS  HAD BEEN CHANGED AT SOME POINT, DUE TO HIS SAYING THAT

OR HIS POLICE REPORT. BOTH ILLEGAL. SPECIFICALLY BECAUSE PLAINTIFF SUBMITTED A REQUEST THAT

THEY BE CHANGED BACK TO THE TRUTH THAT HE HAD DIED THAT NIGHT. TWO REPORTS HAVE THE

EVIDENCE THAT PLAINTIFF IS AWARE OF. BOTH HIS ETHANOL LEVELS AND REPORTS CLAIMING PLAINTIFF

WAS ASSAULTED AND HAD TO BE REVIVED FROM DEATH.

**9-PAGE 55. #106** PLAINTIFFS ENTIRE CASE AND APPEAL FOR DAMAGES SUSTAINED IN WHICH HE

BELIEVES HE WAS NOT ONLY WRONGFULLY DENIED BUT DENIED AS PART OF A CONSPIRACY TO

DELEGITIMIZE PLAINTIFFS COMPLAINTS OF FISA TECHNOLOGY, TO MAKE HIM SEEM AS IF HE

HAS MENTAL HEALTH ISSUES, AND IS WHY THEY LIE ABOUT HAVING HIIPA POWER OVER

PLAINTIFF.

**10-PAGE. 57 #109** FAKE THOMAS R DONOVAN JR THAT PLAINTIFF KNOWS, WITH THE SAME

BALD HEAD AND SAME SUNGLASSES THAT PLAINTIFF PHYSICALLY WATCHED THE DONOVAN

PLAINTIFF KNOWS, IN A MUSIC VIDEO SOMETIME AFTER MOVING BACK TO NEW YORK FROM

WASHINGTON WHERE THEY TRIED TO LEGITIMIZE GIVING PLAINTIFF THE DEATH PENALTY

USING FRAUDULENT CLAIMS AND THEN SEEMINGLY  INVESTIGATING THEM AS PLAINTIFF

HAD EXPOSED THEIR CLAILA AS LIES SINCE 2015. IN WHICH DEFENDANTS  FRAUDULENTLY CLAIM

PLAINTIFF IS A WILLING PARTICIPANT IN IMPLYING HE USES THEM AND USING THEM IN HIS

BUSINESS CONSTITUTES THEIR OWNERSHIP OVER PLAINTIFF'S MARIJUANA COMMODITY AND

THUSLY CLAIMING TO NOT USE FRAUD IN ANY FORM AGAINST PLAINTIFF, DESPITE THE FACT

THAT IN ITSELF SAID TECHNOLOGY IS A WEAPON, AND AGAINST PLAINTIFF'S WILL AND RIGHTS

AS WELL AS THE FACT THAT THEY ARE LYING AND HAVE NOT ONLY NOT CONTRIBUTED,

BUT HAVE BEEN USING THAT FRAUD AND OTHER TO CAUSE PLAINTIFF AND TYPE OF DAMAGES.

**11-PAGE. 63 #113** PLAINTIFF'S FRIEND HE WAS INCARCERATED WITH NAMED DORIAN MORGAN WHO

LOOKS LIKE THOMAS R DONOVAN SR. KIND OF IN BODY SHAPE AND SIZE BUT NOT IN THE FACE.

HE LOOKED LIKE THOMAS DONOVAN JR  AND HIS BROTHER ROBERT DONOVAN BOTH DID.

**12-PAGE. 64 #114** DEATH REPORT OF THOMAS R DONOVAN JR BY NEW YORK STATE

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION WITH REDACTED EVENTS THAT

PLAINTIFF KNOWS ABOUT AND HAS MADE THE COURT AWARE OF, AS WELL AS FRAUDULENT

STATEMENT SUCH AS HIS MOTHER IS DEAD AND HIS BROTHER IS IMPLIED ALIVE, ALTHOUGH

PLAINTIFF HAS HIS OBITUARY AND UPON INFORMATION AND BELIEF HAS HEARD HIMSELF

IDENTIFIED AS THOMAS R DONOVAN JR AND HIS LITTLE BROTHER ROBERT W DONOVAN

BETWEEN DEFENDANTS USING THE LADY WITH THE DEAD SON TO LIE THAT PLAINTIFF GAVE

A NAME FOR HIMSELF. AS IF PLAINTIFF DIDN'T CALL HIM A "FRIEND" AND INSTEAD CALLED

HIM "BRO" OR OTHER VERNACULAR PEOPLE BELIEV CONVICTED SKINHEADS CALL EACHOTHER.

**13-PAGE. 65 #116** PLAINTIFF'S BIOLOGICAL AND ONLY MOTHER HE HAS, ( WHICH DEFENDANTS

CONTEND BY CALLING THE LADY WITH THE DEAD SON HIS MOTHER, AND WHO CONTENDS THAT SHE

HAS POWER OF ATTORNEY AND HIIPA CONTROL OVER PLAINTIFF) WROTE OUT A STATEMENT THAT

SHE DOESN'T USE THE POWER OF ATTORNEY, NOR HAS SHE USED THE POWER OF ATTORNEY TO BE

USED AT ALL EXCEPT FOR AN ATTORNEY SHE GOT FOR PLAINTIFF BOTH IN 2011 AND IN 2013.

PLAINTIFF HAS THE ORIGINAL HE GOT BACK FROM HER NOT ONLY TORE IT UP BUT KEOT COPIES OF IT

TORN UP WHICH HE HAS POSTED AND MADE PEOPLE AWARE OF.

**14- PAGE.A  65 #116** COPY OF THE POWER OF ATTORNEY THAT PLAINTIFF HAD TORN AND POSTED

REFERENCED ABOVE. 3 SHEETS.

**15- PAGE. 68 #117** 2 SHEETS MAKING KATHY HOCHUL AWARE OF THE FISA TARGETING PLAINTIFF

AND ITS CONTENT WHEN SHE WAS RUNNING FOR LT. GOVERNOR.

**16- PAGE. 71 #121** COPY OF THE LETTER PLAINTIFF MAILED TO DEFENDANT RUDOLPH CONTRERAS.

**17- PAGE. 71 A #121** COPY OF THE LETTER PLAINTIFF RECEIVED BACK FROM RUDOLPHO CONTRERAS

LETTING PLAINTIFF KNOW THAT DEFENDANTS WERE AWARE OF PLAINTIFF MAKING SERIOUS INQUIRIES.

WITH INTENT TO FILE A RICO.

**18- PAGE.  76 #113** PHOTO OF A SCREENSHOT WHERE PLAINTIFF DIED, THAT WAS VISIBLE TO A

HOMELAND SECURITY CAMERA FROM WHICH PLAINTIFF WAS SEEN DEAD HE BELIEVES BASED ON

INFORMATION AND BELIEF, AND COVERED UP WITH FRAUDULENT AMBULANCE REPORTS IN ANOTHER

PART OF NIAGARA FALLS. THIS PHOTO WAS TAKEN IS AN AREA 100 YARS OR LESS FROM WHERE

PLAINTIFF HAD BEEN LIVING IN NIAGARA FALLS, NY. PLAINTIFF WAS NOWHERE NEAR THE WAGON
WHEEL THAT DAY EXCEPT TO PASS IT BY BUS WITH A FRIEND HE HAD BEEN DRINKING WITH ON A
RUN TO THE LOQUOR STORE AND BACK TO 19TH STREET, WHERE PLAINTIFF WALKED TO HIS FRIENDS
BEFORE BEING ASSAULTED. THIA PHOTO WAS TAKEN AFTER PLAINTIFF FILED THE POLICE REPORT
AND THE FRAUDULENT HOSPITAL REPORTS STATED HE HAD BEEN IN A FLOWER BED. THIS PHOTO
SHOWS CONSTRUCTION IN WHICH THE FLOWER BED WAS DELIBERATELY REMOVED.

**19- PAGE 76 A #123** SCREENSHOT PHOTO OF THE ACTUAL CONSTRUCTION WHICH PLAINTIFF BELIEVES
WAS POINTLESS AND DONE PREMATURELY BEFORE ANY OTHER AREA SO AS TO TAKE THE FLOWER BED
OUT.

**20- PAGE 76 B #123** SCREENSHOT PHTO OF THE FLOWER BED THAT PLAINTIFF DIED IN, STILL SLIGHTLY
PARTED BUSH ON WHICH PLAINTIFF REMEMBERS LOOKING AROUND IN AND UP AT A STOP SIGN  FROM
BEFORE WAKING UP IN A HOSPITAL BED BECAUSE HE COULD NOT BREATHE WITH A NEW KIND OF MASK
THAT'S GLUED OR STUCK TO HIS FACE SOMEHOW.

**21- PAGE 76 C #123** SCREENSHOT PHOTO OF THE HOMELAND SECURITY CAMERA.

**22- PAGE 109 #154** COMPLAINT TO LETITIA JAMES PRIOR TO HER FILING SUIT ON TRUMP RATHER THAN
PLAINTIFF'S CASE, FOR PURSUING A BASELESS ONE. POSSIBLY ATTEMPTING TO BELITTLE PLAINTIFFS
FUTURE LITIGATION INVOLVING THIS ASPECT OF FISA USING CITIZENS AND AVOIDING CULPABILITY TO
THEIR ACTIONS OUTSIDE OF THE LAW, WHICH PLAINTIFF BELIEVES THEY LOOK AT AS POLICY SO AS TO
CHANGE THE LAW. AS HUEY P NEWTON SAID.

**23- PAGE 109 A #154** CONTRACT BETWEEN DEFENDANT DALE YEAGER AND PLAINTIFF TO PROVIDE
SPECIALIZED INVESTIGATION FOR PLAINTIFF RELATED TO NEFARIOUS AND ILLEGAL ACTIONS AGAINST
HIM. WHICH PLAINTIFF ASSERTS IS DIRECTLY IN REGARD TO NAMES OF PEOPLE USING SURVEILLANCE TO
TARGET HIM FOR A LAWSUIT THAT PLAINTIFF HAD TYPED OUT ALREADY AND NEEDED NAMES OF THE
AGENTS THE DEFENDANTS ARE USING, AND BEING PAID FOR THE USE OF DEFENDANTS FRAUD ABOUT

PLAINTIFF AND PLAINTIFF'S FAMILY AND PEOPLE HE KNOWS.

**24- PAGE 109 B #154** PLAINTIFF'S ETHNIC DNA TAKEN VIA ANCESTRY DNA TEST WHICH BOTH THE

FEDERAL GOVERNMENT AND THE STATES OF NEW YORK AND WASHINGTON DEPARTMENTS OF

CORRECTIONS HAVE, AND ARE AWARE OF. AS WELL AS THE FACT THAT IT WAS RECENTLY ALTERED TO

CAUSE DAMAGES TO PLAINTIFF USING THE POLITICS OF KAZAIRA. THEY DON'T CALL THE RUM EMPIRE

DESCENDANTS WITH DNA EVIDENCE "MUSLIM", NOR ANCIENT ROMANS "CATHOLICS".

**25- PAGE 109 C #154** PLAINTIFF'S 42 USC §1983 AND PROOF DEFENDANTS TRIED GETTING RID OF A WAY

TO RESOLVE CIVIL RIGHTS VIOLATIONS USING A §1983 AFTER PLAINTIFF TYPED THE §1983 AND

CONTACTED DEFENDANT DALE YEAGER.

Evidence p.109. ethnicity estimate by Ancestry.com

**SUMMARY OF THE CASE COMPLAINT AND DEMAND FOR TRIAL BY JURY**

1. THIS IS A RICO ACTION BROUGHT BY THE PLAINTIFF, AN AMERICAN CITIZEN AND CONVICTED FELON, FOR DEFENDANTS CONSPIRACY TO COMMIT FRAUD TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT (FISA) TECHNOLOGY, FRAUDULENTLY USING PLAINTIFFS SELF REPORTED NYSDOCCS HISPANIC ETHNICITY DELIBERATELY IGNORING HIS WADOC SELF REPORTED ETHNICITY OF CAUCASIAN, TO NOT ONLY CAUSE DAMAGES BUT TO USE PLAINTIFF IN ELECTION INTERFERENCE AGAINST THE DONALD TRUMP CAMPAIGN FROM JUNE 2015 TO PRESENT DAY, AND GET AWAY WITHOUT ANY WITNESSES TO USE OF FRAUD, FOR DEFENDANTS' HILLARY CLINTON & COMPANY. CAUSING DAMAGES WITH AND BOTH ON & OFF FOREIGN INTELLIGENCE SURVEILLANCE ACT COURT TECHNOLOGY, BY USING REMOTE ELECTROCUTION TO CAUSE DAMAGES AND TARGETING AMERICANS AND THOMAS R. DONOVAN JR. WHO WAS USED TO START SAID SURVEILLANCE ALLEGEDLY BORN IN GERMANY AND BEING COVERED UP BY DEFENDANTS USING FRAUD TO CLAIM HE WAS BORN IN MOUNT KISCO, NEW YORK. USING FRAUD TO CAUSE INJURY, SLANDER, DISPARAGEMENT. KNOWINGLY AND DELIBERATELY PAYING DEFENDANTS TO DEPRIVE PLAINTIFF'S CONSTITUTIONAL RIGHTS VIA FRAUDULENT WIRE TRANSFER, TO STRIP PLAINTIFF OF CONSTITUTIONAL RIGHTS, INSTEAD OF UPHOLDING THEIR OATH IN PROTECTING PLAINTIFF'S CONSTITUTIONAL RIGHTS, HIS BY NATURAL BIRTH , CAUSING DAMAGES DELIBERATELY, USING THE PERPETUATION OF LIBEL IN FISA APPLICATIONS AGAINST PLAINTIFF, PER SAY; OUT LOUD AND OVER RECOGNIZED MEDIA PLATFORMS,  NOT FISA TECHNOLOGY; CALLING PLAINTIFF A "MEXICAN RAPIST", WHICH WAS REPEATED SEVERAL TIMES BY SEVERAL DIFFERENT POLITICIANS IN DIFFERENT PARTIES AND PROMULGATED USING FRAUD WITH PLAINTIFF'S EX GIRLFRIEND/WIFE DONEVA ROBINSON AND HIS LITTLE BROTHER ROBERT ANDREW LANG, TO

5

JUSTIFY UNCONVENTIONAL SPYING ON AND ELECTROCUTING, AND DEPRIVING PLAINTIFFS RIGHTS TO FREEDOM FROM ILLEGAL SEARCH TO CRUEL AND UNUSUAL PUNISHMENT AND DENIAL OF DUE PROCESS USING FISA TECHNOLOGY TO ELECTROCUTE PLAINTIFF USING FISA TECHNOLOGY AGAINST HIS WILL AND RIGHTS. IN VIOLATION OF 50 USC §1881(B). BY WHAT PLAINTIFF BELIEVES , BASED UPON INFORMATION AND BELIEF IS TESLA TECHNOLOGY, CAUSING DAMAGES AS WELL AS USED BY DEFENDANTS IN CONSPIRING TO COVER UP DEFENDANTS ACTIONS FROM THE PUBLIC WHO DO NOT HAVE ACCESS TO FISA COURT INFORMATION. THAT IS POLICY TO BE DELIBERATELY WITHHELD BY A COURT NOT SUBJECT TO FREEDOM OF INFORMATION LAWS, AND SO ARE. COMMITTING DELIBERATE FRAUD TO CAUSE LIFE THREATENING DAMAGES AND BUSINESS DAMAGES WITH DELIBERATE INTENTIONS TO CAUSE A LOSS OF LIFE AND DAMAGES THEREBY AND THEREIN WITHOUT CHECK AND WITHOUT PUBLIC OVERSIGHT, AS WELL AS USING PLAINTIFF AND THOMAS DONOVAN AND LISTS OF FAKE SERIAL KILLED WOMEN TO LIE TO DONALD TRUMP IN 2015 WHILE RUNNING AS A REPUBLICAN CANDIDATE AND ACTING AS IF GIVING HIM AND OTHERS THAT THE DEFENDANTS CALL MOB AS IF THAT IS THE REASON THEY ARE TARGETED BY SAID SURVEILLANCE AND WHAT DEFENDANT BARACK OBAMA HAS CALLED BOTH "CORRESPONDENCE" AND "NOBODY IS UNDER ANY INVESTIGATION", BUT SHARING WHAT THEY IMPLY IS SENSITIVE AND CONFIDENTIAL INFORMATION OF PLAINTIFF ALLEGEDLY BEING A CONFIDENTIAL INFORMANT, ON THOMAS DONOVAN, AND THREE LETTERS, BY DEFENDANTS WHO NEVER ARTICULATE EXACT CHARGES, TO USE PLAINTIFF TO INTERFERE IN THE SUBSEQUENT ELECTIONS, IN SEPARATE PREDICATE ACTS; IN 2016, THE MIDTERM ELECTION, THE 2020 ELECTION AS WELL AS THE 2023 ELECTION, WHILE CLAIMING IT IS ABOUT CATCHING PLAINTIFF CONSPIRING MURDER ON MEMBERS OF HIS FAMILY, TO CATCH AND APPREHEND HIM, WHILE ALSO ELECTROCUTING PEOPLE AND PLAINTIFF AND IMPLYING INSTEAD

IT WOULD BE BY MURDER BY ELECTRICITY PLAINTIFF WOULD BE SENTENCED TO, WHILE

CAUSING SEVERAL MURDERS BY SAID TECHNOLOGY THAT PLAINTIFF EXPOSED ON SOCIAL

MEDIA AND TRIED REPORTING TO DEFENDANTS, AND CONTINUALLY CAUSING  DAMAGES  TO

PLAINTIFF, WHICH HAS CONTINUED SINCE THE DEPARTMENT OF JUSTICE ADMITTED TO

USING FRAUD ON FISA APPLICATIONS (THAT WERE CALLED "WARRANTS", FRAUDULENTLY

TO IMPLY THEY ARE OBTAINABLE VIA FREEDOM OF INFORMATION LAWS AND

CONSTITUTIONAL RIGHTS WERE GUARANTEED, AND ALLOWED DEFENDANTS, IN COURT IN

DIRECT CONTRADICTION TO THE PURPOSE OF FISA COURT, AND DELIBERATE FRAUD IN A

CONGRESSIONAL HEARING ANSWERING FOR THE DURHAM REPORT, AND THE

WEAPONIZATION OF THE FISA ,AND FEDERAL BUREAU OF INVESTIGATION, FRAUDULENTLY AND

KNOWINGLY CLAIMING THAT 'SECTION 702' JUSTIFIES THE TARGETING AMERICANS IN

DIRECT CONTRADICTION TO 50 USC §1881(B), SEVERAL SECTIONS BELOW HIS STATED

JUSTIFICATION FOR TARGETING AMERICANS, SUBSEQUENTLY CLAIMING THAT THE CONTINUED

USE OF FOSA TECHNOLOGY TO TARGET PLAINTIFF IS LEGAL, ALTHOUGH PLAINTIFF DOES NOT

ASCEED ANY POWER OVER HIMSELF BY ANYONE WHO HAS BEEN TARGETED IN HIS FAMILY NOR

ANYONE IN THE DEPARTMENT OF JUSTICE, AS AN AMERICAN CITIZEN BEING TARGETED
AGAINST

HIS WILL AND RIGHTS, TO SUBVERT THE UNITED STATES CONSTITUTION AND USURPING THE

SUPREME LAW OF THE LAND, WHIL ALSO CLAIMING THEY HAVE DIVINE POWER OVER PLAINTIFF

AND THAT PLAINTIFF ALSO HAS DIVINE POWER ISING CATHOLIC DOGMA.. DAMAGES,  ALL

OF WHICH PLAINTIFF SEEKS COMPENSATION FOR FROM DEFENDANTS DELIBERATE AND

KNOWING ACTIONS TO CAUSE DAMAGE TO PLAINTIFF AND PLAINTIFFS BUSINESS AND FAMILY.

## JURISDICTION AND VENUE

7

2. <u>CIVIL RICO</u> THIS COURT HAS JURISDICTION OVER THIS MATTER PURSUANT TO 18 USC §1964(a),(b),(c). AND 28 USC §1331. VENUE IS PROPER IN THIS FORUM PURSUANT TO 18 USC § 1965(a),(b)., AND 28 USC §1391(a),(b). VENUE AND PERSONAL JURISDICTION IS PROPER UNDER SECTION 1965(a) BECAUSE DEFENDANTS RESIDE, ARE FOUND, HAVE AN AGENT, OR TRANSACT THEIR AFFAIRS IN THIS DISTRICT. VENUE AND PERSONAL JURISDICTION IS ALSO PROPER UNDER §1965(b) IN THIS FORUM BECAUSE THE WNDS OF JUSTICE REQUIRE THAT ANY DEFENDANT RESIDING IN ANOTHER DISTRICT BE BROUGHT BEFORE THIS COURT. VENUE IS PROPER UNDER §1391(a),(b) IN THAT A SUBSTANTIAL PART OF THE EVENTS OR OMISSIONS GIVING RISE TO THE CLAIM OCCURRED IN THIS DISTRICT. VENUE IS ALSO PROPER UNDER PRINCIPALS OF PENDENT VENUE BECAUSE ALL CLAIMS ARISE OUT OF THE SAME NUCLEUS OF OPERATIVE FACTS.

3. <u>PERSONAL JURISDICTION</u> VENUE IS APPROPRIATE IN THIS COURT PURSUANT TO 28 USC § 1391(a), AS A SUBSTANTIAL PART OF THE EVENTS GOVING RISE TO THE CLAIMS OCCURRED IN THIS DISTRICT, AND DEFENDANTS ARE SUBJECT TO PERSONAL JURISDICTION IN THIS DISTRICT, HAVING HAD MORE THAN MINIMUM CONTACT WITH NEW YORK, AS THEIR CONDUCT AND CONNECTION WITH NEW YORK ARE SUCH THEY THEY SHOULD REASONABLY ANTICIPATE BEING HAULED INTO COURT HERE.

4. <u>DIVERSITY JURISDICTION</u> WITH RESPECT TO THE INTENTIONAL TORT OF FRAUD TO CAUSE DAMAGES THIS IS AN ACTION PURSUANT TO 28 USC §1332 BETWEEN CITIZENS OF DIFFERENT STATES. THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00. VENUE IS PROPER IN THIS DISTRICT AS JURISDICTION IS FOUNDED ON DIVERSITY OF CITIZENSHIP, AND A SUBSTANTIAL PART OF THE EVENTS GIVING RISE TO THE CLAIM OCCURRED WITHIN THE STATE OF NEW YORK.

5. <u>VIOLATION OF CIVIL RIGHTS</u> THIS COURT HAS ORIGINAL JURISDICTION OVER ACTIONS ARISING UNDER 42 USC §§§ 1983, 1985 AND 1986 PURSUANT TO 28 USC § 1343, AND A SUBSTANTIAL

PART OF THE EVENTS UNDERLYING THE CLAIM, INCLUDING THE EQUAL PROTECTION AFFORDED

TO PLAINTIFF, INCLUDING RECOVERING DAMAGES FOR ACTIONS RESULTING IN DEATH BY

DEFENDANTS,  UNDER NEW YORK'S CIVIL RIGHTS, OCCURRED IN NEW YORK.

<u>PARTIES.</u>

6. <u>PLAINTIFF, JASON LANG, 186 HAWLEY CT, LOCKPORT, NY 14094. PLAINTIFF FILING A CIVIL RICO</u>

   <u>FOR DAMAGES RECEIVED BYB DEFENDANTS WHO ARE USING FRAUD TO NOT ONLY CAUSE</u>

   <u>DAMAGES TO THE DONALD TRUMP CAMPAIGN IN 2016, AND SUBSEQUENT ELECTIONS SINCE</u>

   <u>THEN, UP TO AND INCLUDING THE 2024 ELECTION BY DEFENDANTS USING FRAUD THAT SAID</u>

   <u>SURVEILLANCE STARTED AT A LATER DATE THAN IT DID. THAT THEY CAN ELECTROCUTE</u>

   <u>PLAINTIFF USING ITS TECHNOLOGY, RAPE PLAINTIFF… AND CAUSE OTHER DAMAGES TO</u>

   <u>PLAINTIFF OR ANY OTHER AMERICAN CITIZEN WITHOUT DUE PROCESS OR ANY OTHER</u>

   <u>CONSTITUTIONAL RIGHTS AFFORDED EXCEPT MERITOUSLY BY ADMINISTRATIVE FUNCTION,</u>

   <u>FROM OTHER DEFENDANTS RATHER THAN GUARANTEED BY PLAINTIFFS BIRTH IN AND</u>

   <u>LIVING IN AMERICA.</u>

7. <u>DEFENDANT, HILLARY RODHAM CLINTON, POST OFFICE BOX 5256,</u>

   <u>NEW YORK, NY 10185. USED BY DEFENDANTS TO CAUSE DAMAGES IN THE FURTHERANCE OF A</u>

   <u>CRIMINAL ENTERPRISE.</u>

8. <u>DEFENDANT, JOE BIDEN, 1600 PENNSYLVANIA AVE, N.W., WASHINGTON, DC 20500. USED BY</u>

   <u>DEFENDANTS TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.</u>

9. <u>DEFENDANT, BARACK OBAMA, OFFICE OF BARACK AND MICHELLE OBAMA, POST OFFICE BOX</u>

   <u>91000, WASHINGTON, DC 20066. USED BY DEFENDANTS TO CAUSE DAMAGES IN THE</u>

   <u>FURTHERANCE OF A CRIMINAL ENTERPRISE.</u>

10. <u>DEFENDANT, DONALD J. TRUMP, 1100  S. OCEAN BLVD, PALM BEACH, FL 33480. USED BY</u>

    <u>DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL</u>

CRIMINAL

ENTERPRISE.

11. **DEFENDANT, JAMES COMEY, 154 FRANKLIN ST #1, SECAUCUS, NJ 07094. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.**

12. **DEFENDANT, ANDREW MCCABE, 935 PENNSYLVANIA AVENUE, NW., WASHINGTON, DC 20535-0001. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.**

13. **DEFENDANT, CHRISTOPHER WRAY, FEDERAL BUREAU OF INVESTIGATIONS DIRECTOR, 935 PENNSYLVANIA AVENUE, N.W., WASHINGTON, DC 20535-0001. USED BY DEFENDANTS TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.**

14. **DEFENDANT, DANIEL BARRANCOTTA, 5623 ANGELA DR, LOCKPORT, NY 14094. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.**

15. **DEFENDANT, AMANDA SHUFELT, 25 CAVE ST, LOCKPORT, NY 14094. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.**

16. **DEFENDANT, JOHN OTTAVIANO, PO BOX 484, LOCKPORT, NY 14094. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.**

17. **DEFENDANT, MICHAEL FLYNN, US ARMY COMMAND HQ., 4700 KNOX ST., FORT LIBERTY, NC 28310. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.**

18. **DEFENDANT, STEVEN ABBOTT, LOCKPORT MUNICIPAL BUILDING, ONE LOCKS PLAZA, LOCKPORT, NY 14094. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.**

19. **DEFENDANT, JAY INSLEE, OFFICE OF THE GOVERNOR, PO BOX 40002, OLYMPIA, WA 98504-0002. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A**

CRIMINAL ENTERPRISE.

20. DEFENDANT, GAVIN NEWSOM, GOVERNOR GAVIN NEWSOM, 1021 O STREET, SUITE 9000, SACRAMENTO, CA 95814. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.

21. DEFENDANT, ADAM SCHIFF, 2309 RAYBURN HOUSE, WASHINGTON, DC 20515. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.

22. DEFENDANT, ANDREW CUOMO, ANDREW CUOMO FOR NEW YORK, P.O. BOX 559, ALBANY, NY 12201. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.

23. DEFENDANT, KATHY HOCHUL, THE HONORABLE KATHY HOCHUL, GOVERNOR OF NEW YORK STATE, NEW YORK STATE CAPITOL BUILDING, ALBANY, NY 12224. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.

24. DEFENDANT, SHAWN BOSI, 424 DUTTON DR, LEWISTON, NY 10492. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.

25. DEFENDANT, MANUEL SANTOS, 16700 177TH AVE SE, MONROE, WA 98272. USED BY DEFENDANTS USING FRAUS TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.

26. DEFENDANT, COLLEEN PETTIT, DSHS PRIVACY OFFICER, POST OFFICE BOX 45135, OLYMPIA, WA 98504-5135. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.

27. DEFENDANT ADRIAN ADAMUS JR, US MARINE, 113 63rd ST, NIAGARA FALLS, NY 14305, USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL

11

ENTERPRISE

28. DEFENDANT, CHIANZO CUNNINGHAM, 305 E. 161ˢᵗ ST, BRONX, NY

29. DEFENDANT, SCOTT P. CHAMBERLAND, 500 JOHN JAMES AUDUBON PKWY, BUFFALO, NY
14228. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE
OF A CRIMINAL ENTERPRISE.

30. DEFENDANT, RICK FERRON, 5574 NIAGARA STREET EXT., LOCKPORT, NY 14094. USED BY
DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL
ENTERPRISE.

31. DEFENDANT, BRYAN MACCULLOCH, 1925 MAIN ST, NIAGARA FALLS, NY 14305. USED BY
DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL
ENTERPRISE.

32. DEFENDANT, JOHN FASO, 1925 MAIN ST, NIAGARA FALLS, NY 14305. USED BY DEFENDANTS
USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.

33. DEFENDANT, DANIEL STAPELTON, 5467 UPPER MOUNTAIN RD, LOCKPORT, NY 14094. USED
BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL
ENTERPRISE.

34. DEFENDANT, REBECCA TOWN, 1925 MAIN ST, NIAGARA FALLS, NY 14305. USED BY
DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL
ENTERPRISE.

35. DEFENDANT, JOSEPH BESL, 31 FLANIGEN LN, GRAND ISLAND, NY 14072. USED BY
DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL
ENTERPRISE.

36. DEFENDANT, KENNETH ARGONA, 2160 WATTS DR, RANSOMVILLE, NY 14131. USED BY
DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL

ENTERPRISE

37. DEFENDANT, JASON CAFARELLA, 754 PARK PL, NIAGARA FALLS, NY 14301. USED BY

DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL

ENTERPRISE.

38. DEFENDANT, RUDOLPH CONTRERAS, 333 CONSTITUTION AVE. NW 3RD FLOOR, WASHINGTON,

DC 20001. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE .

OF A CRIMINAL ENTERPRISE.

39. DEFENDANT, MERRICK GARLAND, 950 PENNSYLVANIA AVE, NW. WASHINGTON, DC 20530.

USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A

CRIMINAL ENTERPRISE.

40. JANE DOE, LADY WITH DEAD SON PLAINTIFF USED THOMAS DONOVANS NAME ON IN

MONROE, WA IN 2015 JUNE / JULY IN FRONT OF UPS WORKER,., 950 PENNAYLVANIA AVE,

NW., WASHINGTON, DC, 20530

41. JOHN DOW, USP WORKING THE DAY PLAINTIFF USED THOMAS DONOVANS LISTS, USED TO

DOUBLE  DOWN ON DEFENDANTS FRAUD IN ABSENTIA OF HIM TO CO-SIGN WHATEVER

THE LADY WITH THE DEAD SON CONTENDS AGAINST PLAINTIFF, 950 PENNSYLVANIA AVE NW..,

WASHINGTON, DC 20530

42. DEFENDANT, BILL GATES, POST OFFICE BOX 23350, SEATTLE, WA 98102. USED BY DEFENDANTS

USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE

43. DEFENDANT, DALE YAEGER, 1000 W VALLEY RD., SOUTHEASTERN, PA, 19399. USED BY

DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL

ENTERPRISE.

44. DEFENDANT, JOEL ANZALONE, 354 PARKDALE AVE, BUFFALO, NY 14213. USEDE BY

DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL

13

ENTERPRISE.

45. DEFENDANT, DR. PATRICK O'SHAUGNESSY, 992 N. VILLAGE AVENUE, ROCKVILLE CENTRE, NY 11570. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.

46. DEFENDANT, MEGYN KELLY, 1901 AVENUE OF THE STARS, SUITE 500, LOS ANGELES, CA 90067, USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.

47. DEFENDANT, HORATIO CAPOTE, PSYCHIATRIST, DENT NEUROLOGICAL CLINIC DOCTOR, 3980 SHERIDAN DR, BUFFALO, NY 14226. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.

48. DEFENDANT, BENNETT H MYERS, NEUROLOGIST, DENT NEUROLOGICAL CLINIC DOCTOR, 3980 SHERIDAN DR, BUFFALO, NY, 14226. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.

49. DEFENDANT, MAN IMPERSONATING THOMAS R DONOVAN SR., 147 ADELPHI AVE, HARRISON, NY 10528. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.

50. DEFENDANT, C. LUCINSKI, ONE LOCKS PLAZA, LOCKPORT, NY 14094, USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.

51. DEFENDANT, JUSTIN WELK, 5467 UPPER MOUNTAIN ROAD, LOCKPORT, NY 14094, USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE

52. DEFENDANT, JOE PESCI, CLEMCO POSTAL SHIPPING & PRINTING, 8414 W. FARM RD., SUITE 180 PO BOX 226, LAS VEGAS, NV 89131, USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES

14

**TO PLAINTIFF IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE**

53. **DEFENDANT, CHEECH MARIN, 1505 10ᵀᴴ STREET, SANTA MONICA, CA 90401-0400, USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.**

54. **DEFENDANT, FRANCESCA FALZONE, 215 HAMPSHIRE STREET, BUFFALO, NY 14213, USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.**

55. **DEFENDANT, ADAM SANDLER,9150 WILSHIRE BLVD. SUITE 350, BEVERLY HILLS, CA 90212, USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.**

56. **DEFENDANT, STUART MUMMA, 3702 COUNTY ROAD 89, DUNNIGAN, CA 95937, USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.**

57. **DEFENDANT, BRADLEY MORROW, COLUSA COUNTY DA OFFICE, 310 6ᵀᴴ ST, COLUSA, CA 95932, USED BY DEFENDANTS  USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.**

58. **DEFENDANT, HON. THOMAS DEMILLO, 107 EAST AVE, LOCKPORT, NY 14094,  USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.**

59. **DEFENDANT, GEO AVAK, 80 EARHART DR, SUITE 4, BUFFALO, NY 14221-7804, USED BY DEFENDANTS USING FRAUD TO CAUSE PLAINTIFF DAMAGES AND FURTHER A CRIMINAL ENTERPRISE.**

60. **DEFENDANT, MARK ZUCKERBERG, 1 HACKER WAY, MENLO PARK, CA 94025, USED BY DEFENDANTS USING FRAUD TO CAUSE PLAINTIFF DAMAGES, IN THE FURTHERANCE OF**

A CRIMINAL ENTERPRISE.

61. DEFENDANT, DAN BONGINO, 2239 SW MANELE PLACE, PALM CITY, FL 34990, EX DOJ OFFICER USED BY CURRENT DOJ EMPLOYEES ACTING ON DEFENDANTS DIRECTION THROUGH USE OF FRAUD TO CAUSE DAMAGES CALLING PLAINTIFF AN INFORMANT AND OWNED BY HIM, IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.

62. DEFENDANT, LEONARD P. VANEVER JR.,80 EARHART DR, SUITE 4., BUFFALO, NY 14221 DRIVER FOR GEO AVAK , USED BY DEFENDANTS TO USE FRAUD CAUSE  DAMAGES LYING AND VIOLATING PLAINTIFFS HIIPA RIGHTS, IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.

63. DEFENDANT, DEB LIU, 2700  AVENUE, MOUNTAIN VIEW, CA 94043 . CE0 OF ANCESTRY.COM, USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL  ENTERPRISE.

64. DEFENDANT, VICTOR A NYSDOCCS PAROLE OFFICER OF ADRIAN AFAMUS THE FIRST TIME HE WAS RESIDING IN NEW YORK PRIOR TO MOVING TO THE CAROLINAS. USED BY DEFENDANTS COMMITTING DELIBERATE FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE

65. DEFENDANT, THOMAS LARRY, CEO OF MEDICAL ANSWERING SERVICE, MEDICAL ANSWERING SERVICES LLC, 11998 375 W. ONONDAGA ST (15), ONONDAGA SYRACUSE, NY 13218. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.

66. DEFENDANT, CC CARON UPSTATE CORRECTIONAL FACILITY COUNSELOR IN 2011, 309 BARE HILL RD.  MALONE, NY 12954. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES TO IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.

16

67. **DEFENDANT, WILLIAM RANDOLPH HEARST III, 300 W. 57<u>th</u> STREET, 26<u>th</u> FLOOR, NEW YORK, NY 10019-3741. USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE**

68. **DEFENDANT, MCKENZIE PENQUE 4845 TUSCARORA RD, NIAGARA FALLS, NY 14304, USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES TO PLAINTIFF IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.**

69. **DEFENDANT, JOHN ROESSLER, 1725 QUAKER RD, NIAGARA FALLS, NY 14012, USED BY DEFENDANTS USING FRAUD TO CAUSE DAMAGES TO PLAINTIFF IN THE FURTHERANCE OF A CRIMINAL ENTERPRISE.**

**DEFENDANTS**_____

## FACTS

70. PLAINTIFF BELIEVES, PRIOR TO THE DEATH OF LEONARD FALZONE SR, ALLEGEDLY,  BY FISA TECHNOLOGY VIA ELECTROCUTED AS PER THE STATEMENTS OF THOSE PEOPLE THAT PLAINTIFF BELIEVES ARE DEPARTMENT OF JUSTICE PERSONNEL AND WHO ALSO CLAIM TO BE CODEFENDANTS WITH PLAINTIFF TO THE FALZONE FAMILY AND OTHERS TO IMPLY THAT PLAINTIFF WAS INVOLVED IN THE ELECTROCUTION OF LEONARD FALZONE SR WHO WAS ALLEGED TO HAVE BEEN RUNNING AN ATTACK ON PLAINTIFF AND WAS KILLED BY THE FISA TECHNOLOGY. WHICH PLAINTIFF HAS BEEN ELECTROCUTED WITH HE BELIEVES IS FISA TECHNOLOGY AND HAS BEEN TOLD IT IS; "REAPING", "RECKONING", "DIVINE", "CATHOLIC", "BURNING" ETC… ALL OF WHICH BELITTLE THE USE OF AN ELECTRIC WEAPON THAT VIOLATES AMERICANS CONSTITUTIONAL RIGHTS.  DEFENDANTS TOOK A POSITION IN WHICH TO ATTACK USING THE FACTS DESCRIBED HEREIN, AND OBAMA'S DOGMA USED ON PLAINTIFF, AND HIS FAMILY, TO CAUSE DAMAGES STRIPPING RIGHTS TO LIFE LIBERTY AND PURSUIT OF HAPPINESS, IN ANY FORM PLAINTIFF CHOOSES

71. ON OR ABOUT 10 AUGUST 2013 IN ELMIRA CORRECTIONAL FACILITY PLAINTIFF WAS AT EVENING MEDICATION WHEN PLAINTIFF WAS TOLD TO WAIT INSIDE A SCHOOL RECREATION ROOM AND COME OUT ONE AT A TIME TO AVOID LINING UP NEXT TO AN OBSERVATION CELL IN WHICH  A MAN HAD ALLEGEDLY PUT OUT HIS OWN EYES. TO ESCAPE PSYCHOLOGICALLY. WHO WAS STANDING AT THE WINDOW OF THE CELL, WITH BANDAGES AROUND HIS HEAD.

72. PLAINTIFF REMOVED A WALL-MOUNTED PENCIL SHARPENER AND REMOVED A RIVET THAT COVERED A SCREW THAT HELD THE GRINDING MECHANISM IN PLACE. PLAINTIFF REMOVED IT AND PUT IT IN HIS POCKET AND COVERED THE EMPTY SHARPENER BACK UP AND TOOK IT TO HIS CELL. PLAINTIFF REMOVED 2 DOWELS HOLDING THE GRINDING BITS  IN PLACE AND REMOVED THE GRINDERS WHICH HE THEN ATTACHED TO THE SPINNING ROD OF A FAN IN THE CELL HE OCCUPIED WITH JOSHUA REDSICKER 04-B-0824. IT APPEARED TO GRIND THROUGH THE METAL TOILET IN THE CELL WHEN PLAINTIFF TOUCHED THE GRINDER TO IT.  HE THEN DISASSEMBLED IT, AS HE HAD NO INTENTION TO ESCAPE SO SOON TO HIS RELEASE DATE. JASON LANG DIN # 04-B-0043;  21 AUGUST 2013. PLAINTIFF BARACK OBAMA CAUSED DAMAGES TO PLAINTIFF BY POSSIBLY HELPING USE THIS IN AFRICA TO HELP AFRICANS ESCAPE AND WHEN PLAINTIFF TALKED ABOUT THAT HE HEARD OBAMA SAY TO KILL THE CREATOR, WHICH PEOPLE STARTED TQKING AS HIM AND HE SAID THAT PLAINTIFF HAD TO PICK 2 CREATORS TO DIE.

73. ON OR ABOUT 1 JULY 2015 PLAINTIFF WAS RESIDING ACROSS THE STREET FROM SNOHOMISH COUNTY FIRE DEPARTMENT DISTRICT #7, WHICH HAS SINCE BEEN RELOCATED TO MONROE COUNTY AND ALSO WHERE HIS BIOLOGICAL MOTHER; MARY CAMILLE TABOR, IS EMPLOYED. HIS EX-GIRLFRIEND AND EX CLASSMATE FROM FOOTHILLS MIDDLE SCHOOL IN 1999- 2000 IN WENATCHEE, WA, NAMED LINDSAY HUNTER HAD CALLED PLAINTIFF AND ASKED HIM TO

PICK HER UP IN A TOWN CALLED GOLDBAR. PLAINTIFF SAID HE WOULD AND DROVE OFF IN THE

18

VEHICLE HIS MOM PURCHASED AND ALLOWED HIM TO DRIVE, A DARK GREY NISSAN ALTIMA

LICENSE PLATE AUF-6306 or AUF-6303.

74. WHEN PLAINTIFF ARRIVED IN GOLDBAR, WA LINDSAY HUNTER ASKED PLAINTIFF IF HE

COULD ALSO TAKE HER FRIEND TO PICK UP HER DAUGHTER AT A PRESCHOOL IN MONROE, WA.

PLAINTIFF AGREED AND DROVE BOTH WOMEN  TO MONROE, WA WHERE HE WAS

DIRECTED BY LINDSAY'S FRIEND TO A SCHOOL WHICH HE DROPPED HER OFF AT, BEFORE

PULLING AWAY TO LOOK FOR THE HIGHWAY.

75. WHILE LOOKING FOR A STREET TO TAKE PLAINTIFF TO THE HIGHWAY HE ALMOST

PASSED A BUSINESS WHICH LOOKED AS THOUGH IT WAS A HYDROPONIC HOME INDOOR/

OUTDOOR GARDEN FLOWER SUPPLY GROWING STORE ON THE BOTTOM HALF OF A HOUSE

WITH A BUSINESS SIGN AND LARGE GRAVEL DRIVEWAY. PLAINTIFF WAS GROWING CANNABIS

WHILE ALSO ON WASHINGTON STATE DEPARTMENT OF CORRECTIONS AND NEEDED A BALLAST

TO POWER A 1,000 WATT LIGHTBULB.  PLAINTIFF LEFT LINDSAY HUNTER INSIDE THE CAR AND

WENT INSIDE BY HIMSELF. A LADY WHO LOOKED LIKE CARLY FIORINA AND SEEMED LIKE THE

OWNER ASKED IF SHE  COULD HELP. PLAINTIFF TOLD HER THAT HE ONLY HAD $100 TO $120

DOLLARS AND ASKED SHE HAD A BALLAST THAT HE COULD BUY. SHE TOLD PLAINTIFF IT WAS

HIS LUCKY DAY AND WALKED PLAINTIFF TO AN AISLE WITH  BOXES AT THE BOTTOM OF DISPLAY

SHELVES WITH LIGHT SHADES AND BALLAST AND OPENED A BOX WITH BOTH A METAL BATWING

LAMP SHADE AND A BALLAST MADE BY SUN BEAM. DEFENDANT CLAIMED THAT HE WAS IN LUCK

BECAUSE THEY DON'T MAKE THEM ANYMORE.  AT THE COUNTER PAYING, PLAINTIFF ALSO

NOTICED A LARGE YELLOW PIECE OF PAPER INSIDE A PLACARD ON THE COUNTER NEXT TO THE

REGISTER AND PLAINTIFF STARTED TO READ IT BECAUSE THE WORD "COWARD" WAS BOLDLY

PRINTED IN LETTERS SEVERAL SIZES BIGGER THAN THE TEXT AROUND IT, AND WENT ONTO SAY

19

THAT HER SON WAS SHOT IN THE BACK IN 2006 IN SACRAMENTO, CALIFORNIA AND LEFT ON THE

SIDE OF THE ROAD LIKE A DOG! IT WENT ON BUT PLAINTIFF STOPPED READING.

76. ON 2 JUNE 2015 DAVID SWEAT AND RICHARD MATT BOTH ESCAPED FROM CLINTON CORRECTIONAL FACILITY. PLAINTIFF KNOWS THEM BOTH FROM BEING INCARCERATED IN CLINTON FROM THE SPRING 2011 UNTIL THE SUMMER OF 2012. THIS IS WHERE HE ALSO MET THOMAS DONOVAN DIN 10-A-4293, WHERE THOMAS DONOVAN TOLD HIM HE WAS BORN IN GERMANY, SHOWED HIM 2 OF 3 LISTS OF ALLEGED FAKE SERIAL KILLED WOMEN, BECAUSE DONOVAN CLAIMED NOT BE A REAL SERIAL KILLER IN THE THIRD AND FINAL LIST WHICH WAS ON THE TOP OF A LETTER WRITTEN IN THE UPPER MARGIN. IN WHICH HE ASKED PLAINTIFF TO USE THE LISTS BECAUSE SOMETHING GOOD MAY HAPPEN AND THE NEXT LETTER PLAINTIFF WAS TO GET FROM HIM WAS TO BE WRITTEN IN GERMAN. WHICH IMPLIED TO PLAINTIFF HE WOULD TRY TO GET DEPORTED BECAUSE THOMAS DONOVAN WAS AN ALLEGED SKIN HEAD AND GERMANY DOESN'T TAKE THEM BACK WILLINGLY, GERMANY LIKES TO DEPORT "NEO NAZI's" ITSELF.

P. 20 #76

SEE EXHIBIT [ 1] RECREATION OF THOMAS DONOVAN'S LISTS AND LETTER FROM WHAT PLAINTIFF CAN REMEMBER WHEN HE RECEIVED IT IN THE MAIL WHILE LIVING AT HIS MOTHERS HOUSE, AT THE ADDRESS THAT THOMAS DONOVAN REPEATED VIA FISA TECHNOLOGY.

77. AFTER PLAINTIFF STOPPED READING THE PLACARD HE STARTED SAYING "HMMM" TO GET THE ATTENTION OF THE LADY USING THE CASH REGISTER AND TAKING HIS MONEY. AS SHE TURNED HER ATTENTION TO HIM FROM THE CASH REGISTER SHE ASKED "WHAT". AT THAT MOMENT THE DOOR TO HER BUSINESS OPENED AND A OVERWEIGHT, TALL,, BLACK MAN WORKING  FOR UPS WALKED INTO HER STORE AND  STARTED TO THE COUNTER WITHOUT ANYTHING PLAINTIFF COULD SEE THAT WAS  FOR HER, AND PLAINTIFF SAID "WELL, I THOUGHT MY FRIEND THOMAS DONOVAN DID THAT BUT HE COULDN'T HAVE. HE WAS IN PRISON

WITH ME IN 2006." SHE STOOD THERE A SECOND. POSSIBLY CONSIDERING THAT PLAINTIFF

DELIBERATELY NEVER GAVE A NAME FOR HIMSELF, ALSO THAT PLAINTIFF SAID THAT ALMOST

AS IF IN PASSING... SHE TOLD THE UPS MAN "I HAVE NOTHING FOR YOU' LOOKED AT

PLAINTIFF AND SAID "WELL THEN YOU CAN REST ASSURED THAT YOUR FRIEND THOMAS

DONOVAN HAS NOTHING TO DO WITH IT." PLAINTIFF SAID "I KNOW" GRABBED HIS BALLAST

STARTED LEAVING WHEN DEFENDANT SAID "GOOD THING YOU DIDN'T USE A CREDIT CARD".

PLAINTIFF STOPPED AND TURNED AROUND TO LOOK AT HER. THE UPS WORKER WAS NOW

STANDING WHERE PLAINTIFF HAD STOOD AND SHE WAS SMIRKING AND HE LOOKED

BEWILDERED. SHE SAID "SAVE THE RECEIPT". PLAINTIFF HAD A FEELING SHE WOULD USE

HIS NAME AND HAD NO INTENTION ON COMING FORWARD WITH ANYTHING AND THREW

OUT THE RECEIPT WHILE DRIVING THROUGH AROUND STEVENS PASS IN SKYKOMISH, WA.

PLAINTIFF BELIEVES THAT DEFENDANTS EXPOSE PLAINTIFF AS BEING A RACIST, CAUSING

HIM DAMAGES, AS WELL AS TO USE THIS AS A WEAPON AGAINST THE WITNESS TO THIS

INCIDENT. AS WELL AS HOW EASILY PLAINTIFF WAS ABLE TO ENTICE THE LADY LATER IN, VIA

FISA, THREATEN THE UPS MAN VERBALLY WITH DEATH ON MORE THAN ONE OCCASION.

SEE EXHIBIT [ 2 A, B ] NYSDOCCS INMATE PROFILES OF THE ABOVE MENTIONED CONVICTS

78. ON OR ABOUT 16 JUNE 2015 , 10 DAYS AFTER THE ESCAPE, AFTER PLAINTIFF HAD BEEN

    FOLLOWED AND USED THOMAS DONOVAN'S NAME ON THE LADY WITH THE DEAD SON,

    DONALD TRUMP  ANNOUNCED HIS CANDIDACY FOR PRESIDENT.

79. ON OR ABOUT 20 JUNE  2015 PLAINTIFF STARTED HEARING VOICES AND ASKED LINDSAY

    HUNTER TO HELP HIM IDENTIFY THE SOURCE. PLAINTIFF COULD NOT IDENTIFY ITS SOURCE,

    EVEN AFTER CLIMBING INTO A CRAWL SPACE ABOVE THE FIRST FLOOR TO LOOK.

80. ON 28 JUNE 2015 WHILE PLAINTIFF WAS ATTENDING A CELEBRATION DOWN THE STREET FROM

    HIS HOME AT A CANNABIS DISPENSARY FOR PATRONS PLAINTIFF WENT HOME EARLY TO GET

THINGS FOR THE CELEBRATION. PLAINTIFF WAS HEARING SONGS OVER A RADIO PLAY

THAT WERE POPULAR PRIOR TO HIS INCARCERATION IN NEW YORK. HE WAS ALSO BEING ASKED

A LOT OF QUESTIONS ABOUT HIS THEN EX GIRLFRIEND LINDSAY HUNTER AT THE PARTY AND

WHEN HE GOT HOME AND WAS LISTENING TO THE NEWS, WHEN HE FOUND OUT DAVID SWEAT

GOT CAPTURED. PLAINTIFF DISTINCTLY REMEMBERS HEARING A VOICE WHEN HE CRIED AT HIS

FRIENDS CAPTURE WHERE PLAINTIFF THOUGHT HE WOULD PREFER DEATH. PLAINTIFF HEARD

SOMEONE TRYING TO CONSOLE HIM.

81. JOSHUA REDSICKER CALLED PLAINTIFF AFTER SWEAT WAS CAPTURED AND PLAINTIFF COULD

HEAR THE PHONE CALL OUT LOUD OFF OF THE PHONE AND IN THE AIR AS IF EVERYONE WAS

BEING BROADCAST IT AT THE SAME TIME. JOSH HAD LEFT ELMIRA AND GONE TO CLINTON

BEFORE THE ESCAPE. WE LAUGHED ALOUD WHEN WE FIRST STARTED TALKING, BOTH THINKING

THE SAME THOUGHTS, POSSIBLY. BECAUSE EVEN THOUGH JOSH WAS ON THE SAME "COURT"
AS

DAVID, AND WE ALL KNOW THE SAME PEOPLE, HE WAS NOT IN CLINTON DURING THE ESCAPE.

JOSH ALLEGED THAT HE HAD BEEN ASSAULTED BY SOMEONE BY AN ALLEGED BLACK MAN WHO

WAS NOT CAUGHT BECAUSE HE WAS TOO BLACK AND IT WAS NIGHT. BUT THAT AT LEAST HE

FOUGHT AT WHAT HE COULD SEE LAUGHTER, AND ECHOED AROUND PLAINTIFF AT HIS HOME

HOME IT WAS SIMILAR SURVEILLANCE TO THAT WHICH PLAINTIFF WAS UNDER IN
WASHINGTON

STATE IN 2013 WHEN HE WAS ON BAIL AFTER REOFFENDING AFTER RELEASE IN 2013 FROM

NYSDOCCS. BUT NOT AS CONFINED. PLAINTIFF HEARD IT ALL AROUND HIM OUTSIDE.

82. 88 DAYS AFTER PLAINTIFF WAS RELEASED FROM NYSDOCCS CUSTODY, HE REOFFENDED FOR THE

FOR THE SECOND TIME IN 3 DAYS AND CHARGED WITH ASSAULT IN THE FIRST DEGREE FOR

STABBING A MAN NAMED DAVID POLLARD, AND 3 DAYS PRIOR FOR ANOTHER ASSAULT FOR

CUTTING A WOMAN NAMED NICHOLE GROW. SOON AFTER PLAINTIFF WAS ON BAIL FOR THOSE

CRIMES AND UNDER SEPARATE SURVEILLANCE AND LIVING AT 11413 23rd PLACE WEST, EVERETT,

WA WITH HIS BROTHER, AND SEVERAL ROOMMATES, INCLUDING HIS EX-GIRLFRIEND DONEVA

ROBINSON. ONE VICTIM CLAIMED PLAINTIFF POINTED A SEMI AUTOMATIC PISTOL AT HER

AND SAID THE LAW ENFORCEMENT WOULD NOT ALWAYS BE THERE FOR HER AND SHE OWED

PLAINTIFF DRUG MONEY. PLAINTIFF WAS RECEIVING PHONE CALLS FROM AN AUTOMATED

SYSTEM ALLEGEDLY RAN BY ICE TO A PHONE PLAINTIFF GOT FROM DONEVA. THE MESSAGE

STATED THAT THE HOLDING STATUS OF JASON LANG HAD CHANGED TO BAIL/BOND AND THAT IF

ANYONE FEARED FOR THEIR LIFE OR SAFETY COULD ENTER THEIR ICE BADGE ID NUMBER.

THEY CALLED MORE THAN ONCE BEFORE AND AFTER PLAINTIFFS RELEASED ON BAIL/BOND BY

BRANDONS BAIL BONDS IN EVERETT, WA. WHEN PLAINTIFF WAS FIRST RELEASED ON BAIL

DONEVA TOLD HIM SHE THOUGHT HIS LITTLE BROTHER TOUCHED HER DAUGHTER SEXUALLY.

SHE ARGUED WITH HIM THAT IF HE DID, HE SHOULD DIE. WHICH IS WHEN THE ROOMMATES

AND PLAINTIFF'S BROTHER STARTED PLAYING DEAD BY BEING MURDERED BY THE ROOMMATES.

WHICH BROUGHT IN THE PEOPLE CONDUCTING SAID SURVEILLANCE WHO WERE OUT OF

PLAINTIFF'S VIEW AS BOTH HIM AND HIS EX WOULD BE GETTING HIGH ON DRUGS. PLAINTIFF

REPORTED THIS AND OTHER FACTS OF THIS SURVEILLANCE TO HIS PAROLE OFFICER (DOC

OFFICER) COLLEEN PETTIT. WHO, SINCE 2015, HAD BEEN TRANSFERRED SEVERAL TIMES AND IS
A

TARGET FOR PLAINTIFF HAVING TOLD HER TO DOCUMENT IT, WHICH IT WAS. SPECIFICALLY,
THAT

PLAINTIFF'S BROTHER WAS BEING USED AGAINST HIS KNOWLEDGE TO MURDER PLANTIFF AND

IS DIFFERENT AND SEPARATE SURVEILLANCE FROM 2013 WITH DIFFERENT MOTIVES AND AN

AGENDA.

83. PLAINTIFF WANTED TO LOOK UP FRIENDS TO SEE WHAT THE INTERNET SAID ABOUT THEM,

PLAINTIFF HAS A FRIEND WHOM WAS INCARCERATED BUT SHOULD BE RELEASED AT THE TIME

THEY USED TO CALL HIM LA COSA NOSTRA, BUT BECAUSE OF HIS INNOCENCE PLAINTIFF

WANTED TO SEE WHAT THEY NOW SAID. INSTEAD OF COMPLETE INNOCENCE, THEY HAD HIM

PLEAD GUILTY TO A LESSER CRIME, PROBABLY SO THAT HE COULDN'T SUE THEM AND

CONTINUED TO KEEP HIM A SPOT ON THE ALLEGED GAMBINO 'FAMILY' WALL, UNFAIRLY AND

GOT A FEDERAL SENTENCE FOR AN ALLEGED BURGLARY RING. PLAINTIFF ALSO LOOKED UP

LEONARD FALZONE SR TO SEE IF THEY STILL CALLED HIM LA COSA NOSTRA AND TO HIS

SURPRISE PLAINTIFF SAW THAT THEY CALLED HIM THE CURRENT BOSS OF THE MAGGADINO

CRIME FAMILY. PLAINTIFF REALIZED THAT THE PEOPLE CONDUCTING THE SURVEILLANCE, BASED

ON WHAT HE JUST SEARCHED AND SAW WOULD PROBABLY SAY THAT HE WAS AFFILIATED OR

AFFECTED AND IN SOME WAY SPOILED ROTTEN USING PEOPLE HE KNEW TO IMPLY IT ABOUT

HIMSELF BECAUSE PLAINTIFF HAD, HAD A SPOTLESS PAROLE (DEPARTMENT OF JUSTICE)
RECORD

SINCE HIS INCARCERATION AND KNEW THAT THE DOJ COULD NOT JUST REOFFEND

HIM OR PROLONG HIS DOC OR UNJUSTLY AMEND PLAINTIFF SENTENCE TO INCLUDE

SURVEILLANCE OR ANYTHING NOT STIPULATED AT THE TIME OF SENTENCING. WHICH

AMOUNTED TO DOUBLE JEOPARDY, BUT DEFENDANTS USING FISA SURVEILLANCE INCLUDING

ANDREW CUOMO ACTUALLY ARGUED OTHERWISE AS IF PLAINTIFF HAD  NOT ARGUED THE

THIS AS REASON HE HAD HIS 5 YEARS OF POST RELEASE SUPERVISION, WHICH WAS

ADMINISTRATIVELY ADDED TO HIS SENTENCE BY THE NEW YORK STATE DEPARTMENT OF

CORRECTIONS, WAS NOT WITHN ANY JUDICIAL VENUE OR AUTHORITY, BUT DUE TO A DECISION

BY COURTS TO MAKE ANY DETERMINATE SENTENCE REQUIRE

THAT A TERM OF POST RELEASE SUPERVISION BE AUTOMATICALLY ADDED TO THE SENTENCE TO

BE SERVED AFTER INCARCERATION SO THE NYSDOCCS ADMINISTRATION TOOK IT UPON

THEMSELVES TO AMEND EACH SENTENCE, WHICH IS WHY PLAINTIFF BELIEVES DEFENDANT

ANDREW CUOMO REALLY LEFT OFFICE AND HAD HIS STAFF AND OTHERS COMMIT FRAUD FOR HIM. PLAINTIFF BELIEVES THAT THIS WAS NOT ONLY INVESTIGATED BY DEFENDANTS BUT THAT IN CONJUNCTION ANDREW CUOMO ADDED MIXED ETHNICITY OPTIONS TO "SELF-REPORTED" ETHNICITY OPTIONS, IN THE NYSDOCCS & LATER AFFORDED INMATES THE OPPORTUNITY TOCHANGE THEIR EXISTING SELF REPORTED ETHNICITIES, OR AT LEAST JASON LOPEZ, HERNANDEZ, OR RODRIGUEZ WHO LOOKS LIKE PLAINTIFF AND USED DURING THIS BECAUSE HE WAS WITH PLAINTIFF IN 2006 IN AUBURN CORRECTIONAL FACILITY AND WAS ALSO DOUBLE BUNKED WITH JOEL ANZALONE, AND HIS NICKNAME WAS JAY 1 WHICH IS WHAT THE DEFENDANTS WERE CALLING PLAINTIFF AFTER PLAINTIFF FIRST HEARD THIS AND CALLED A SNITCH AND TO EXPOSE WHAT PLAINTIFF SUSPECTED TO BE A CONSPIRACY TO MURDER HIM BY DEFENDANTS USING THAT AND OTHER FRAUD TO ACCOMPLISH THIS, PLAINTIFF STARTED MAKING PLANS NOT ONLY TO LEAVE WASHINGTON STATE WITH THE DEATH PENALTY IN WHICH PLAINTIFF NOT ONLY HAD A STRIKE BUT WAS BEING TOLD HE WAS BEING LEGALLY PROSECUTED WITH COURT IN THE STREET THAT HE CAN GET THE DEATH PENALTY FROM AND IS HOW PLAINTIFF KNOWS THIS TECHNOLOGY ALSO ELECTROCUTED AND DOES OTHER THNGS THAT VIOLATE PLAINTYIFFS RIGHTFRAUGHT WITH ILLEGALITIE; PLAINTIFF SUGGESTED THAT IF HIS LITTLE BROTHER WAS INDEED A PEDOPHILE THAT HE SHOULD DIE (WHILE PLAINTIFF KNOWS HE WAS NOT BUT DID THINK TO PROVE HOW AT THAT TIME AND INSTEAD GASLIGHTING, THAT HIS BROTHER COULD BE OUTRIGHT KILLED IF HES A PEDOPHILE, AND LIKEWISE WITH ANYONE WHO LIES TO MAKE SOMEONE ELSE DIE. FURTHERMORE THAT IN ALL ACTUALITY THAT IF PLAINTIFFS FAMILY TOLD TO PUT OUT HIS MOTHERS EYES, AS WELL AS ACTING SCARED AND SAYING THAT IF HIS BROTHER WAS REALLY GUILTY TO SWITCH HIM WITH SOMEONE WHO LOOKS LIKE PLAINTIFF IN NYSDOCCS AND PLAINTIFF STARTED THINKING TO HIMSELF KNOWING THAT HE WAS BEING LISTENED TO ABOUT MEMORIES OF AUBURN CORRECTIONAL FACILITY AND HOW

A MAN NAMED JAY ONE LOOKED NOT ONLY JUST LIKE PLAINTIFF BUT LOOKED LIKE HIS LITTLE

BROTHER EVEN MORE WITH THE SAME COLORED EYES, WHICH PLAINTIFF HAD USED UPON HIS

OWN ADMISSION TO WADOC IN SNOHOMISH COUNTY JAIL CLAIMING HE HAS HAZEL EYES

WHILE HE WAS WEARING INTERVHANGABLE GLASSES THAT WERE A TINTED COLOR GREY SO

SHE COULD NOT SEE NOR WAS SHE LOOKING WHILE TAKING PLAINTIFFS INFORMATION WHILE

HE WAS IN ADMISSIONS AT SNOHOMISH COUNTY JAIL IN WASHGINTON STATE IN 2013.

PLAINTIFF ALSO STARTED TALKING ABOUT PRISON RULES AND WHY THOSE EXIST AND ONE OF

THEM WAS HOW A MAN WAS SUPPOSED TO ASK PERMISSION FROM A MAN WHOSE NAME HE

WAS OR WANTS TO SAY TO A COP IS OKAY TO DO SO WITH THAT MAN BEFORE HE DOES IT AS A

COMMON COURTESY. AS WELL AS PLAINTIFF SAYING THAT HE WAS NOT TALKING TO THE
PEOPLE

OVER FISA COURT SURVEILLANCE AND HAVING TO CONSTANTLY REPEAT THAT IN TYPE AS WELL

SINCE THEN.  PRIOR TO PEOPLE HE KNOWS BEING USED AFTER PLAINTIFF COMING BACK TO

WASHINGTON STATE FROM CROSSING STATE LINES ON HIS WAY TO NEW YORK FOR SAFETY AND

WHY DEFENDANTS USE PEOPLE FROM NEW YORK TO THREATEN PLAINTIFF AND HAVE IMPLIED

THAT HE LEAVE, AND SAY "COME BACK", "GET BACK", "GO BACK".  PLAINTIFF USED
ALLEGATIONS

FROM WHEN HE WAS UNDER SEPARATE SURVEILLANCE ABOUT HIS LITTLE BROTHER THAT HE

KNEW WERE NOT TRUE SO THAT DEFENDANTS COULD NOT USE THEM ON HIM WHICH HE

SUSPECTED WAS WHAT THEY WOULD DO WHEN THEY FOUND OUT AND SO STARTED BAITING

THOSE LISTENING WITH A FANTASY STORY WHICH WAS NOT AVAILABLE WHEN PLAINTIFF WENT

TO PRISON IN 2004 AND WAS TOLD CANNOT BE CHANGED BY THE NYSDOCCS WHEN PLAINTIFF

ASKED. BECAUSE HE IS THE REASON AS HIS ETHNICITY IS WHAT DEFENDANTS USE TO COMMIT

FRAUD BY CLAIMING HE IS MEXICAN, CAUSING DAMAGES BY THE STRIPPING OF HIS RIGHTS AND

THE ACTIONS OF DEFENDANTS TO CAUSE DAMAGES AFTER AND USING THAT TO USE THE

TECHNOLOGY TO ELECTROCUTE PLAINTIFF AND OTHERS AND DO COMMIT OTHER ACTS OF
TREASON AND FELONIES. CAUSING DAMAGES BY NOT ALLOWING PLAINTIFF TO CHANGE
ETHNICITY. SEE EXHIBIT [ 3 A, B ] MIXED ETHNICITIES IN NYSDOCCS INMATE PROFILES.

84. PLAINTIFF WENT HOMELESS AT THE END OF JULY 2015, AND MOVED FROM HIS HOME ACORSS
THE STREET FROM HIS MOTHERS OFFICE AND DROVE TO A WALMART PARKING LOT HE KNEW
HE COULD STAY IN FOR A COUPLE DAYS, ALTERNATIVELY STAYING IN A HOTEL ROOM WHEN HE
COULD GET HE MONEY FROM HIS MOTHER, AS HE WAS UNEMPLOYED AND DISABLED BUT NOT
COLLECTING DISABILITY BENEFITS AND WAS INSTEAD GROWING CANNABIS TO COVER HIS
EXPENSES. PLAINTIFF ALSO GOT HIS OLD PAROLE (DOC) OFFICER FROM WHEN HE WAS LIVING
CLOSER TO THE EVERETT, WA FIELD OFFICE ON EVERGREEN BOULEVARD, THAN THE MONROE
COUNTY FIELD OFFICE LOCATED AT THE FRONT OF THE MONROE CORRECTIONAL CENTER
COMPLEX, WHERE HIS OLD PAROLE OFFICER, DEFENDANT MANNY SANTOS WORKED. PLAINTIFF
NOW WENT TO CHECK BACK IN WITH DEFENDANT COLLEEN PETTIT. PLAINTIFF WAS GRATEFUL
BECAUSE HE ALREADY STARTED HEARING VOICES INSIDE THE HOUSE HE LIVED IN, STARTING
AROUND THE END OF JUNE INTO JULY WHICH PLAINTIFF BELIEVES EXCITED THE LANDLADY WHO
WANTED HIM OUT OF THE HOUSE BECAUSE HIS LIFE WAS BEING THREATENED BEING CALLED A
PEDOPHILE AND RAPIST. BECAUSE BOTH PLAINTIFF'S LITTLE BROTHER AND HIMSELF WERE
BEING CALLED PEDOPHILES AND PLAINTIFF WAS ALSO BEING CALLED AN INFORMANT AND
MURDERER BY PEOPLE OVER THE SURVEILLANCE AND THE LADY WHOM PLAINTIFF HAD USED
THOMAS DONOVAN'S NAME ON.

85. ON OR ABOUT AUGUST 5, 2015 PLAINTIFF MET WITH HIS DOC (PAROLE) OFFICER, DEFENDANT
COLLEEN PETTIT. PLAINTIFF TOLD HER THAT HE FEARED HIS BROTHER WAS BEING USED TO
MURDER HIM. BECAUSE THAT'S WHAT WAS BEING IMPLIED TO HIM AFTER PLAINTIFF HAD
EXPOSED THE LIES HIS EX TALKED ABOUT HIM. BY THE PEOPLE CONDUCTING THE

27

SURVEILLANCE. WHO CONTINUED TO LIE AND COMMIT FRAUD BY CALLING PLAINTIFF AND HIS

BROTHER, ROBERT ANDREW LANG, MEXICAN RAPISTS. SINCE MOVING TO NEW YORK IN 2015,

PLAINTIFF HAS TRIED KEEPING TRACK OF WHERE SHE WORKS BECAUSE HE CALLED THE EVERETT

DEPARTMENT OF CORRECTIONS, FIELD OFFICE TO HAVE HER WRITE A STATEMENT FOR HIM AND

FOUND OUT SHE WAS WORKING IN WALLA WALLA CORRECTIONAL FACILITY. AROUND THE SAME

TIME PLAINTIFF WAS TOLD HE COULD MURDER ANY CORRECTIONS OFFICERS OVER THE

SURVEILLANCE, AS WELL AS HIS FAMILY, AS IF MURDER IS LEGAL VIA FISA SURVEILLANCE WHICH

THEY CONTINUE USING TO FACILITATE IT AS IT IS THE SAME TECHNOLOGY THAT ELECTROCUTED

PLAINTIFF AND KILLED OTHERS.

86. PLAINTIFF DROVE OVER STATE LINES TO SEE WHAT WOULD HAPPEN, ON HIS WAY TO NEW YORK

THE SURVEILLANCE NOT ONLY CONTINUED TRACKING HIM OVER STATE LINES BUT HE ALSO

HEARD HIS PAROLE OFFICER, DEFENDANT COLLEEN PETTIT, AND WHILE DRIVING THE VEHICLE

WOULD SHUT OFF. WITH THE RADIO ON HE HEARD THINGS THAT IMPLIED HE WAS

DRIVING A STOLEN CAR AS WELL AS REVELATIONS STARTING, AND HEARING A PREACHER

PREACH ABOUT 2 BROTHERS. A PREACHER THAT PLAINTIFF BELIEVES IS HIS BIOLOGICAL

MOTHER'S, HUSBAND'S BIOLOGICAL FATHER.  WHO WOULD BE PLAINTIFF'S STEP FATHER'S

FATHER. A STEP GRANDFATHER, BUT PLAINTIFF DOES NOT KNOW HIM AND HAD NO DESIRE TO

IN ADDITION TO ABUSE FROM HIS STEP FATHER THAT PLAINTIFF SUFFERED HE HAD HEARD

WORSE THING FROM HIS STEP FATHER ABOUT HIS OWN BIOLOGICAL FATHER WHICH MADE

PLAINTIFF NOT EVER WANT TO MEET HIM; LET ALONE ALLOW HIM TO SPEAK FOR PLAINTIFF OR

ABOUT PLAINTIFF, AND HE WAS CALLING PLAINTIFF AND HIS BROTHER BOTH BEASTS, AND

CLAIMING ONE NEEDS TO BE IN CHAINS. THIS CONTINUED INTO 2016 UNTIL DEFENDANTS

STOPPED USING HIM AUDUBLY SINCE HE WAS BEING MOCKED BY PEOPLE SAYING "JASON BROKE

HIS CHAINS", AND PLAINTIFF WAS QUOTING THE BIBLE AND ARGUING AGAINST HIS CLAIM.

87. WHEN PLAINTIFF RETURNED TO WASHINGTON STATE AFTER RUNNING OUT OF FUNDS AROUND

MINNESOTA, HE WAS APPREHENDED AT THE BOTHELL INN AND TAKEN TO KING COUNTY JAIL,

THE DAY AFTER WATCHING An EPISODE OF THE "MEN WHO BUILT AMERICA" WITH DEFENDANTS

DONALD TRUMP AND CARLY FIORINA IN WHICH THE VIEWER WAS ASKED BY FIORINA TO THINK

OF AN INDUSTRY. PLAINTIFF SAID "CANNABIS" or "WEED" OUT LOUD AND FIORINA WORRIEDLY

LOOKED AT TRUMP AND SAID TO PICK A DIFFERENT ONE. AS IF SHE COULD HEAR HIM. THIS

WAS IN ADDITION TO WHEN PLAINTIFF FIRST SAW HER HE HEARD PEOPLE TALKING OFF

CAMERA ABOUT SOMEONE WATCHING AND STEPPED IN FRONT OF THE CAMERA. THIS IS

WHEN PEOPLE STARTED IMPLYING TO PLAINTIFF THAT CARLY FIORINA IS NOT A REAL PERSON

AND INSTEAD, IS THE LADY WITH THE DECEASED SON, THAT PLAINTIFF HAD TOLD THAT HIS

FRIEND DID NOT KILL HER SON. IT HAPPENED YEARS LATER WHEN PLAINTIFF WENT TO A

MENTAL JRALTH EXAMINATION BEFORE HE WAS RELEASED BY NIAGARA MEMORIAL

HOSPITAL, AND AGAIN BY DEFENDANT DALE YAEGER WHO IMPLIED HIS ENTIRE OFFICE

THINKS SHE IS NOT REAL. PLAINTIFF FILED A BETTER BUSINESS BUREAU COMPLAINT ON

DEFENDANT DALE YAEGER.

88. AFTER PLAINTIFF WAS RELEASED FROM KING COUNTY JAIL HIS MOTHER PICKED HIM UP AND

TOOK HIM TO A HOMELESS HALFWAY HOUSE AT 5105 S. 3RD AVE, EVERETT, WA  HER BOSS

LEARNED ABOUT FROM SOMEONE PLAINTIFF DOESN'T KNOW THE NAME OF. PLAINTIFF NOT

ONLY HEARD THE SURVEILLANCE VERY BLATANTLY INSIDE THE HOUSE BUT IT WAS DENIED TO

HIM THAT ANYONE ELSE HEARD IT. ALTHOUGH PLAINTIFF WAS LIVING INSIDE A ROOM WITH THE

MAN WHO LATER ATTEMPTED MURDER ON PLAINTIFF ON 5 JUNE 2018 AT THE CORNER OF

29

FERRY AVE AND HIS HOME BLOCK OF 19™ STREET IN NIAGARA FALLS, NY. HE WAS TALL AND

BLONDE. PLAINTIFF DOES NOT KNOW HIS NAME ANYMORE AND DIDN'T LIKE HIM BECAUSE

HE IMPLIED PLAINTIFF WAS A RAPIST WHICH WAS BEING SAID OVER THE SURVEILLANCE

AND HE ALSO CLAIMED NOT TO HEAR THE SURVEILLANCE AFTER DEFENDANTS STARTED SAYING

THAT PLAINTIFF WAS NOT A RAPIST/PEDOPHILE. PLAINTIFF WOKE UP IN THE

INTENSIVE CARE UNIT ON LIFE SUPPORT WITH TUBES DOWN HIS THROAT. PLAINTIFF

WAS IMPLIED TO THAT THIS CRIME WAS BEING HANDLED VIA FISA. PLAINTIFF SAID TO MAKE

IT NOT HAPPEN ANYMORE AND GO KILL THE GUY. PLAINTIFF ALSO FILED A POLICE

REPORT WITH THE NIAGARA FALLS POLICE, AND RECEIVED A EMAIL TELLING HIM IT

WAS RECEIVED. PLAINTIFF ASKED NIAGARA MEMORIAL HOSPITAL FOR THE RECORDS FROM

THAT NIGHT AND RECEIVED ALTERED COPIES AS WELL AS COPIES WHICH CONTAINED AN

ACCURATE ACCOUNT OF HIS DEATH. THE ALTERED ONES SAY "REVISED" AND ALL REVISED

BY THE SAME DOCTOR AND EVEN AN AMBULANCE REPORT WAS ALTERED BUT DOES NOT

SAY SO. INSTEAD OF BEING ON HIS HOME BLOCK, THE AMBULANCE REPORT CLAIMED THAT

PLAINTIFF WAS FOUND IN A FLOWER BED AT THE WAGON WHEEL RESTAURANT SOMEWHERE

IN NIAGARA FALLS WITH NO FLOWER BED, AND THE FLOWER BED HE WAS ACTUALLY FOUND IN

WAS LATER DESTROYED BY CONSTRUCTION THAT PLAINTIFF HAS PHOTO EVIDENCE OF, THAT'S

APPROXIMATELY 6 MILES FROM THE LOCATION AT WHICH HE ACTUALLY WAS ASSAULTED.

WHERE THERE IS A HOMELAND SECURITY CAMERA THAT PLAINTIFF BELIEVES IS WHAT GOT FIRST

RESPONDER TO ARRIVE DUE TO THE MENTION OF HIS ATTEMPTED MURDER WHICH WAS

CALLED AN ASSAULT IN ONE REPORT MADE THAT WAS NOT ALTERED. THE OTHER REPORTS

CLAIM PLAINTIFF WAS FOUND INTOXICATED AND COMBATIVE. A TOXICOLOGY REPORT TAKEN

SHOWS THAT PLAINTIFF HAD A 524 mg/dl ETHANOL LEVEL. BETWEEN 300-400 is DEATH DUE TO

THE LOSS OF BODY INVOLUNTARY MOTOR FUNCTIONS, SUCH AS HEART BEATING. DEFENDANT

DOCTOR JOSEPH BESL IS THE DOCTOR THAT IT SAYS CHANGED THESE RECORDS. PLAINTIFF FILED A LAWSUIT AND WAS TOLD HE COULD NOT BE AFFORDED THE COMPENSATION FOR THE KIND OF DAMAGES PLAINTIFF SUSTAINED AND AS A RESULT THE CASE WAS SUMMARILY DISMISSED WITHOUT PREJUDICE. SEE EXHIBIT ( )

89. WHEN PLAINTIFF LEFT THE HOMELESS HALFWAY HOUSE BECAUSE A RESIDENT WHOM PLAINTIFF

HAS ALSO HEARD OVER THIS SURVEILLANCE NAMED MOLLY, A MALE AND COULD BE AN ALIAS, THREATENED TO CALL LAW ENFORCEMENT ON PLAINTIFF AND PLAINTIFF DIDN'T WANT TO LIVE THERE ANYMORE WITH PEOPLE LIKE THAT. PLAINTIFF COULD NOT SLEEP. PLAINTIFF WAS SPENDING A NIGHT IN A WALMART PARKING LOT AND STARTED FEELING ELECTRICITY IN THE VEHICLE HE WAS DRIVING AND JUMPED OUT BEFORE IT COULD CONTINUE. PLAINTIFF HAD EXPERIENCED SHOCKING INSIDE THE VEHICLE AFTER RETURNING FROM GOING ACROSS STATE LINES, AND WHILE DRIVING HE FELT THE VEHICLE SHUT OFF, LIKE A BAIT CAR. THIS TIME AS SOON AS PLAINTIFF GOT OUT OF THE VEHICLE HE HEARD DEFENDANT BARACK OBAMA AND COULD FEEL A WALL OF ELECTRICITY AT HIS HEAD. HE COULD NOT DUCK TO GET AWAY AND BEFORE HE COULD RUN HE HEARD BARACK OBAMA SAY "GET DOWN", "GET DOWN ON THE GROUND NOW". PLAINTIFF DID. HE HEARD DEFENDANT SAY "YOU LIKE THE GROUND", "STAY THERE". EARLIER THAT DAY OR THE DAY PREVIOUSLY PLAINTIFF HEARD SOMEONE READING HIS RIGHTS  TO HIM LIKE HE WAS UNDER OATH AND CONTINUE AS IF HE STILL IS UNDER OATH. CLAIMING THAT HE IS ONE OF THEM, CLAIMING THAT HE IS THEIRS, AND CLAIMING THAT HE IS A PART OF THE DEPARTMENT OF JUSTICE AS WELL AS CALLING HIM A VETERAN.

90. PLAINTIFF WAS STAYING AT THE MARRIOTT HOTEL IN EVERETT, WA WATCHING DEFENDANT MEGYN KELLY ON FOX NEWS AND A SAW A STORT HEADLINE IN THE UPPER LEFT HAND CORNER

OF THE SCREEN SAYING "DIRTY HARRY". WHILE HE HEARD HER FRAUDULENTLY MENTION THE

PHRASE "MEXICAN RAPISTS", WHICH HE HAD PREVIOUSLY FROM HER UNDER THE SAME

SURVEILLANCE AT THE SAME HOTEL PREVIOUSLY WHEN TALKING IN RAGARDS TO RICHARD

MATT WHO WAS NOT A RAPIST. PLAINTIFF KNOWS HIM AND IS THE THIRD INMATE WITH

MICKEY CASS AND SALVATORE LETIZIA WHOSE CRIMES HAD BEEN ALTERED. CASS AND LETIZIA'S

CASES WERE ALTERED ON THE NYSDOCCS WEB SITE WHEN PLAINTIFF LOOKED THEM UP AT THE

SAME TIME HE LOOKED UP CARMINE CARINI AND LEONARD FALZONE SR. RICHARD'S WERE

BEING VERBALLY ALTETRED SO AS TO MAKE IT SEEM PLAINTIFF HANGS OUT WITH RAPISTS IN

PRISON TO THE FALZONE FAMILY WHILE THEY WERE BEINGLIED TO THAT PLAINTIFF WAS A

RAPIST HIMSELF, AS BIRDS OF A FEATHER FLOCK TOGETHER, WHICH PLAINTIFF ANGRILY YELLED

OUT LOUD. AFTER LEAVING THE HOTEL THE FIRST TIME PLAINTIFF ALSO SAW SALVATORE

FALZONE FROM SNYDER, NEW YORK HE GREW UP WITH IN THE PARKING-LOT OF A WALMART

AND GOT OUT OF HIS VEHICLE AND SAY "I LOST MY MOMMY" AND WIPE AWAY FAKE TEARS....

PLAINTIFF BELIEVES HE WAS MOCKING HIM. A MAN APPROACHED SALVATORE AND ASKED HIM

IF HE WANTED TO SEE A DEAD BODY. THIS WAS LATER IMPLIED TO BE A DEAD DOG. DURING
THE

FOX NEWS SHOW HE WAS WATCHING THAT NIGHT HE HEARD DEFENDANT MEGYN KELLY ASK

VIEWERS AND PLAINTIFF BELIEVES SPECIFICALLY HIMSELF, WHETHER THEY WANTED TO BE A CAT

OR A DOG AND THAT CATS LOVE BLOOD.

91. PLAINTIFF WAS ALSO TOUCHED AGAINST HIS WILL BY THINGS THAT FELT ELECTRICAL,

INCLUDING WHAT HE BELIEVES WAS A PENIS IN HIS MOUTH, WHILE HEARING A MAN HE
KNOWS

FROM HIS INCARCERATION AT AUBURN CORRECTIONAL FACILITY,  LAUGHING, WHOSE A KNOWN

HOMOSEXUAL DEFENDANT JOEL ANZALONE 21B0951, 02B1499, 93B1123, 12B3723,

89B1039. TOUCHING PLAINTIFF AGAINST HIS WILL AND RIGHTS AT THE DIRECTION OF THE

DEFENDANTS ORDERS THROUGH THEIR USE OF FRAUD AGAINST PLAINTIFF. AROUND

DECEMBER 2015. WHILE AT THE SAME TIME HE WAS SMOKING A CIGARETTE AND WATCHING

ACROSS THE STREET FROM HIM AS IT SEEMED THAT THOMAS DONOVAN 10A4293 AS WELL

AS THE BUNKMATE OF JOEL ANZALONE IN AUBURN IN D BLOCK NAMED JASON WERE

ACROSS THE STREET MOVING THINGS INTO AN APARTMENT ON ALLEN STREET,

IN LOCKPORT, NEW YORK CLOSE TO THE INTERSECTION AT 78 MONROE STREET WHERE

PLAINTIFF WAS STAYING WITH HIS GODFATHER JOHN FALSETTI, WHO WAS RENTING,

AND ALLOWED PLAINTIFF TO STAY UNTIL SUCH TIME THAT PLAINTIFF GAINED  HIS OWN

LIVING ARRANGEMENTS. THE ENTIRE TIME THAT THOMAS DONOVAN 10A4293 WAS

STAYING ACROSS THE STREET HE WAS BEING TOLD TO MURDER ME. BEFORE HE LEFT

SHORTLY AFTER ARRIVING, PLAINTIFF WATCHED HIM AS HE DRESSED LIKE THE NEXT DOOR

NEIGHBOR IN THE NEXT APARTMENT AND BROKE INTO HIS APARTMENT DRESSED AS HIM.

PLAINTIFF BELIEVED IT WAS A SHOW. AS HE ALSO HEARD THE NEIGHBOR OVER THE

SURVEILLANCE. BUT NOT FOR LONG AFTER THAT HAPPENED. HE WAS USED, PLAINTIFF

ASSUMES, BECAUSE THE PEOPLE SURVEILLING WANTED TO MAKE HIM THINK THAT HE

IS A FAMILY MEMBER OF THE FALZONE FAMILY OR MAGGADINO CRIME FAMILY PLAINTIFF IS

ALLEGED TO THAT HE HEARS, SOME OF WHOM HIS FAMILY AND SELF KNOW AND PLAINTIFF HAS

KNOWN SINCE HE WAS A BABY, ONLY IN REGARDS TO THE FALZONE FAMILY. THE FALZONE

FAMILY AND DONALD TRUMP STARTED BEING USED AT THE SAME TIME, WITH DEFENDANTS

CAUSING DISPARAGING AND SLANDEROUS DAMAGES USING FRAUD ABOUT PLAINTIFF AND

THOMAS DONOVAN AND TELLING THEM THAT PLAINTIFF HAD INFORMED ON THOMAS

DONOVAN TO THE LADY HE PLAINTIFF USED DONOVAN'S NAME ON, WHILE CLAIMING THAT

PLAINTIFF HAD INFORMED ON 3 LETTERS.

92. PLAINTIFF IS HETEROSEXUAL ANS BELIEVES THAT BI SEXUALITY DOES NOT EXIST AND

HOMOSEXUALITY IS A POINTLESS ACT, IN WHICH ANIMALS SOMETIMES ENGAGE IN. A SAME SEX

COUPLE IS AN ABOMINATION TO HUMANITY, AS THEY CANNOT MAKE ANOTHER HUMAN LIFE.

93. PLAINTIFF, WHILE SHOWERING ONE DAY SAID THAT HE WANTS A BLACK FEMALE BEFORE

HE DIES. LATER THAT DAY A BLACK FEMALE WAS SELLING CABLE DOOR TO DOOR FOR

TIME WARNER. PLAINTIFF RECALLS POINTING OUT THAT IN SEATTLE WHEN HE SOLD CABLE

THAT THERE WAS NO SUCH THING AS ANYTHING OVER 2 GIGABYTES. BUT THE COMPANY

WAS OFFERING HUNDRED GIGABYTE PACKAGES AND FIFTY GIGABYTE PACKAGES,

WHICH IS IMPOSSIBLE. THIS CHANGED AND SOON AFTER TIME WARNER BECAME SPECTRUM.

PLAINTIFF STILL PURCHASED INTERNET THROUGH HER. WHICH HE KEPT FOR OVER ALMOST OR

OVER A YEAR, BUT STOPPED DUE TO CONCERNS OF PROMOTING THE FISA SURVEILLANCE.

94. ON OR ABOUT FEBRUARY 2016, PLAINTIFF WAS RAPED BY WHAT HE BELIEVES IS A MALE

TRANSVESTITE, WHO CLAIMED TO BE A FEMALE WHOM DEFENDANTS CLAIM PLAINTIFF KNOWS

FROM PRISON BUT WHOM PLAINTIFF HAD TO ASK THE SEX OF. UPON INFORMATION AND

BELIEF VIA FISA PLAINTIFF BELIEVES THE THING IS A MALE, WITH A PENIS. PLAINTIFF FILED A

REPORT ABOUT THIS INCIDENT AFTER HE WAS ROBBED BY IT AFTER HE WAS RAPED AND FELL

ASLEEP WAITING FOR IT TO COME BACK TO GIVE PLAINTIFF VAGINA AFTER IT HAD STUCK HIS

PENIS INSIDE OF ITS ANUS AND PLAINTIFF STARTED TRYING TO RIP ITS JEANS OFF AND IT FELL
TO

THE FLOOR HOLDING ONTO THEM, AND TOLD PLAINTIFF IT WOULD GIVE HIM "PUSSY" WHEN IT

CAME BACK, AND THEN LEFT, AND RETURNED WHILE PLAINTIFF PASSED OUT DRUNK. PLAINTIFF

HEARD PEOPLE OVER THE SURVEILLANCE CLAIMING THAT THE "PROSTITUTE" WAS A MALE AND

THAT PLAINTIFF HAD TO KILL IT BEING THAT IT RAPED PLAINTIFF. PLAINTIFF HAD MADE

COMMENTS ABOUT KILLING RAPISTS TO EXPOSE WHAT DEFENDANTS WERE SAYING ABOUT HIM

AMD HIS FAMILY (LITTLE BROTHER; ROBERT ANDREW LANG) WHOM WAS ATTACKED AS WELL

WITH FALSE ALLEGATIONS OF PEDOPHILIA, HIT AND RUN BY DEFENDANTS AND ATTACKED IN

34

SNOHOMISH COUNTY JAIL FOR THE FRAUD DEFENDANTS HAVE CALLED PLANTIFF AND TOLD

PLAINTIFF THAT THEY WERE DOING TO HIS BROTHERT ALSO. PLAINTIFF FILED A RAPE REPORT

AFTER THE DEFENDANTS CLAIMED THEY WOULD IF PLAINTIFF WAS NOT HOMOSEXUAL AFTER

PLAINTIFF TOLD PEOPLE TO PROVE THAT HE IS. SARCASTICALLY. DEFENDANT SHAWN BOSI AND

FORMER NIAGARA FALLS POLICE DETECTIVE WHO WAS ALLEGEDLY HANDLING THE REPORT

CALLED PLAINTIFF AND SPOKE IN A FALSE VOICE BEFORE HANGING UP ON PLAINTIFF. PLAINTIFF

CALLED BACK AND SPOKE WITH DETECTIVE SEAN BOSI WHO CLAIMED THAT IT WAS SOMEONE

OTHER THAN HIM BUT THAT HE WAS HANDLING THE RAPE CASE. PLAINTIFF STARTED NOTICING

THAT HE ALSO HEARD THE SAME DETECTIVE OVER THE FISA SURVEILLANCE. DEFENDANT SEAN

BOSI RETIRED AFTER PLAINTIFF FILED A REPORT ON HIS ATTEMPTED MURDER THAT WAS ALSO

SUBSEQUENTLY THROWN OUT, HIS PARTNER ALSO DIED FROM COVID COMPLICATIONS SOON

AFTER. MUCH LIKE ANTONIN SCALIA DIED AFTER POSSIBLY FINDING OUT LEONARD FALZONE SR

WAS BEING TARGETED ILLEGALLY BY FISA COURT SURVEILLANCE. SEE EHXIBITS P. 34 #94

95. DEFENDANT SEAN BOSI CALLED PLAINTIFF FOR THE NIAGARA FALLS POLICE REPORT FOR RAPE

THAT HE FILED. THE DEFENDANT WAS SPEAKING IN A MASKED VOICE, LAUGHED AND HUNG UP

THE PHONE UNPROFESSIONALLY. PLAINTIFF HAD TO CALL BACK AND THE DEFENDANT CLAIMED

IT WAS NOT HIM AND  PLAINTIFF REALIZED HIS VOICE SOUNDED FAMILIAR. DEFENDANT SEAN

BOSI SAID HE WOULD LOOK INTO WHETHER THE ALLEGED RAPIST WAS A MAN OR A WOMAN
BY

THAT WEEKEND. DURING THAT WEEKEND PLAINTIFF SPECIFICALLY HEARD DEFENDANT SEAN

BOSI VIA FISA COURT SURVEILLANCE LAUGHING  ABOUT PLAINTIFF HAVING TOLD THE PEOPLE

USING FISA COURT SURVEILLANCE TO PROVE THAT HE IS A HOMOSEXUAL, AFTER PLAINTIFF

GREW EXASPERATED OF DEFENDING HIS SEXUALITY AND HIMSELF THERIN, OUT OF FEAR OF

BEING RAPED AND MURDERED AFTER BEING TOUCHED, RAPED AND ELECTROCUTED BY FISA

TECHNOLOGY. PLAINTIFF NEVER RECEIVED A PHONE CALL FROM SEAN BOSI

LIKE DEFENDANT CLAIMED HE WOULD DO.  PLAINTIFF CALLED THE NIAGARA FALLS POLICE

STATION AND DEFENDANT TOLD PLAINTIFF "YOU SHOULDN'T HAVE LET ANYONE INTO YOUR

HOME (SIC)  IF YOU DID NOT WANT TO BE RAPED". THE DEFENDANT'S CONTINUED PRESENCE

ON FISA COURT SURVEILLANCE  AFTER HIS DEATH IS INDICATING TO PLAINTIFF THAT

THE DEFENDANTS CONTINUE ATTACKING PLAINTIFF USING DEFENDANT SEAN  BOSI

IMPLYING TNAT PLAINTIFF WILL BE ARRESTED FOR FILING A FALSE POLICE REPORT,

WHILE FRAUDULENTLY CALLING HIM HOMOSEXUAL. PLAINTIFF BELIEVES THAT SEAN BOSI WAS

FORCED TO RETIRE AND HIS  PARTNER WAS MURDERED (POSSIBLY VIA FISA TECHNOLOGY) FOR

THIS FRAUD, WHILE  AIDING AND ABETTING  IN RACKETEERING FOR THE DEFENDANTS TO

CONTINUE USING FISA SURVEILLANCE.

96. PLAINTIFF USED THOMAS DONOVAN'S NAME ON WITH THE DEAD SON HAD ALWAYS

BEEN ASKED WHY, IF PLAINTIFF WAS INCARCERATED WHEN HER SON DIED, DOES SHE CARE

TO RISK HER FREEDOM TO ATTACK HIM? SHE REPLIED SHE IS THE MOTHER OF THOMAS

DONOVAN AS WELL AS PLAINTIFF AFTER DONOVAN'S DEATH. SHE ALSO CLAIMED THAT

PLAINTIFF RAPED HER AT SOME POINT IN TIME. PLAINTIFF BELIEVES, BASED ON INFORMATION

AND BELIEF THAT RETIRED SEAN BOSI HAS BEEN USED AND CLAIMS OR IS IMPLIED TO NOT BE

RETIRED AND WORKING A "RAPE" CASE, WHILE NOT ONLY CALLING PLAINTIFF A RAPIST BUT

IMPLYING THROUGH WRONGLY CALLING  ESCAPED CONVICT RICHARD MATT A MEXICAN RAPIST,

WHILE THIS SURVEILLANCE  WAS GOING ON, AND DOUBLING DOWN THE DAY AFTER

AND PLURALIZING IT TO "MEXICAN RAPISTS" AND LYING THAT PLAINTIFF'S LITTLE

BROTHER AND HIMSELF ARE ONE IN THE SAME PERSON, TO CONSPIRE MURDER,  AND

COMMIT DAMAGES,  POTENTIAL DAMAGES. PLAINTIFF ALSO STARTED HEARING PEOPLE

SAY "HIT HIM", AND "YOUR GOING TO GET RUN OVER BY A CAR". PLAINTIFF'S

LITTLE BROTHER ROBERT ANDREW LANG WAS HIT BY A VEHICLE DRIVEN BY A
FAMILY FRIEND OF DEFENDANT, THE DISTRICT ATTORNEY WHO PROSECUTED HIM, DEFENDANT,
STUART MUMMA WAS SENTENCED TO PROBATION AS THE RESULT OF HIS SECOND HIT
AND RUN OFFENSE, WHICH LEFT PLAINTIFF'S  LITTLE BROHER IN THE HOSPITAL AND
PERMANENTLY INJURED IN HIS LEG. WHILE HE WAS ON HIS WAS TO SAND DIEGO, PASSING
THROUGH VACAVILLE, CA . DEFENDANT STUART MUMMA WAS ONLY PROSECUTED AFTER
PLAINTIFF HAD POSTED ON SOCIAL MEDIA FOR HIS PROSECUTION FOR A CONSPIRACY, ON
LINKEDIN, WHICH WAS PURCHASED BY DEFENDANT BILL GATES DIRECTLY AFTER PLAINTIFF HAD
SHARED THE MARIJUANA COMMODITY TO LINKEDIN, SO AS TO RUN IT AND FIND  WORKERS
FROM THERE TO HELP COMPLETE THE WORK REMAINING TO BE DONE. PLAINTIFF HAD FOUND
PEOPLE BUT BELIEVES, DUE TO INFORMATION AND BELIEF, WERE LURED  AWAY FROM
COMPLETING THE PROJECT. PLAINTIFF BELIEVES THIS WAS ALSO THE REASON WHY PEOPLE HE
HAD USED FROM THE FISA COURT  SURVEILLANCE WERE ELECTROCUTED TO DEATH REMOTELY,
OR KILLED SOME OTHER WAY BY FISA COURT TECHNOLOGY THAT PLAINTIFF HAS BEEN
ELECTROCUTED BY HIMSELF AND BELIEVES DUE TO INFORMATION AND BELIEF TO BE TESLA
TECHNOLOGY.

97. PLAINTIFF FORGOT ABOUT A STORY THOMAS DONOVAN HAD TOLD HIM ABOUT SHOOTING
A MALE VICTIM, EXECUTION STYLE IN THE WOODS IN SACRAMENTO, CA,  AFTER SHOWING
PLAINTIFF THE LISTS PLAINTIFF DID NOT THINK MUCH ABOUT "WAR STORIES" IN PRISON  AND
TOOK THEM WITH A GRAIN OF SALT BECAUSE HE HIMSELF HAD APPROPRIATED STORIES FROM
OTHER CONVICTS FOR HIMSELF AS IF THEY'RE HIS OWN HISTORY FOR ENTERTAINMENT. ONE
SUCH STORY OF THOMAS DONOVAN'S WAS HIS EXECUTION VICTIM. HE CLAIMED ONLY THAT HE
EXECUTED SOMEONE IN THE WOODS IN .SACRAMENTO. CALIFORNIA AND AFTERWARD  WHILE
HE WAS IN SACRAMENTO SOMEWHERE, HE SAW WHAT LOOKED LIKE THE GUY THAT HE

MURDERED EXECUTION STYLE AND LEFT IN THE WOODS WHOM WAS WEARING SIMILAR CLOTHING AND HE DID NOT WANT TO GET CLOSE ENOUGH TO SEE IF HE HAD A HEAD WOUND,BUT THAT HIS CLOTHING HAD DIRT AND LEAVES AS IF HE HAD CRAWLED OUT OF THE WOODS.HE ALSO SAID THAT HE WAS WALKING LIKE A ZOMBIE.  ONE DAY PLAINTIFF HEARD A MALE VOICE SAY "JASON, IT'S THE ZOMBIE STORY" VIA FISA. RIGHT AWAY PLAINTIFF KNEW WHAT THE STORY WAS. INSTEAD PLAINTIFF TALKED ABOUT A HAND DAGGER MADE BY THE ZOMBIE BRAND THAT CITY WORKERS HAD WATCHED HIM PICK UP OFF OF A CENENT BARRIER ON ON RAINBOW BOULEVARD IN NIAGARA FALLS, NY. PLAINTIFF, LATER USED BOTH THAT STORY AS WELL AS THE LADYS YELLOW SIGN, AND HIGHLIGHTING THE DIFFERENCES TO THE CITY OF SACRAMENTO IN  WHISTLEBLOWER COMPLAINTS ON TWO SEPARATE OCCASIONS. TO STOP THE TARGETING OF PLAINTIFF AND ATTACKS TO HIS FAMILY SPECIFICALLY SUCH ATTACKS TO HIS FAMILY ARE ATTACKS ON HIM AS WELL, BEING BIOLOGICAL FAMILY. BECAUSE THE LADY STARTED

CLAIMING THAT, THOMAS DONOVAN'S ZOMBIE IS HER DEAD SON. IMPLYING AN OUTRIGHT CONSPIRACY TO MURDER PLAINTIFF AND HIS FAMILY WHICH IS IMPLICITLY AND ARTICULATELY ORDERED BY DEFENDANTS THROUGH USE OF DOGMA AND OUTRIGHT FRAUD WHILE CONTINUING THE SURVEILLANCE ONLY USED ON FOREIGNERS WHILE TRYING TO MAKE IT LEGALLY ABLE TO TARGET AMERICANS DUE TO PLAINTIFF'S REASONING THROUGH ORDER OF ELIMINATION THAT SAID SURVEILLANCE USING FRAUD IS TO KILL PLAINTIFF CLAIMING HE IS A MEXICAN RAPIST EVEN WHILE CLAIMING HE IS NOT DUE TO THE FISA ONLY ABLE TO TARGET PEOPLE NOT ENTITLED TO CONSTITUTIONAL RIGHTS WHICH IS HOW CLAIMING PLAINTIFF IS NO LONGER A PEDOPHILE OR FOREIGN WHILE CONTINUING SAID SURVEILLANCE IS AN ATTACK CAUSING DAMAGES AND INTENT TO CAUSE DAMAGES, DUE TO PRIOR DAMAGES CAUSED BY THEIR PREVIOUS ACTIONS THAT LED TO THE ATTEMPTED MURDER OF PLAINTIFF IN WHICH PLAINTIFF HAD TO BE REVIVED FROM DEATH BY FIRST RESPONDERS.

38

98. ON OR ABOUT 23 NOVEMBER 2021 PLAINTIFF THOUGHT THAT BECAUSE THE OTHER NON

DEPARTMENT  OF JUSTICE THAT PLAINTIFF KNOWS AND HEARS OVER THE SAME FISA

COURT SURVEILLANCE IS THE FALZONE FAMILY WHOSE FATHER THE FBI CLAIMS WAS THE BOSS

OF THE ALLEGED ORGANIZED CRIME FAMILY, THE MAGGADINO CRIME FAMILY AND WHOM

PLAINTIFF, BELIEVES WAS MURDERED USING PLAINTIFF AND THE FISA CIURT TECHNOLOGY THAT

BASED ON THE SAME INFORMATION AND BELIEF IS A TESLA DEATH RAY TECHNOLOGY, LIKE

PLASMA SPEAKER TECHNOLOGY. PLAINTIFF BELIEVES THAT WHEN HE HEARD THE NAME

ANTONIN SCALIA OVER THIS SURVEILLANCE THAT IT WAS THE JUSTICE WHO WAS ALIVE

AND WELL. UNTIL SOON AFTER, PLAINTIFF WITNESSED THE NEWS OF HIS DEATH. WHICH

PLAINTIFF BELIEVES IS RELATED TO LEONARD FALZONE SR DEATH AND BEING TARGETED ALONG

WITH HIS FAMILY, SOME OF WHOM ARE STILL TARGETED AND USED TO ATTACK AND MURDER

PLAINTIFF AS HE IS ACCUSED OF THE DEATH OF THEIR LEONARD FALZONE SR, AND PEOPLE

WHOM THE PEOPLE PLAINTIFF BELIEVES ARE ALSO DEPARTMENT OF JUSTICE, BASED ON

INFORMATION AND BELIEF, PEOPLE WHO CLAIM TO BE THE DECEASED LEONARD FALZONE SR AS

WELL AS HIS RELATION WHOSE NAME IS MICHAEL FALZONE WHOM PLAINTIFF DOES NOT KNOW

BUT KNOWS OF FROM A FRIEND WHO WAS IN PRISON WITH PLAINTIFF, BUT WHO IS

NEVERTHELESS USED BY DEFENDANTS TO MAKE THREATS TO PLAINTIFF CLAIMING PLAINTIFF

KNOWS HIM AND USNG PEOPLES WHOSE NAMS ARE MICHAEL TO THREATEN AND ATTACK

PLAINTIFF. PLAINTIFF WENT TO THE LOCKPORT POLICE STATION AFTER HAVING TOLD AN

OFFICER THAT HE HEARD LISA FALZONE REPEAT WHAT HE BELIEVES AN OFFICER SAID ABOUT

KILLING PLAINTIFF'S MOTHER, PLAINTIFF BELIEVED THAT GETTING ORDERS OF PROTECTION

AGAINST EACH FALZONE FAMILY MEMBER REMAINING ALIVE, ESPECIALLY LEONARD FALZONE JR

BECAUSE PLAINTIFF BELIEVES THE BOARD HE WAS BRAINSTORMING FOR HIS BUSINESS, THE

MARIJUANA  COMMODITY, WAS USED AS IF IT WAS THE REASON FOR THE DEATH OF LEONARD

39

FALZONE SR, AS WELL AS CALLING PLAINTIFF A HOMOSEXUAL AND CLAIMING THAT AND

PLAINTIFF TALKING TO HIS DAUGHTERS WAS ACTUALLY AN ATTACK ON PLAINTIFF, AND
WEAPON

BEING USED BY PLAINTIFF IN LEAGUE WITH DEFENDANTS AGAINST THE FALZONE FAMILY WHO

WERE BEING TOLD PLAINTIFF WANTS TO BE MAFIA AND MARRY ONE OF THE FALZONE WOMEN,

WHILE CLAIMING THAT PLAINTIFF HAVING RISSED ROSEANNA FALZONE GAVE PLAINTIFF THE

POWERS OF EXTREME HOLINESS AND CLAIMING THAT THE MAFIA MURDERS FOR THE CHURCH

AND CLAIMING THAT PLAINTIFF SUCKING A PENIS OR KISSING ANYONE "MADE" THEM BY

EXTENSION, AND EVEN THOUGH PLAINTIFF CANNOT SEE THE FALZONE WOMEN HE KNOWS

THEY'RE STILL VERY PHYSICALLY ATTRACTIVE AFTER 20 YEARS OF NOT HAVING SEEN THEM

PRIOR TO SEEING THEM DURING THE FISA SURVEILLANCE. WHICH PLAINTIFF HAS HEARD

AND KNOWS BASED ON INFORMATION AND BELIEF IS A PART OF THEIR CONTINUED USE, BY

OFFICERS ACTING OUTSIDE THE LAW TO STRIP THE RIGHTS OF PEOPLE TO PROSECUTE THEM

WITHOUT THEIR CONSTITUTIONAL RIGHTS. PLAINTIFF SAW ADRIAN ADAMUS SR AT A

STARBUCKS IN NIAGARA FALLS, NY IN 2016 AND WHILE HE WAS THERE SMOKING OUTSIDE,

ON THAT OCCASION OR SOON THEREAFTER WHILE APARTMENT SEARCHING PLAINTIFF

THOUGHT HE SAW ADRIAN ADAMUS JR IN FATIGUES OR A FATIGUE BACKPACK BEING RAN

AROUND ANOTHER OLDER AND LARGER WHITE GUY WHO LOOKED AS THOUGH HE WAS ALSO

MILITARY BUT NOT IN UNIFORM EITHER, AND WATCHED AS THE PERSON PLAINTIFF THOUGHT

WAS ADRIAN'S SON LOOK AS THOUGH HE WAS MARCHING IN A PATTERN OR WALKING IN A

PATTERN. FIRST WALKING UP THE  SENECA NIAGARA FALLS CASINO STEPS AND THEN BACK

DOWN AND TO THE END OF THE BLOCK AND BACK AGAIN, BEFORE PLAINTIFF WANTED TO

LEAVE. PLAINTIFF BELIEVES THAT IF IT WAS ADRIAN ADAMUS JR THAT THIS WAS BEING DONE

WITH FRAUDULENT INTENTIONS TO USE PEOPLE THEY CALL LA COSA NOSTRA, AS THEY WERE

USING PLAINTIFFS UNCLE, THE FALZONE FAMILY AND ADRIAN ADAMUS, AS WELL AS GAMBINO,

LETTERS TO THESE PEOPLE THEY WERE CALLING MOB AND IMPERSONATING TO USE THE

FEAR THESE PEOPLE MAY HAVE INSTILLED INTO DEFENDANTS, BY EXTENTION ON PLAINTIFF,

WHILE LYING THAT IT WAS MERELY TO LIE AND FRAUDULENTLY OFFER UP LIES ABOUT

A PHONE CALL FROM HIS PAROLE OFFICER NAMED VICTOR, PRIOR TO ADRIAN MOVING TO THE

CAROLINA'S. PLAINTIFF HEARD VITCTOR TELL ADRIAN "DON'T SAY ANYTHING TO HIM ABOUT

COHORT", WHICH WAS THE NAME OF THE MARIJUANA COOMIDTY THAT PLAINTIFF HAS

STARTED. THIS SEEMED TO PLAINTIFF AS IF IT WAS HIS PAROLE OFFICER TRYING TO ACT AS

THOUGH HE WAS LA COSA NOSTRA, BETTING THAT PLAINTIFF WOULD NOT ASK HIM WHO IT

WAS ON THE PHONE WITH HIM. THIS ACTION BY HIS PAROLE OFFICER IS A DIRECT VIOLATION
OF

PLAINTIFFS ROHRABACHER-FARR AMENDMENT, A RESULT OF THE FRAUD DEFENDANTS USED TO

STRIP PLAINTIFF OF HIS RIGHTS BY CLAIMING HE IS FOREIGN AND NOT ENTITLED, PRIOR TO

INFORMATION AND BELIEF THAT LEADS PLAINTIFF TO BELIEVE THAT DEFENDANTS ARE

INTENDING TO USE SECTION 702, SPECIFICALLY 50 USC § 702, AFTER HAVING ADMITTED TO

USING FRAUD TO OBTAIN FISA SURVEILLANCE APPLICATIONS FOR DONALD TRUMP,  WITHOUT

ARTICULATING EXACTLY WHAT SAID FRAUD WAS AND PLAINTIFF HAVING STARTED EXPOSING

THIS ON SOCIAL MEDIA WHILE POSTING THE ROUGHT DRAFT OF THIS CIVIL RICO SUIT.

DEFENDANTS ARE CAUSING DAMAGES TO PLAINTIFF AS ALLEGED BY THEM PER SAY, PLAINTIFF
IS

A MEXICAN RAPIST WHILE CONTINUING SURVAILLANCE MEANT FOR FOREIGNERS.

99. PLAINTIFF BELIEVES HIS MEDICAL TRANSPORTATION AND THEREBY HIS HIIPA RIGHTS WERE

DELIBERATELY VIOLATED TO CAUSE DAMAGES AND HIDE THE FACT THAT DEFENDANTS POSSIBLY

STARTED A CIVIL WAR IN SOMALIA THAT COULD CAUSE MORE DAMAGES TO PLAINTIFF

EXPOSING IT, AS IS HIS DUTY AS A PRODUCTIVE MEMBER OF SOCIETY AS PART OF A CHECKS
AND

BALANCES SYSTEM AS A CIVILIAN REPORTING MISAPPROPRIATIONS OF OUR TAXES AND FRAUD

BY GOVERNMENT EMPLOYEES CAUSING DAMAGES. A CONTRACT BETWEEN NEW YORK STATE

DEPARTMENT OF HEALTH AND MEDICAL ANSERING SERVICE TO PROVIDE TIMELY

TRANSPORTATION TO MEDICAL APPOINTMENTS FOR PLAINTIFF AND RECENTLY DEFENDANTS,

UPON INFORMATION AND BELIEF, DUE TO PLAINTIFF POSTING ON SOCIAL MEDIA ABOUT

CURRENT EVENTS WITH UNITED STATES AND THE TRIBE OF THE DRIVER PLAINTIFF HAD, AND

TALKING ABOUT THE WAR STARTING OVER A 30 YEAR OLD CONTRACT WITH SHELL EXXON THAT

SOME WANT TO HONOR AND OTHERS DO NOT AND WANT IT INSTEAD TO GO TO THE

NETHERLANDS, ALLEGEDLY. THIS CIVIL WAR IN THE SOMALIA STARTED ABOUT A YEAR AFTER

PLAINTIFFS PREVIOUS SOMALI DRIVER TOLD HIM ABOUT THE OIL RESERVES IN SOMALIA THAT

WERE ALL UNTOUCHED AND HOW RICH SOMALIA WAS UNDER THE GROUND. PLAINTIFF ALSO

POSTED ABOUT RIOTS IN KENYA WITH ACTUAL FOOTAGE FROM HIS FRIEND AND PREVIOUS

DRIVER AT WARRIS WHO WAS IN KENYA WHILE KAMALA HARRIS WAS THERE WITH A LARGE

CHECK FOR COBALT MINING, AND KENYANS WERE ANGRY AT THEIR EXPLOITATION AND THE

EXPLOITATIONOF THEIRCHILDREN FORMINING WORK. ALL OF PLAINTIFFS PREVIOUS MEDICAL

TRANSPORTATION, FROM THE SAME COMPANY WERE ALL SOMALI, AND PLAINTIFFS FRIENDS,
AT

WARRIS TRANSPORTATION. PLAINTIFF BELIEVES THAT WARRIS TRANSPORTATION WAS
CHANGED

BY DEFENDANTS AGAINST PLAINTIFFS WILL AND RIGHTS AFTER PLAINTIFF'S POSTS SEEMED TO

GET THE ATTENTION OF A NETWORK NEWS AGENCY HEADLINIG ABOUT CIVILIANS KNOWING

ABOUT A WAR IN AFRICA BEING A LEAK, BUT NEVER RAN THE STORY. INSTEAD OF PLAINTIFF

BEING ABLE TO CHOSE HIS OWN TRANSPORTATION COMPANY, AS HIS AREA IS NOT SERVICED BY

ANY SPECOFOC MEDICAL COMPANY, HE MUST CHOSE ONE FROM THE NEXT CLOCEST SERVICE

AREA WHICH IS ERIE COUNTY. PLAINTIFF'S RECEIVED A LETTER FROM DEFENDANT

42

FRAUDULENTLY ADDRESSES WITH THE RETURN ADDRESS OF THE CLINIC HE ATTENDS CLAIMING

THAT HIS TRANSPORTATION WAS CHANGED FOR MORE TIMELY TREATMENT, BUT UPON

INFORMMATION AND BELIEF PLAINTIFF LEARNED THAT DEFENDANTS HAD A BIDDING PROCESS

GO ON UNDER THE AUSPICES OF SAVING MONEY IN TRANSPORTATION AND PROVIDING

PLAINTIFF AND EVERYONE ELSE WHOSE TRANSPORTATION CHANGED, EASIER AND LESS

EFFICACIOUS TREATMENT AS IT HAS BEEN EVERYTHING OTHER THAN TIMELY.  PLAINTIFF ALSO

HEARS THE SURVEILLANCE INSIDE EACH TRANSPORTATION VEHICLE HE HAS TAKEN AS WELL AS

INSIDE AND OUTSIDE THE CLINICS, AND ALWAYS ILLEGALLY OBTAINING INFORMATION. EACH

PATIENT A THE CLINICS PLAINTIFF ATTENDED MUST IDENTIFY THEMSELVES BY NAME AND DATE

OF BIRTH. PLAINTIFF HAS HEARD DEFENDANTS REPEATING PATIENTS NAMES, AS WELL AS

CONFIRMING THE NAME OF SOMEONE PLAINTIFF WAS IN AUBURN CORRECTIONAL FACILITY

WITH, AND WHOSE ANONYMINITY VIA HIIPA RIGHTS PLAINTIFF MUST RESPECT AND LEEAVE
HIM

NAMELESS. PLAINTIFF ALSO HEARS THE SURVEILLANCE MONITORING HIM WHILE HAVING

COUNSELOR APPOINTMENTS FOR HIS TREATMENT THAT ARE OF A CONFIDENTIAL NATURE. EACH

ONE PLAINTIFF HAS INFORMED OF THE SURVEILLANCE AND EACH ONE WAS CHANGED AND

ONLY ONCE BY DEFENDANT WHEN HE HAD A BLACK COUNSELOR WHOM HE WATCHED ARGUE

WITH ANOTHER WHITE PATIENT. DEFENDANTS SCHEME TO DEFRAUD THE NEW YORK STATE

DEPARTMENT OF HEALTH, NEW YORK STATE PATIENTS, AMERICAN CITIZENS, AND PLAINTIFF
AND

CAUSING DAMAGES TO PLAINTIFF BY DEFENDANT THOMAS LARRY CEO OF MEDICAL

ANSWERING SERVICE PLAINTIFF STILL HEARS FISA COURT SURVEILLANCE INSIDE THE MEDICAL

TRANSPORTATION COMPANY HE WAS MOVED TO AGAINST HIS WILL AND RIGHTS, AS WELL AS

INSIDE THE METHADONE CLINIC HE ATTENDS. DAILY. AS WELL AS THE LAST CLINIC HE CAME TO

THE CURRENT CLINIC AT 210 JOHN GLEN DR IN AMHERST, NY, FROM 158 HOLDEN ST, BUFFALO,

NY, HE HEARS IT INSIDE THE CLINIC BOTH IN THE WAITING ROOM, AT THE DISPENSING WINDOW WHERE PLAINTIFF HAS TO IDENTIFY HIMSELF AND WHERE OTHER CLINIC ATTENDEES ALSO MUST IDENTIFY THEMSELVES, AND PLAINTIFF HAS HEARD PEOPLE RECITING THE NAMES OF OTHER CLINIC ATTENDEES OVER THE SURVEILLANCE. PLAINTIFF ALSO HEARS THIS SURVEILLANCE WHILE HE IS RECEIVING TREATMENT OF A CONFIDENTIAL NATURE WITH HIS COUNSELOR. EACH COUNSELOR THAT PLAINTIFF HAS TALKED ABOUT THIS SURVEILLANCE (EVERY ONE) HAS BEEN MOVED AWAY FROM PLAINTIFF AND PLAINTIFF HAS SEEN ONLY ONCE AGAIN, JAMIE FOUNTAIN, WHO HAD NO PLANS TO MOVE UNTIL AFTER THIS HAPPENED WITH THE TRANSPORTATION BECAUSE MEDICAL ANSWERING SERVICES BLAMED THE CHANGE ON THE CLINIC AND THE CLINIC BLAMES MEDICAL ANSWERING SERVICES FOR THE CHANGES TO TRANSPORTATION WITH EACH AND EVERY SINGLE PERSON AT EACH AND EVERY METHADONE CLINIC, AGAINST PATIENT BILL OF RIGHTS, HIIPA RIGHTS, AND FREE ENTERPRISE. STATING IN A LETTER ABOUT THE CHANGE TO BE FOR MORE TIMELY SERVICE, AND THAT PATIENTS CAN STILL REQUEST ANY TRANSPORTATION PROVIDER TO ANY OTHER APPOINTMENTS EXCEPT TO THE METHADONE CLINICS. PLAINTIFFS CURRENT COUNSELOR SANDY HAS HAD TO ARGUE WITH MAS ABOUT TRYING TO TREAT PATIENTS, AND MAKING MEDICAL DECISIONS BASED ON NON-MEDICAL FACTORS BASED ON DEFENDANT'S POLICIES AND DAMAGES ACCRUED DURING THE ILLEGAL TARGETING PLAINTIFF AND DUE TO SAID TARGETING CAUSING DAMAGES BECAUSE PLAINTIFF HAD THREATENED TO FILE A CIVIL RIGHTS LAWSUIT AND PRESSING CHARGES TO THE FULLEST EXTENT OF THE LAW IN THE HOPES THEY RECEIVE THE DEATH PENALTY.

100.     PLAINTIFF WILLINGLY ATTENDED SEVERAL WALK-IN APPOINTMENTS AT THE NIAGARA COUNTY DEPARTMENT OF HEALTH AT THE MENTAL HEALTH SERVICES BUILDING AND MET WITH DEFENDANTS TO WHOM PLAINTIFF RELATED EVERYTHING THAT HAD HAPPENED TO HIM; FROM THE ESCAPE, TO USING THOMAS DONOVAN ON A LADY WITH A DEAD SON USING LISTS OF FAKE

SERIAL KILLED WOMEN ON, TO BEING ELECTROCUTED WHILE HEARING DEFENDANTS,

SPECIFICALLY BARACK OBAMA, WHILE HE WAS PRESIDENT. AS WELL AS DONALD TRUMP, PRIOR

TO HIS BECOMING PRESIDENT, AND WHILE HE WAS IN OFFICE. PLAINTIFF ALSO TOLD

DEFENDANTS THAT HE HAD HEARD WHAT THE NEWS REPORTED TROY HODGE HAD HEARD

BEFORE BEING TAKEN DOWN ONLINE AS IF IT WERE A VIOLATION TO HIS HIIPA RIGHTS;

"PEOPLE ARE GETTING INTO A CAR WITH A SHOTGUN AND GOING TO KILL YOIR MOM", HOW

THE RESPONDING OFFICER IS PLAINTIFF SEPERATED WIFE'S COUSIN, DEFENDANT DANIEL

BARRANCOTTA WHO KNOWS ABOUT THE SURVEILLANCE AND THE INCIDENT WHICH TOOK

PLACE THAT LED TO HIS FOREKNOWLEDGE OF FISA COURT SURVEILLANCE AND THREATS ISSUED

VIA SAID SURVEILLANCE BY DEFENDANTS, AND OFFICERS AND PEOPLE FOLLOWING THE ORDERS

OF DEFENDANTS TO TARGET AND ATTACK PLAINTIFF, BOTH ON AND OFF FISA SURVEILLANCE

WHILE CONTINUALLY TARGETING HIM AND STRIPPING HIS RIGHTS FROM HIM WHILE USING HIM

AS PROPAGANDA AS IF PLAINTIFF BECOMING PROPAGANDA THE STATE USES VIA FISA COURT

SURVEILLANCE RELIEVES PLAINTIFF OF BEING TARGETED ILLEGALLY BY FISA. DEFENDANTS ALSO

CLAIM THAT BECAUSE FRAUD IS USED TO OBTAIN FISA SURVEILLANCE ON FISA SURVEILLANCE

APPLICATIONS PLAINTIFF AND OTHERS BEING TARGETED USING SUCH FRAUD, ARE CALLED FAKE

OR NOT REAL PEOPLE BECAUSE PLAINTIFF IS NOT A MEXICAN ALIEN, AS DEFENDANTS

FRAUDULENTLY CLAIM DEFENDANTS IS NOT THE LIVING BREATHING JASON WILLIAM LANG,

CONTRARY TO THEIR KNOWLEDGE AND INFORMATION ON FISA SURVEILLANCE APPLICATIONS

DELIBERATELY USING FRAUD WHICH PLAINTIFF HAS BEEN EXPOSING SINCE DEFENDANT

DONALD TRUMP WAS TAKEN OFF OF THE SURVEILLANCE BY THE FBI POSING AS DOJ AND

CLAIMING THEY USED FRAUD ON FISA WARRANTS EVEN THOUGH FISA IS A WARRANTLESS

COURT, IMPLYING THE USE OF CIVIL RIGHTS, AND DELIBERATELY NOT ARTICULATING EXACTLY

45

WHAT THE FRAUD WAS THAT THEY USED. FRIGHTENINGLY, ON ABOUT 14 SEPTEMBER 2015

WHEN PLAINTIFF WAS ARRESTED IN MILL CREEK, WA AND TAKEN TO SNOHOMISH COUNTY

JAIL WAITING FOR TRANSFER THE NEXT DAY TO MONROE CORRECTIONAL CENTER, WHERE

PLAINTIFF FIRST SAW GAMBINO IN SNOHOMISH COUNTY JAIL AND DONOVAN AT MONROE

P.46 至 100

CORRECTIONAL CENTER. SEE EXHIBIT [ ] PHOTO OF PLAINTIFF IN-TAKE AT MONROE

CORRECTIONAL CENTER AND RELEASE FROM PAROLE PAPERS

101.       PLAINTIFF WAS ASKED BY DEFENDANT BARACK OBAMA VIA FISA WHAT HE WAS GOING

TO TELL HIS FRIENDS, AFTER DEFENDANT CLAIMED "I HEARD LANG FLIPPED", IMPLYING

COOPERATION AND TREASON TO BEING A CONVICTED FELON WHO FOLLOWS THE UNWRITTEN

CODE OF CONDUCT TO NOT INFORM ON PEERS, AS WELL AS NOT COMMITTING SEX CRIMES,

AND NOT ENGAGING IN HOMOSEXUAL ACTIVITIES UNLESS YOU HAVE A 10 YEAR PASS WHILE

INCARCERATED. PLAINTIFF HEARD DEFENDANTS TELLING HIM THAT THEY ARE HAVING COURT

ON THE STREET AND PLAINTIFF HAS A FELONY STRIKE ON HIS RECORD, DEFENDANTS CLAIMED

THAT TWO MORE WOULD EARN HIM DEATH ANYWHERE AT ANYTIME AND TO PUNCTUATE THE

STATEMENT, USED FISA TECHNOLOGY TO ELECTROCUTE HIM THEN AND THERE AND SEVERAL

OTHER TIMES USING FISA TECHNOLOGY. PLAINTIFF MOVED TO NEW YORK WHERE THERE ARE

NO STRIKES AND TOLD DEFENDANTS HE WOULD HAVE TO BE A HOMOSEXUAL, RAPIST,

INFORMANT TO GET 3 STRIKES IN NEW YORK, AT WHICH TIME THE DEFENDANTS STARTED

FRAUDULENTLY DOUBLING DOWN ON THEIR LIES AND CALLING PLAINTIFF A PEDOPHILE AS

WELL AS PLAINTIFF'S BIOLOGICAL BROTHER, AS WELL AS CALLING BOTH PLAINTIFF AND HIS

BROTHER THESE THINGS WITH THE INTENT TO CAUSE MURDER WHILE ALSO TELLING PEOPLE

THAT PLAINTIFF DOES NOT HAVE A BIOLOGICAL BROTHER AND THAT HE MADE UP A BROTHER IN

HIS HEAD BECAUSE HE IS GUILTY OF THESE  CRIMES AND HAS NOT COME TO TERMS WITH THEM

IN HIS MIND,  WHILE ALSO ATTACKING AND CONSPIRING MURDER  ON PLAINTIFFS BROTHER.

DEFENDANTS LIED THAT PLAINTIFF GAVE THE LADY WITH THE DEAD SON HIS NAME AND/OR HIS

BIOLOGICAL BROTHER'S NAME AND IN DOING SO HAVE NOT ONLY MURDER BUT, ATTEMPTED

MURDER AND DAMAGES  TO PLAINTIFF, PLAINTIFF'S FAMILY AND THE COMMUNITY AND

POPULATION OF THE UNITED STATES WHO, PLAINTIFF BELIEVES WERE DELIBERATELY SUBJECTED

TO BEING TARGETED AND ATTACKED BY FOREIGN INTELLIGENCE SURVEILLANCE ACT COURT

TECHNOLOGY AND PEOPLE WHO ARE ALSO BEING TARGETED AND NOT KNOWING WHO THEIR

ENEMIES ARE. FOR EXAMPLE, PLAINTIFF IS IN TERROR, AND WHEN 9-11 HAPPENED, PLAINTIFF

DID NOT RUN, PLAINTIFF WAS ASKED BY HIS BIOLOGICAL FATHER TO FIGHT IN THE WAR THAT

STARTED AS A RESULT IN 2003 AND PLAINTIFF GLADLY APPLIED TO ALL BRANCHES BUT WAS

DENIED BASED ON HIS PHYSIOLOGICAL DISABILITY HAVING MISSING FINGERS DUE TO A

FIREWORK EXPLOSION INJURY WHEN HE WAS 6 YEARS OLD, BEFORE THE FOURTH OF JULY IN

1991 WHILE LIVING AT 469 WASHINGTON HWY, SNYDER (AMHERST), NY, 14226, AND IS WHERE

OTHER PEOPLE PLAINTIFF HEARS, THE FALZONE FAMILY BABYSAT HIM AND HIS LITTLE BROTHER.

102.         FRANCESCA FALZONE, HAS BEEN LIED ABOUT BEING PLAINTIFF'S ATTORNEY IN

SAID FOREIGN INTELLIGENCE SURVEILLANCE COURT VIA SAID SURVEILLANCE,  AFTER

PLAINTIFF HEARD WHAT SOUNDED LIKE HIS RIGHTS READ TO HIM AND AN OATH TO TELL THE

TRUTH WAS READ ALOUD, IMPLYING IT WAS BEING READ TO PLAINTIFF, AS IF FOREIGN

INTELLIGENCE SURVEILLANCE COURT GIVES RIGHTS TO AMERICANS ONLY. PLAINTIFF HAD

REPEATEDLY TOLD THEM NOT TO TARGET HIM AND TO STOP QUESTIONING HIM AGAINST HIS

WILL AND RIGHTS AS WELL AS  INVOKING HIS FIFTH AMENDMENT RIGHTS, AND ESSENTIALLY IS

BEING TERRORIZED BY DEFENDANTS CONSPIRING HIS MURDER AND CALLING HIM THEIR

CONFIDENTIAL INFORMANT TO EVERYONE ELSE THEY TARGET ON THE SAME SURVEILLANCE.

DEFENDANTS DO THIS ALL FRAUDULENTLY. PLAINTIFF HAS NEVER AGREED TO QUESTIONING,

HAS NEVER SIGNED ANYTHING FOR FISA SURVEILLANCE TO BE QUESTIONED OR TARGETED AND

IS BEING DONE  AGAINST HIS WILL, AND RIGHTS TO LIFE LIBERTY AND THE PURSUIT OF

HAPPINESS.

103.        ON JUNE 5, 2018 PLAINTIFF WAS WALKING FROM HIS FRIEND ARVIN CHRISTIAN'S

APARTMENT BACK TO HIS APARTMENT AT 463  19TH STREET,  APARTMENT#1,, NIAGARA FALLS,

NY 14305, WHEN HE HEARD A MAN YELL "CRAIG  LERNER". PLAINTIFF HAD WONDERED BRIEFLY

IF THOMAS DONOVAN HAD ANYTHING TO DO WITH THE DEATH OF THE BUFFALO POLICE

OFFICER NAMED CRAIG LERNER AND AN ARMY OFFICER KILLED HIM TO KEEP IT QUIET.

PLAINTIFF LOOKED OVER HIS SHOULDER AND RECOGNIZED A MAN HE WAS A ROOMMATE WITH

AT A HOMELESS HALFWAY HOUSE CALLED THE LAZARUS HOUSE OWNED BY DEFENDANT

RICHARD TAYLOR AKA RICK AT 5105 S. 3RD AVE, EVERETT, WA THAT PLAINTIFF'S MOTHER

LEARNED ABOUT FROM HER BOSS AT THE FIRE DEPARTMENT, AND TOOK HIM TO THE DAY HE

WAS RELEASED FROM KING COUNTY JAIL FROM SERVING A PAROLE (DOC) VIOLATION, IN

SEATTLE, WA. THE MAN WAS JOGGING WITH SOMETHING IN HIS HAND, BUT PLAINTIFF TURNED

AROUND AND KEPT WALKING BECAUSE PLAINTIFF FIGURED HE HAD SEEN THE MAN AROUND

NIAGARA FALLS AND NOT EVERETT, HE JUST REALIZED HE LOOKED FAMILIAR BUT COULD NOT

PLACE HIM. THE MAN JOGGED UP TO PLAINTIFF, AND UPON REACHING HIM, JUMPED AROUND

HIM, STICKING PLAINTIFF WITH A SYRINGE. PLAINTIFF WOKE UP BECAUSE HE COULD NOT

BREATHE AND REALIZED IT WAS BECAUSE THERE WERE TUBES GOING DOWN HIS THROAT.

A NURSE RAN UP TO PLAINTIFF AND HE REALIZED HE WAS IN INTENSIVE CARE. HE PASSED BACK

OUT AND WOKE  UP MOMENTS LATER UNABLE TO BREATHE AGAIN.  THE NIRSE REMOVED THE

INTUBATION AND TOLD PLAINTIFF HE HAD DIED THE NIGHT BEFORE AND THAT HE HAD DIED

DRINKING ALCOHOL. PLAINTIFF HAD BEEN DRINKING BUT NOT THAT MUCH. HE WAS TOLD HE

HAD A BLOOD ALCOHOL CONTENT THAT WAS A 6.0. ON HIS WAY BACK TO HIS APARTMENT

AT THE SAME CORNER HE HAD DIED AT THERE WAS EVIDENCE OF THE AMBULANCE HAVING

48

REVIVED HIM, WITH WRAPPERS AND THINGS FROM MEDICAL EQUIPMENT LEFT ON THE

GROUND AROUND A FLOWER BED, IN FRONT OF 1813 FERRY AVE,  NIAGARA FALLS, NY.

PLAINTIFF RECALLED THE HOMELAND SECURITY CAMERA AT THE CORNER OPPOSITE WHERE

HE DIED AND REALIZED IT MIGHT BE BEING INVESTIGATED. NEVERTHELESS HE FILED A

POLICE REPORT AFTER HEARING THE MANS VOICE ON THE FISA COURT SURVEILLANCE,

AND TOLD THEM TO ERASE HIS BEING DEAD AND TO GO KILL THE GUY THAT KILLED HIM.

AFTER CONTINUALLY HEARING THE MAN AFTER THAT, PLAINTIFF CALLED THE NIAGARA FALLS

CITY POLICE TO FOLLOW UP ON THE ATTEMPTED MURDER COMPLAINT HE WAS TOLD IT

WAS LOST. PLAINTIFF FILED A FOIL FOR THE INFORMATION FROM THAT FROM NIAGARA

MEMORIAL HOSPITAL AND RECEIVED RECORDS SOME OF WHICH HAD BEEN ALTERED BY

DEFENDANT DR JOSEPH BESL. THOSE REPORTS CLAIMED THAT PLAINTIFF HAD NOT ONLY

NOT DIED BUT THAT HE HAD BEEN FOUND ON THE OTHER SIDE OF NIAGARA FALLS OUTSIDE

A RESTAURANT BY THE OWNER WHOSE A LIBERAL, DEFENDANT KENNETH ARGONA, WHOM

PLAINTIFF HAD CALLED TO ARGUE HIS BEING USED FRAUDULENTLY AND WHO CALLED THE

NIAGARA  FALLS POLICE AND NIAGARA COUNTY SHERIFF AND HAD THEM TELL PLAINTIFF

THAT KENNETH ARGONA DID NOT OWN THE RESTAURANT IN QUESTION, THE WAGON WHEEL.

SOME OF THE REPORTS TOLD THE TRUTH, THAT PLAINTIFF WAS ASSAULTED AND DIED. ONE

REPORT WAS A TOXICOLOGY REPORT THAT HAS PLAINTIFFS ETHANOL CONTENT AT 525 dl/mg

AND DEATH OCCURS BETWEEN 300-400 DL/MG  FROM COMPLETE LOSS OF INVOLUNTARY

MOTOR FUNCTIONS LIKE BREATHING AND HEARTBEAT. PLAINTIFF FILED TWO SMALL CLAIMS

ONE ABOUT THESE FACTS, BUT IT WAS THROWN OUT OF COURT BECAUSE PLAINTIFF COULD

NOT BE COMPENSATED FOR THOSE DAMAGES IN SMALL CLAIMS COURT, HE WAS TOLD. TO

MAKE SURE PEOPLE PAID ATTENTION TO THUS SURVEILLANCE PLAINTIFF STARTED A RELIGION

VIA IT  BASED ON BEING MAFIA AND HAVING A SPODER INSIDE OF HIM THAT LIVES IN HIS

THROAT AND WHICH IS ALSO INSIDE HIS BRAIN AND WHICH, IS HE WENT OUT TI NEW YORK

FROM WASHINGTON STATE, WOULD GET INTO EVERYONES HEAD, MAKING A DUALITY TO THE

FISA SURVEILLANCE AND ITS VIOLATING PLAINTIFF SECRETLY. PLAINTIFF IS ALSO CAUSED

DAMAGES BY THE FRAUDULENT REPORT MADE BY AMERICAN MEDICAL RESPONSE OF WESTERN

NEW YORK WHO SIGNED THE FRAUDULENT REPORT AND AIDING AND ABETTING IN

RACKETEERING ESPECIALLY AFTER THE FRAUD WAS BROUGTH FORTH BY PLAINTIFF TO

DEFENDANT IN A LAWSUIT IN THE NIAGARA COUNTY COURT AGAINST THE NIAGARA MEMORIAL

HOSPITAL. THE TWO AMBULANCE DEFENDANTS ARE JOHN ROESSLER, AND MCKENZIE PENQUE

SEE EXHIBITS [ ], [ ], [ ], [ ], [ ] REPORTS THAT WERE ALTERED FROM THE SAME INCIDENT AS

WELL AS THE REPORT THAT WAS NOT AND THE BLOOD REPORT WITH ETHANOL LEVEL
SHOWING

DEATH, AMBULANCE REPORT, 62 PAGES TOTAL

104.      PLAINTIFF USED THE NAME ADRIAN ADAMUS IN HIS BRAINSTORMING OF A BOARD FOR

THE MARIJUANA COMMODITY, JUST AS HE HAD USED THE NAME LEONARD FALZONE WITHOUT

SPECIFYING WHETHER IT WAS JR OR SR BECAUSE PLAINTIFF ALREADY HAD AN ANSWER FROM JR

ABOUT CANNABIS AND PLAINTIFF WANTED TO USE A KIND OF UNION LIKE EXECUTIVE

STRUCTURE TO HIS BUSINESS FOR WHICH HE THOUGHT TO USE LEONARD FALZONE SR WHILE AT

THE SAME TIME PROVIDE AN OPPORTUNITY TO MAKE MONEY AND STOP THE SURVEILLANCE,

AROUND THE SAME TIME THAT ADRIAN ADAMUS SR WAS RELEASED FROM THE NYSDOCCS AND

BEFORE PLAINTIFF LEARNED THAT HIS SON WAS NAMED AFTER HIM.. PLAINTIFF WAS

INCARCERATED WITH ADRIAN ADAMUS SR AND KNEW THAT HIS CRIME WAS A GANG ASSAULT

AND THAT HE HAS TOLD PLAINTIFF THAT THE LOCAL NEWS HAD CALLED HIS CRIME MAFIA LIKE.

BUT THAT HE WAS NO MORE ASSOCIATED WITH WHAT ALLEGED BOSS OR MEMBER OF THE

AREA MAFIA (MAGGADINO CRIME FAMILY) THAN PLAINTIFF. BECAUSE PLAINTIFF KNOWS THEY

CALLED LEONARD FALZONE SR THAT AND THAT FROM PRISON ADRIAN DID NOT KNOW ANY OF THEM. SO PLAINTIFF ACTED AS THOUGH ADRIAN WAS MOB AND KNEW THE FALZONE FAMILY AND WAS BACK OUT AND HIM COULD POTENTIALLY MAKE ENOUGH MONEY TO SECURE A SPOT ON THE NYS MEDICAL MARIJUANA LIST WHEN THERE WERE 5 SPACES, TO SECURE A SPACE AS ONE OF THE 5 ALLEGED MAFIA FAMILES THAT ANDREW CUOMO MAY HAVE WANTED TO LOOK AS THOUGH HE WAS TRYING TO CATCH, AND IS WHY THEY ALSO IMPLY PLAINTIFF IS MOB, AS WELL AS WAS WHY THEY WERE ALSO USING ADRIAN ADAMUS JR AND SR. AS WELL AS THE FALZONE FAMILY AND ANDREW CUOMO. WHICH IS WHY PLAINTIFF SIGNED BLANK HIIPA RIGHTS FORMS AND GAVE THEM TO HIS GODFATHER.. PLAINTIFF ALSO PUT ANDREW CUOMO ON THE BOARD AT THAT POINT AS WELL AS DONALD TRUMP AND BARACK OBAMA. WHILE MAKING DEMANDS FOR A SPACE OF THE DISPENSARY LIST TO A LINE OF CANNABIS DISPENSARIES AND THEN EVENTUALLY AND ONLY THE CANNABIS COMMODITY TO BE BUILT PLAINTIFF SAW ADRIAN ADAMUS JR WHILE MEETING WITH ADRIAN ADAMUS SR IN NIAGARA FALLS, NY AT A STARBUCKS COFFEE RESTAURANT WHILE ADRIAN WAS BEING WATCHED BY SOMEONE. ADRIAN WAS WEARING FATIGUES AND WAS SUPPOSED TO HAVE BEEN IN THE MARINES. PLAINTIFF HAD ALSO SEEN THOMAS DONOVAN 10A4293. PLAINTIFF BELIEVES THAT HIS UNCLE DAVID MARCHIORI WAS MENTIONED TO HAVE BEEN ACCUSED OF BEING LA COSA NOSTRA PRIOR TO HIS MOVING TO BUFFALO, NY BY HIS GRANDPARENTS WAS INTENTIONALLY ALLEGED BY DEPARTMENT OF JUSTICE. WHICH IS HOW PLAINTIFF HEARD THAT HIS UNCLE HAS A BROTHER WHICH HE DID NOT KNOW PRIOR TO 2015. WHO WAS ALSO ALLEGEDLY ACCUSED OF BEING LA COSA NOSTRA IN PHILADELPHIA, PENNSYLVANIA AND IS THE SUPPOSED DONALD TRUMP CONNECTION TO PLAINTIFF WHICH WAS ALLEGEDLY EXPLOITED. WHILE WALKING WITH ADRIQN ADAMUS DOWN PINE AVANUE ON DAY PRIOR TO HIS MOVING AWAY FROM NEW YORK, HE RECEIVED A PHONE CALL FROM HIS PAROLE OFFICER WHOM PLAINTIFF OVER HEARD ON THE PHONE WITH AFRIAN

TELL HIM NOT TO TALK WITH PLAINTIFF ABOUT HIS MARIJUANA COMMODITY BUSINESS, A

VIOLATION OF HIS ROHRABACHER-FARR AMENDMENT.

105.      PLAINTIFF FILED A SMALL CLAIMS SUIT ON DANIEL  BARRANCOTTA AND THE LOCKPORT

POLICE DEPARTMENT AFTER PLAINTIFF REPORTED HEARING THE SAME THREATS OF DEATH TO

HIM AND HIS FAMILY AND OTHERS HE KNOWS AND HEARS OVER THE FISA COURT

SURVEILLANCE WHICH SPECIFICALLY CLAIMED THAT PLAINTIFF WAS WRONGLY SEEN

AS HAVING MENTAL HEALTH ISSUES, AND TAKEN TO HAVE PSYCHIATRIC EVALUATIONS

DONE AFTER REPORTING THE THREATS HE WAS HEARING DONALD TRUMP OVER TO

AND AFTER THE DEPARTMENT OF JUSTICE ADMITTED TO USING FRAUD ON FISA COURT

APPLICATIONS TO OBTAIN SURVEILLANCE ON HIM. WITHOUT ARTICULATING THE FRAUD, BUT

IN HAVING CALLED HIM MOB WHILE LEAVING OTHER PEOPLE THEY CALLED MOB MAKES IT

SEEM AS THOUGH HE WAS NOT REALLY "MOB" AND THAT, THAT WAS THE FRAUD USED ON
HIM.

WHICH, IF THAT WERE THE CASE, WOULD HAVE TAKEN ALL PEOPLE THEY CALL MOB OFF THIS

FISA SURVEILLANCE, BEING THAT THEY CLAIMED THAT 50 USC § 702 PLAINTIFF HAS NOT HEARD

HIM VIA THIS JUSTIFIES THE VIOLATION TO 50 USC § 1881(b) (WHICH IS RIGHT BELOW "SECTION

702") UNDER THOSE SAME TERMS OF USING FRAUD AS PLAINTIFF HAS USED THOMAS

DONOVAN'S 3 LISTS OF FAKE SERIAL KILLED WOMEN AND THEY ARE NOT LETTERS.

THOMAS DONOVAN ALSO DID NOT KNOW ANY OF PLAINTIFF'S FAMILY WHO LIVE IN

SACRAMENTO, CA ABOUT WHOM HE WAS IMPLIED TO THAT HIS UNCLE WAS ACCUSED OF

BEING MOB TO PLAINTIFF DURING THE FISA SURVEILLANCE. PLAINTIFF INSTEAD HAS HEARD

PEOPLE IMPERSONATING HIM. HE ALSO HEARS PEOPLE IMPERSONATING THOMAS R DONOVAN

SR, THOMAS DONOVAN JR, LEONARD FALZONE SR, FRANCESCA FALZONE, LISA FALZONE.

ROSEANNA HAGG (Nee FALZONE), SALVATORE FALZONE, LEONARD FALZONE JR, HIS BIOLOGICAL

FAMILY; MARY CAMILLE TABOR (NEE ZAVALA), JOHN MATTOX LANG, ROBERT ANDREW LANG, AS

WELL AS PEOPLE IMPERSONATING HIMSELF. THE LAWSUIT WAS FRAUDULENTLY DENIED

BECAUSE THE COURT CLAIMED PLAINTIFF WAS SUING OVER AN ARREST THAT BARRANCOTTA

MADE ON PLAINTIFF CITING HE FRAUDULENTLY SMACKED HIS WIFE (BARRANCOTTA'S COUSIN)

AFTER PLAINTIFF TOLD HER HE WANTS A DIVORCE IN FRONT OF OTHER OFFICERS WHO LEFT 20

MINUTES BEFORE BARRANCOTTA SHOWED UP AND YELLED AT PLAINTIFF AND WHEN PLAINTIFF

WALKED AWAY, BARRANCOTTA PLACED HIM UNDER ARREST UNDER FALSE PRETENSES

CHARGED PLAINTIFF WITH A MISDEMEANOR. PLAINTIFF SUBPOENAED BARACK OBAMA

ALONG WITH ANY AUDIO RECORDED VIA FISA THE NIGHT IN QUESTION. NOBODY BUT

PLAINTIFF AND A PROSECUTOR AND A JUDGE AND AN ATTORNEY FOR PLAINTIFF SHOWED UP

AND THE CASE WAS THROWN OUT. SHORTLY AFTER THAT PLAINTIFF FILED HIS FIRST REPORT

WITH THE LOCKPORT CITY POLICE AND AFTER THAT THE DEATH OF TROY HODGE BY DANIEL

BARRQNCOTTA, FOLLOWED BY PLAINTIFF'S SECOND REPORT TO THE SAME AGENCY, WITH

DIFFERENT RESULTS. PLAINTIFF WAS TAKEN TO NIAGARA MEMORIAL HOSPITAL FOR A

PSYCHIATRIC EXAM AND BEFORE LEAVING HE WAS GIVEN A HYPODERMIC INTER-MUSCULAR

INJECTION OF AN ANTIPSYCHOTIC DRUG CALLED ARIPIPRAZOLE AGAINAT HIS WILL AND

RIGHTS, BUT OUT OF TERROR OF HAVING TO STAY, OSTENSIBLY BECAUSE IT BECAME

SUDDENLY POSSIBLE FOR TWO PEOPLE TO HALLUCINATE THE EXACT SAME THING; "(sic)

PEOPLE ARE GETTING INTO A CAR WITH A SHOTGUN AND GOING TO KILL YOUR MOM."

SEE EXHIBIT [ ],[ p. 53 # 105   15 pages

106.      PLAINTIFF FILED AN APPEAL TO THE DECISION MADE TO THROW THE CASE OUT BASED

ON TIMELINESS, AS IF AS PLAINTIFF SAID, HE HAD SUED OVER A FALSE ARREST RATHER THAN

DAMAGES CAUSED BY FISA SURVEILLANCE TARGETING PLAINTIFF WITH PEOPLE USING IT TO

MURDER AND USING OTHER LAW ENFORCEMENT TO AVOID DETECTION, AS THE LOCKPORT CITY

POLICE WOULD LOOK UP PLAINTIFF TO SEE THEMSELVES IF HE HAD ANY WARRANTS FOR

SURVEILLANCE AND FINDING NONE GAVE THEM PLAUSIBLE DENIABILITY TO HAVING PRIOR

KNOWLEDGE OF ELECTRONIC SURVEILLANCE AND THE TECHNOLOGY USED, WHICH BASED ON

PLAINTIFF'S INFORMATION AND BELIEF IS TESLA TECHNOLOGY (PLASMA SPEAKERS MADE OUT

OF ANYTHING  GROUNDED, AS WELL AS WHAT TESLA CALLED "THE TESLA DEATH RAY", WHICH

IS WHAT PLAINTIFF BELIEVES HAS BEEN USED TO ELECTROCUTE HIM AND OTHER PEOPLE, SOME

OF WHOM ARE DECEASED BECAUSE OF IT, LIKE LEONARD FALZONE SR. PLAINTIFF ALSO HEARD,

VIA FISA TECHNOLOGY, DONALD TRUMP BEING TOLD, ALONG WITH LEONARD FALZONE

SR, AND OTHERS THAT PLAINTIFF HAD INFORMED ON "3 LETTERS", CALLING THOMAS

DONOVAN'S LIST'S "LETTERS", AND IMPLYING THE 3 LETTERS PLAINTIFF SNITCHED ON IS

BOTH "MOB" and "WAR", IMPLYING THAT PLAINTIFF HAS KNOWLEDGE OF A WAR FROM

SOMEWHERE AND USING THIS FISA COURT SURVEILLANCE TO IMPLY PLAINTIFF AND OTHERS

ARE INVOLVED IN  FOMENTING TREASON AND SEDITION TO THE COUNTRY AND CONSTITUTION

AFTER THIS SURVEILLANCE HAD ALREADY BEEN GOING ON AND PLAINTIFF HAD TRIED GETTING

AMNESTY IN CANADA BUT WAS DETAINED FOR TOO LONG A PERIOD AND IN PAIN AND OPTED

TO LEAVE TO GET TREATMENT BACK TO THE STATES. WHILE DRIVING BACK OVER THE LINE,

PLAINTIFF ANGRILY WAS SCREWING WITH THE OFFICERS AND ASKED ONE; "DID YOU KNOW

THERES A WAR BETWEEN MEXICANS AND BIKERS AND THE TOP 2%"? TO WHICH SHE SAID THAT

SHE DID AND WHILE LAUGHING ABOUT IT LATER ON IN A MOTEL ROOM HE PLAINTIFF HEARD A

MALE VOICE SAY "IM GOING WITH IT", AND WHEN PLAINTIFF WENT OUTSIDE TO SMOKE A

CIGARETTE A MAN EMERGED FROM A EMPLOYEE ACCESS DOOR TO SMOKE NEXT TO PLAINTIFF

AND ENGAGED HIM IN CONVERSATION TELLING HIM THAT HE WORKS CONSTRUCTION ON RICH

PEOPLE'S HOUSES. PLAINTIFF TRIED TO IMPRESS THAT HE IS MENTALLY UNSTABLE AND LIABLE

TO HURT  THE MAN, BY ASKING HIM IF HE MADE HOUSES WITH WALLS THAT MOVE AND
PEOPLE

54

COULD MOVE AROUND BEHIND WITHOUT BEING DETECTED. THE MAN LOOKED LIKE SEAN

SPICER. HE LEFT PLAINTIFF AFTER PLAINTIFF SEEMED TO HIM TO BE MENTALLY UNSTABLE.

SEE EXHIBIT WITH EVIDENCE TO THE EXHIBIT BECAUSE THOSE SAME DAMAGES CAN BE

ATTRIBUTED TO THOSE HEREIN TO THE SAME GROUP OF PLAINTIFFS.

SEE EXHIBIT [ ] P. 55  #106  ENTIRE CASE + APPEAL 7 RECEIPTS

107.        DURING THE SURVEILLANCE THE LADY WITH THE DECEASED SON PLAINTIFF USED

THOMAS DONAVAN'S NAME ON, HAS BEEN FRAUDULENTLY CLAIMING PLAINTIFF HAD

NOT ONLY IDENTIFIED HIMSELF TO HER, CALIMING PLAINTIFF HAD TOLD HER THAT "TOMMY DID

IT" WHILE IN HER STORE (WITH OR WITHOUT WITNESS WASN'T SPECIFIED),  BUT ALSO THAT

PLAINTIFF HAD SEXUALLY ASSAULTED HER AND FRIGHTENINGLY, CLAIMS HE RAPED HER!

DESPITE THE FACTS THAT THERE IS A WITNESS TO HER SAYING "YOU CAN REST ASSURED YOUR

FRIEND THOMAS DONOVAN HAS NOTHING TO DO WITH IT" BUT ALSO LEAVING THE STORE AND

NOT RETURNING. THE FACT THAT THIS TECHNOLOGY STARTED TARGETING PLAINTIFF IN 2015,

WHILE BASED ON INFORMATION AND B ELIEF DEFENDANTS CLAIM THIS STARTED AT LATER

DATES TO AVOID CULPABILITY TO DAMAGES CAUSED AND CRIMES THEYRE CULPABLE TO

COMMITTING. OTHERWISE, DEFENDANT DONALD TRUMP WOULDN'T HAVE CLAIMED HE

BECAME AWARE OF THIS SPECIFIC TECHNOLOGY TARGETING HIM IN TRUMP TOWERS IN 2016,

WHICH PLAINTIFF BELIEVES AND HAS HEARD VIA THIS SURVEILLANCE BY DEFENDANTS

CLAIMING TRUMP WAS NOT ON THIS SURVEILLANCE AND USING PEOPLE IMPERSONATING

TRUMP TO IMPLY IT IS SEPARATE SURVEILLANCE AND SAID SURVEILLANCE IS IN NO WAY SHAPE

OR FORM ELECTION INTERFERRANCE OR FBI OR DOJ WEAPONIZATION, ALTHOUGH DEFENDANTS

CALLING PLAINTIFF THEIR CODEFENDANT WHILE CONTINUING AS IF WITH HIS BLESSINGS IS NOT

ONLY INDICATIVE OF FRAUD CAUSING DAMAGES BUT PER SAY A WILLINGNESS TO CONTINUE TO

THE DEATH OF PLAINTIFF DUE TO A KNOWLEDGE OF GUILT AND LIMITED OPTIONS FOR ESCAPE.

108.      WHILE STAYING AT THE BOTHELL HOTEL IN BOTHELL, WA SOON AFTER JULY 2015

PLAINTIFF WAS HEARING PEOPLE OVER THE SURVEILLANCE SAY TO GET READY AND ON THE TV

HE WAS WATCHING PLAINTIFF SAW AN ARMY GENERAL AND WAS ASKED WHETHER TO DROP A

BOMB OR NOT AND PLAINTIFF SAID TO DROP IT, WHILE THE GENERAL WAS LOOKING AT THE

CAMERA AND NOT SAYING ANYTHING. THE NEWS SUDDENLY CAME OUT THAT EITHER IRAQ OR

AFGHANISTAN HAD BEEN BOMBED. PLAINTIFF WAS IN DISBELIEF AND SHOCK THAT HE HAD

BEEN IMPLIED A GOD OVER THE SURVEILLANCE AND THAT HE WAS ACTUALLY ASKED IN ALL

SERIOUSNESS WHETHER A BOMB SHOULD BE DROPPED, WHICH WAS, LEADING TO DEATHS IN 2

COUNTRIES AMERICA HAD STOPPED WAR WITH. THE GENERAL ON THE TV SAID SIMPLY AND

ANGRILY; "THIS TEST  IS OVER". THE CHANNEL STOPPED BROADCASTING A GENERAL STANDING

BEFORE A BLACK FLAG WITH TWO GOLD SCIMITARS  ON EITHER SIDE OF THE FLAG AROUND A

CENTER THAT PLAINTIFF CANNOT REMEMBER.

109.      WHILE PLAINTIFF ON OR ABOUT AUGUST 2022 PLAINTIFF WAS WATCHING VICE A TV

SHOW WHEN A SPECIAL ABOUT Q ANON WAS BEING EXPLAINED BY DEFENDANT, RETIRED

GENERAL MICHAEL FLYNN, BECAUSE PLAINTIFF HAD BELIEVED AT ONE POINT THAT THIS

SURVEILLANCE WAS "CROSSFIRE HURRICANE" AS WELL AS BEING CALLED Q ANON DUE TO THE

ALLEGATIONS OF PEDOPHILIA, AS WELL AS AN ARMY GENERAL THAT PLAINTIFF WAS NOT SURE

IS THE SAME ONE HE SAW ON TV AFTER THE BOMB WAS DROPPED. DEFENDANT MICHAEL

FLYNN HOWEVER DID SOUND LIKE A VOICE HE WAS HEARING OVER THE SURVEILLANCE. AS

PLAINTIFF THOUGHT THAT HE REALIZED HE WAS BEING MONITORED AND WOULD KNOW HES

LOOKING FOR THAT VOICE. IN ANTICIPATION OF BEING LIED TO, PLAINTIFF SAID HE GUESSED

FLYNN WASN'T BEING USED, AT WHICH TIME PLAINTIFF HEARD A VOICE THAT HE BELIEVES IS

MICHAEL FLYNN'S AND EXPOSED WHAT HE BELIEVED ON SOCIAL MEDIA. SHORTLY AFTER THAT

POST, THE FORMER GENERAL AND DEFENDANT TRAVELED TO BATAVIA, NY IN DIRECT VIOLATION

56

OF PLAINTIFF TELLING THE PEOPLE HE HEARS NOT TO STEP FOOT IN NEW YORK. WHERE

DEFENDANT STARTED USING A STRATEGY OF WAR, TO OBTAIN THE MORAL HIGH GROUND TO

INSPIRE AND MUSTER AN ARMY UNDER WHO ARE WILLING TO FIGHT FOR THOSE VALUES, HE

CALLED THEM "CYBER WARRIORS" SOME OF WHOM PLAINTIFF BELIEVES, WERE AND ARE USED

OVER SOCIAL MEDIA ON PLAINTIFF AND HAVE ATTACKED PLAINTIFF AND PLAINTIFF BELIEVES HIS

FAMILY ARE ALSO ATTACKED BY THE SAME PEOPLE DOING THE SAME THINGS WITH OTHER

PEOPLE IN THEIR LOCATION.

SEE EXHIBIT [ ] FAKE THOMAS DONOVAN PREACHER

110.      WHILE DEFENDANT DONALD TRUMP WAS BEING LIED TO ABOUT PLAINTIFF HAVING

INFORMED ON THREE LETTERS AND IMPLYING THOSE LETTERS ARE M-O-B- AS WELL AS W-A-R-

DUE TO THE DEFENDANTS USE OF PEOPLE THEY CALL LA COSA NOSTRA AS WELL AS CALLING

DEFENDANT DONALD TRUMP "MOB" AND ACCUSING THEM OF PROVIDING PLAINTIFF

WITH ACTUAL INFORMATION ABOUT A WAR BETWEEN MEXICANS AND BIKERS AND THE TOP

2%, USING THEM AS IF ENGAGING IN SUCH A WAR THEMSELVES THROUGH THE

ELECTROCUTION OF PLAINTIFF WHILE CLAIMING PLAINTIFF IS GUILTY OF TREASON. THOMAS

DONOVAN WAS NOT TALKING ABOUT THE LISTS DIRECTLY AND PLAINTIFF BELIEVED THAT THE

POINT OF THAT WAS TO DECEIVE DONALD TRUMP OF PLAINTIFF HAVING PERMISSION FROM

THOMAS DONOVAN TO USE HIS LISTS OF FAKE SERIAL KILLED WOMEN, OSTENSIBLY TO DEPORT

BACK TO GERMANY IN A DEAL PLAINTIFF BELIEVED WAS WORKED OUT BETWEEN THEN

PRESIDENT BARACK OBAMA AND THOMAS DONOVAN HIMSELF, WHO WAS CALLING

PLAINTIFF A WHORE WHENEVER HE FED INTO THE LIES OR ASKED THE DEPARTMENT OF

JUSTICE TO GO MURDER HIS EX LYING ABOUT PLAINTIFF AND HIS LITTLE BROTHER BOTH BEING

PEDOPHILES. PLAINTIFF SAID THAT IF THERE WERE GOING TO ADVOCATE FOR AND ALLOW THE

MURDER OF A PEDOPHILE THAT ALTERNATIVELY THEY MUST ADVOCATE FOR AND ALLOW THE

MURDER OF THOSE PEOPLE WHO FALSELY ACCUSE PEOPLE OF PEDOPHILIA TO COMMIT THEIR

MURDER AND CAUSE THEM THAT DISPARAGEMENT AND SLANDER AND INJURY. PLAINTIFF'S EX

GIRLFRIEND IN QUESTION IS DONEVA ROBINSON, IN WASHINGTON STATE WHOSE LIES WERE

BEING USED BY THE DEFENDANTS TO CONSPIRE MURDER AND WERE INCLUDING DONALD

TRUMP IN WHO HAD VERBALLY ORDERED PEOPLE TO "GIVE IT TO HIM", IN 2015, AS IF THE

DEFENDANT HAD POWER TO ORDER A REWARD BE GIVEN TO PLAINTIFF WHILE RUNNING FOR

PRESIDENT IN 2015, RATHER THAN ORDERING FOR PLAINTIFF AND HIS FAMILY TO BE ROBBED OF

A REWARD AND  MURDERED. AFTER IT WAS SAID THAT SUCH A REWARD COULD BE STOLEN

FROM PLAINTIFF THROUGH THE USE OF AUDIO OF JOE PESCI CALLING HIMSELF MOB AND

TAKING A PAPER BAG AND IMPLYING THERES REWARD MONEY INSIDE OF IT THAT HE WAS

TAKING. THIS WAS REPEATED SEVERAL TIMES BY SEVERAL PEOPLE CALLING THEMSELVES MOB,

TO CAUSE PLAINTIFF DAMAGES. DEFENDANT CHEECH MARIN WAS USED OVER FISA WHICH

PLAINTIFF HEARD HIM YELL OUT "CEE OOH" AS IF PLAINTIFF HAD YELLED OUT FOR

CORRECTIONS OFFICERS WHILE INCARCERATED AND IMPLYING HE IS AN INFORMANT IN PRISON

AS WELL. DEFENDANT ADAM SANDLER WAS ALSO USED OVER THE SURVEILLANCE BY

DEFENDANTS PERVADING THE PRIVACY OF HIS HOME AND ASKING PLAINTIFF "ARE THOSE

GUMBOOTS I HEAR" ? DEFENDANT DAN  BONGINO WAS USED BY DEFENDANTS TO IMPLY THAT

PLAINTIFF INFORMING ON THE DEFENDANTS MADE HIM A CONFIDENTIAL INFORMANT AND

WHOSE INFORMATION COULD NOT BE LEGALLY GAINED DUE TO THE FISA COURT

SURVEILLANCE, AND REPEATING WHAT PLAINTIFF HAS CLAIMED ARE THREATS TO HIS LIFE BY

DEFENDANTS TELLING HIM "YOUR MINE" AND IMPLYING THAT ISINT A DEATH THREAT, BECAUSE

THEY CLAIM PLAINTIFF  IS A INFORMANT OF THEIRS, AS IF THAT ALSO WOULD NOT BE A THREAT

MADE, OR DOUBLE ENTENDRES WHICH MAKES NO SENSE BECAUSE NEITHER PLAINTIFF NOR

ANY HUMAN BEING IN AMERICA CAN LEGALLY BE DEFINED AS CHATTEL PROPERTY. PLAINTIFF

SURMISES THAT THERE WOULD BE NO SUCH THING AS A CONFIDENTIAL INFORMANT
IF INFORMING WAS NOT DANGEROUS AND LIFE THREATENING, WHICH IS WHAT DEFENDANTS
PURPOSE IS BY TELLING PEOPLE, FRAUDULENTLY, PLAINTIFF IS AN INFORMANT AND INFORMING
ON THEM, TO PEOPLE THEY CALL LA COSA NOSTRA AND OTHER PEOPLE PLAINTIFF KNOWS
FROM PRISON AND OTHER PLACES. PLAINTIFF HAS HEARD FROM PEOPLE THAT THEY HEARD HE
IS A SNITCH AND HOMOSEXUAL AND A PEDOPHILE "THROUGH THE GRAPEVINE" AND HAS BEEN
IN PHYSICAL ALTERCATIONS WITH PEOPLE WHO ROBBED HIM BECAUSE THEY HEARD SOMEONE
SAY "ROB HIM" OVER THE SURVEILLANCE. PLAINTIFF HAS ALSO HEARD PEOPLE REQUEST THAT
PLAINTIFF BE MURDERED IN SEVERAL DIFFERENT WAYS SINCE 2015. THE SURVEILLANCE
TECHNOLOGY IN ITSELF IS A PHYSICAL THREAT TO PLAINTIFFS LIFE AS WELL AS ANYONE ELSE
TARGETED BY THE FISA COURT TECHNOLOGY WHICH HAS THE CAPACITY TO ELECTROCUTE
PEOPLE TO DEATH, AND THE REASON TO WHY THE DURHAM REPORT REPORTED  270,000
OTHER AMERICAN CITIZENS IN AMERICA AND WRONGLY CITING 50 USC §702 AS IF IT
SUPERSEDES 50 USC §1881(B), TO NOT TARGET AMERICAN CITIZENS IN AMERICA, AS WE HAVE
CONSTITUTIONAL RIGHTS AND THE DEFENDANTS  TOOK AN OATH TO PROTECT THESE RIGHTS.
ESPECIALLY RIGHTS TO DUE PROCESS AND NOT SUBJECT TO SUCH CRUEL AND UNUSUAL
PUNISHMENT LIKE BEING SENTENCED TO BEING ELECTROCUTED WITHOUT ANY DUE PROCESS
AND SUBJECTED TO ELECTROCUTION, AS PLAINTIFF HAS BEEN SEVERAL TIMES BOT INSIDE OF
MOVING VEHICLES AND OUTSIDE AS WELL AS ONCE WITH HIS GODFATHER JOHN FALSETTI,
WHILE PLAINTIFF HEARD BARACK OBAMA TELLING HIM THAT "MICHAEL IS JUST A BAD ACTOR
ISINT HE". ONCE IN WASHINGTON STATE HE HEARD OBAMA TELLING HIM TO GET ON THE
GEOUND SEVERAL TIMES WHILE PLAINTIFF WAS SCREAMING IN PAIN WHILE HE WAS
BEINGELECTROCUTED IN A WALMART PARKINGLOT IN WASHINGTON STATE. BEING BELITTLED
AND TORTURED AND NOBODY COULD HELP HIM. DEPRIVING PLAINTIFF OF LIFE, LIBERTY AND

HIS PURSUIT OF HAPPINESS AND CAUSING DAMAGES TO HIM AND HIS FAMILY THEREIN.

111.     SINCE DEFENDANTS TOOK DEFENDANT DONALD TRUMP OFF OF THE FISA COURT

TECHNOLOGY PLAINTIFF HAS NOT HEARD HIM BUT HAS HEARD PEOPLE WHO IMPERSONATED

HIM. ALSO  THE SAME PEOPLE WHO LIED TO DONALD TRUMP ABOUT PLAINTIFF CONTINUED

LYING TO THE FALZONE FAMILY AND ADMITTED TO USING THEM TO ATTEMPT MURDER ON

PLAINTIFF. ALSO DEFENDANTS HAVE CONTINUED TO CLAIM THAT FISA COURT SURVEILLANCE

CAN BE LEGALLY USED IN A COURT OF PROPER JURISDICTION AND VENUE TO PROSECUTE

AMERICAN CITIZENS UNDER THE COLOR OF THE UNITED STATES PENAL LAW, NOT FOREIGN

INTELLIGENCE SURVEILLANCE COURT LAW. SAID CONTINUANCE OF SURVEILLANCE IS

INTERFERING WITH DONALD TRUMP IN THAT DONALD TRUMP'S CONTINUED SILENCE AND

KNOWLEDGE OF THE CONTINUANCE OF ADMITTEDLY ILLEGAL SURVEILLANCE THROUGH THE

USE OF HIMSELF, IS AIDING AND ABETTING IN THE FUNDING AND MISAPPROPRIATION OF

DEFENSE FUNDS TO PAY DEFENDANTS CURRENTLY ENGAGING IN RACKETEERING THROUGH

WIRED FUNDS FOR THE USE OF FRAUD TO CONTINUE TO CAUSE DAMAGES TO PLAINTIFF TO

OBTAIN AMERICAN CITIZENS ON FOREIGN INTELLIGENCE SURVEILLANCE COURT SURVEILLANCE

APPLICATIONS FOR PLAINTIFF AND OTHER AMERICAN CITIZENS, TO CAUSE DAMAGES AND

ELECTION INTEREFERANCE.

112.     PLAINTIFF NOT ONLY DENIED WANTING TO MURDER ANY IF HIS FAMILY WHEN ACCUSED

IN DEFENSE OF HIMSELF AND HIS FAMILIES LIVES SINCE IT WAS FIRST ALLEGED WHEN PLAINTIFF

SAW SALVATORE FALZONE IN THE WALMART  PARKING LOT IN MILL CREEK, WA AND UPON

INFORMATION AND BELIEF KNEW HE CAME FROM NEW YORK AFTER HAVING WATCHED A NEWS

PROGRAM OVER WHICH HE BELIEVES THAT THE HOST OR GUEST ON WHATEVER SHOW IT WAS

TALKING ABOUT WHAT WAS GOIN ON WITH PLAINTIFF HAVINE EXPOSED DONEVA ROBINSON

LYING ABOUT PLAINTIFFS LITTLE BROTHER TOUCHING HER DAUGHTER WHILE HE WAS UNDER

SURVEILLANCE IN 2013 AS THE ALLEGED REASON FOR SAID SURVEILLANCE, SO THAT NEITHER

HIM NOR PLAINTIFF NOR ANYONE IN PLAINTIFFS FAMILY WOULD BE MURDERED AND BLAMED

ON THE ALLEGED PEDOPHILIA, IF MURDERED AT ALL DUE TO THE SEVERITY AND OUTRIGHT

FRAUDULENT JUSTIFICATION FOR THE SENTENCING TO DEATH A FOREIGN TERRORIST AS HAS

BEEN ALLEGED ABOUT PLAINTIFF TO CAUSE DAMAGES TO HIM AND HIS FAMILY BY

DEFENDANTS, SPECIFICIALLY BARACK OBAMA WHO IS GENERALLY SEEN AS THE DE FACTO

"BOSS" FOR THE INSTANT FISA TARGETING. WHICH HE ACTS AS IF IS TECHNOLOGY THAT

BELONGS TO THE MOB VIS A VIS LISA FALZONE'S PERSONAL JOB IN THE MEDIA, THAT PLAINTIFF

KNEW ABOUT FROM A BUFFALDO NEWS ARTICLE HE READ IN ELMIRA CORRECCTIONAL FACILITY

WITH HIS BUNKMATE. SPECIFICALLI, PLAINTIFF HEARD OVER THE TELEVISION, SOMETHING FIRST

ABOUT NOT EVER BEING ABLE TO CHANGE SAMPLES BECAUSE NO MATTER HOW MANY TIMES

YOU TEST IT A MILLION TIMES IT WILL ALWAYS BE THE SAME, AND SOMETHING ABOUT "SOME

OF THEM COMING OUT" AS IF DRIVING TO A DESTINATION AND "SAL AND LENNY ARE JUMPING

WITH JOY" PRIOR TO SEEING ONE OR BOTH OF THEM IN WASHINGTON STATE IN 2015 PRIOR TO

SEEING THOMAS DONOVAN AT MONROE CORRECTIONAL CENTER THE SAME WEEK AND UPON

INFORMATION AND BELIEF PLAINTIFF BELIEVES THAT THE FALZONE FAMILY WAS LIED TO ABOUT

PLAINTIFF WANTING TO MURDER  HIS OWN MOTHER BASED ON HIS WRITING THOMAS

DONOVAN DUE TO DONOVAN'S PENCHANT FOR ASKING WHETHER SOMEONE WANTS THEIR

MOTHER MURDERED, OR TO PLAINTIFF ASKING HIM IF HE HAD EVER THOUGHT ABOUT KILLING

HIS OWN MOTHER.BUT PLAINTIFF BELIEVES THAT BECAUSE OF THAT, DEFENDANTS ALLEGED

THAT PLAINTIFF WANTED TO MURDER HIS MOTHER FOR WRITING THOMAS DONOVAN AFTER

BEING RELEASED 21 AUGUST  2013, NEW YORK STATE DEPARTMENT OF CORRECTIONS AND

COMMUNITY SUPERVISION DIN (DEPARTMENT IDENTIFICATION NUMBER) 04-B-0043,  SENDING

CORRESPONDENCE TO THOMAS DONOVAN DIN 10-A-4293.

SEE EXHIBIT [ ]

113.     PLAINTIFF WAS TOLD BY THOMAS R DONOVAN JR THAT HIS  DAD WAS A MAN IN A

PHOTO  HE HAD SHOWN HIM THAT INCLUDED HIM AND HIS LITTLE BROTHER WHOM  DONOVAN

IDENTIFIED IN A PHOTO AS A  MAN THOMAS DONOVAN CLAIMED TO BE HIS FATHER THAT

LOOKED MUCH LIKE A MAN PLAINTIFF WAS IN WENDE CORRECTIONAL FACILITY WITH IN

RECEPTION IN 2004 NAMED DORIAN MORGAN WHO WAS INCARCERATED AT THE TIME

THOMAS R DONOVAN SR WAS MURDERED.. PLAINTIFF WAS ALSO TOLD BY THOMAS DONOVAN

THAT HE HAD ONCE CHOPPED UP A BODY AND WAS CAUGHT HY HIS EX GIRLFRIEND WHO

INSISTED ON TRYING A PIECE OF THIGH MEAT ONCE IT WAS COOKED. PLAINTIFF WAS ALSO

TOLD A STORY IN WHICH DONOVAN EXECUTED A MAN EXECUTION STYLE IN THE WOODS IN

SACRAMENTO, CA  AND LATER WATCHED SOMEONE WHO LOOKED LIKE A BODY DOUBE

WALKING AROUND THE CITY AS IF IT WAS THE WALKING DEAD ON THE TELEVISION SHOW, HE

CLAIMED. HE CLAIMED THE MAN WAS WEARING THE SAME CLOTHES AND THE CLOTHES HAD

DIRT AND LEAFS ON THEM... AS PLAINTIFF IS TYPING THIS HE IS BEING ACCUSED OF BEING

THOMAS DONOVAN AND HAVING MURDERED THE LADYS SON WHOSE SIGN AND HERSELF HAS

CLAIMED THAT HER SIGN IS FRAUD AND THAT HER SON WAS NOT REALLY AHOT IN HIS BACK OF

HIS TORSO, ALLEGING THE SHOOTER BEING AN IMPLIED COWARD WHO WOULD SHOOT

SOMEONE IN THEIR BACK RATHER THAN HAVING A POSSIBLE  PREARRANGEMENT IN WHICH

EXECUTION WAS AN IMPLIED THREAT AND SAID PERSON KNEW THE CONSEQUENCES OF

THEIR ACTIONS WOULD RESULT IN EXECUTION, WAS EXECUTED, EXECUTION STYLE WITH

HAVING BEEN SHOT IN THE BACK OF THE HEAD.. NOT THE BACK OF THE TORSO. WHICH IS NOT

"EXECUTION STYLE", WHERE DONOVAN CLAIMED TO HAVE SHOT A MAN IN THE WOODS AND

LEFT HIM THERE. THE LADYS SIGN SAID HER SON WAS FOUND ON THE SIDE OF THE ROAD. THE

DOUBLE WAS WALKING AROUND WITH DIRT AND LEAVES AS IF HE HAD CRAWLED OUT OF THE

WOODS WITH A LARGE HOLE IN HIS HEAD. PLAINTIFF ASSERTS THAT THE MURDER PHOTOS

MUST BE BROUGHT FORWARD WITH AN "ORDER TO PRODUCE" TO DETERMINE WHETHER A

CONSPIRACY TO MURDER AS IS BEING COMMITTED AND IS CAUSING HIM DAMAGES, AND

TERROR. AS WELL AS AN ORDER TO PRODUCE THE PERSON IMPERSONATING THOMAS R

DONOVAN SR DNA TO MATCH WITH BOTH HIS DECEASED SONS DNA, ROBERT DONOVAN &

THOMAS DONOVAN JR.PLAINTIFF HEARS THEM CONSPIRING TO CAUSE ADDITIONAL DAMAGES

TO PLAINTIFF FOR EXPOSING THEIR ALLEGED IMPERSONATION OF THOMASS DONOVAN SR BY

WHAT PLAINTIFF BELIEVES, BASED ON INFORMATION AND BELIEF ARE FBI.

SEE EXHIBIT[ ]

114.        IN SPITE OF PLAINTIFFS APPEAL TO DEFENDANT JOHN OTTAVIANO AND JASON

CAFARELLA DEFENDANTS, WITH MORE THAN ENOUGH INFORMATION THAT PLAINTIFF WAS NOT

SUING DEFENDANT DANIEL BARRANCOTTA FOR A WRONGFUL ARREST, BUT MENTIONED THE

WRONGFUL ARREST AND SUBSEQUENT TRIAL TO ESTABLISH DEFENDANT'S HIS PRIOR

KNOWLEDGE TO SURVEILLANCE IN WHICH THREATS WERE ISSUED AND RECORDINGS OF WHAT

IS SAID VIA FISA COURT SURVEILLANCE EXIST, AS PLAINTIFF HAS HEARD HIS OWN VOICE PLAYED

BACK TO HIM AS WELL AS THE VOICE OF THOMAS DONOVAN AFTER HIS DEATH TO GIVE THE

IMPRESSION THAT HE WAS ALIVE AND THAT THE DEFENDANTS ALLOWED HIM TO ESCAPE AND

IMPLY THAT PLAINTIFF IS AFRAID OF THOMAS DONOVAN AND THE LA COSA NOSTRA AND IS

LYING TO SAVE HIMSELF WHILE DEFENDANTS DEMONSTRATE KNOWLEDGE OF A THREAT TO

PLAINTIFF COMING FROM THEIR LIES ABOUT PLAINTIFF TO CONTINUE TO USE PLAINTIFF

AGAINST HIS WILL AND RIGHTS TO USE PLAINTIFF TO GET PAID IN AN ONGOING CRIMINAL

ENTERPRISE, CAUSING PLANTIFF DAMAGES. PLAINTIFF, UPON INFORMATION AND BELIEF, IS

AWARE THAT THOMAS DONOVAN WAS BROUGHT OUT OF HIS CELL THE DAY HE DIED, WALKING

OUT UNDER HIS OWN POWER HIMSELF, AND ESCORTED  TO ELLENVILLE HOSPITAL, WHERE HE

WAS ALLEGEDLY MURDERED. INMATES WERE IMPLIED TO THAT HE ESCAPED BECAUSE THE

OFFICERS STARTED FRAUDULENTLY CLAIMING THAT THOMAS DONOVAN HAD EXPIRED INSIDE

HIS CELL OF AN OVERDOSE AND WAS PRONOUNCED DEAD INSIDE OF HIS CELL AT

SHEWANGUNK CORRECTIONAL FACILITY ON 27 FEBRUARY 2017. BY ALLEGED OVERDOSE OF

FENTANYL, DESPITE NOT HAVING BEEN BROUGHT TO THE ULSTER  COUNTY CORONER OFFICE

FOR AN AUTOPSY, AS PER NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY

SUPERVISION POLICY WHEN AN INMATE DIES INSIDE OF A FACILITY. HIDING EVIDENCE OF A

CRIMINAL CONSPIRACY TO USE FRAUD TO CAUSE DAMAGES AND INTERFERE IN ELECTIONS AND

EVIDENCE OF IT PRIOR TO DEFENDANTS ADMITTING TO USING DONALD TRUMP VIA FISA THAT

PLAINTIFF WAS MAKING KNOWN TO DEFENDANTS.

SEE EXHIBIT { ],{ ], [ ]  P.64  #114

EMAILS FROM MOUNT KISCO CITY HALL WHERE BIRTH RECORDS GO FOR THE LOCAL HOSPITALS

AFTER 20 YEARS.

115.      PLAINTIFF SEARCHED THOMAS R DONOVAN SR'S OBITUARY WHEN PLAINTIFF FOUND

SOMEONE GOING BY HIS NAME AND SAME APPROXIMATE AGE WITH AN ACTIVE TELEPHONE

NUMBER AND PHYSICAL HOME ADDRESS. PLAINTIFF CALLED THE NUMBER AND LEFT A

MESSAGE. DEFENDANT CALLED BACK PLAINTIFF. DEFENDANT TOLD PLAINTIFF HE IS THE

FATHER OF THOMAS R DONOVAN JR, WAS NOT DECEASED, BUT WOULD NOT TAKE A PHOTO

FOR PLAINTIFF WITH A DATED NEWSPAPER, AS PLAINTIFF HAS SEEN A PHOTO OF

DONOVAN JR, HIS LITTLE BROTHER AND FATHER IN CLINTON CORRECTIONAL FACILITY ON

COURT 238, WHOM DWANE GABRIEL WAS RESPONSIBLE FOR RUNNING AND MAINTAINING

AT THE TIME, 2011-2012, . PLAINTIFF'S DEPARTMENT IDENTIFICATION NUMBER IS 04-B-0043.

116.      WHILE PLAINTIFF WAS CREATING JONNYS TENDERGRASS, THEN CALLED COHORT

BEFORE THE NAME CHANGE DUE TO AN APPLE COMPANY IN CANADA CALLING ITSELF COHORT,

AFTER PLAINTIFF DID A SEARCH FOR THE NAME TO SEE IF HE COULD LEGALLY USE IT. PLAINTIFF

HEARD, BASED ON INFORMATION AND BELIEF, DEFENDANT HILLARY CLINTON OR SOMEONE

WHO SOUNDS JUST LIKE HER, SAYING "NEVER BEFORE IN NEW YORK"... BEFORE PLAINTIFF

INTERJECTED HIMSELF INTO HER PITCH OF THE MARIJUANA COMMODITY, AFTER CONSIDERING

USING HER ON THE EXECUTIVE BOARD FOR JONNYS TENDERGRASS THAT PLAINTIFF WAS

BRAINSTORMING AND USING AT THE SAME TIME TO STOP THE "ELECTRONIC MONITORING"

BEING DONE TO THE "MARIJUANA COMMODITY" UNDER THE ROBRABACHER-FARR

AMENDMENT. PLAINTIFF ALSO SUFFERED THE LOSS OF WORKERS WHO WERE GOING TO BE

WORKING FOR JONNYS TENDERGRASS BUT WERE DISSUADED BY THE INVASIVENESS AND

ILLEGALITY AND POTENTIAL INJURY AND DEATH BY FISA COURT SURVEILLANCE. PLAINTIFF

AND HIS BUSINESS AND FAMILY WERE ALL CAUSED DAMAGES, ESPECIALLY BECAUSE PLAINTIFF

HAD ALSO ASKED HIS MOTHER TO HELP COMPLETE THE WORK USING A VERBAL PROMISE THAT

WAS GLEANED BY DEFENDANTS DURING A PHONE CONVERSATION BETWEEN PLAINTIFF AND
HIS

MOTHER. DEFENDANTS ALSO KNOW WHO PLAINTIFFS MOTHER IS AND THAT SHE USES

MICROSOFT EXCELL EXCLUSIVELY IN HER WORK WITH THE SNOHOMISH COUNTY FIRE

DEPARTMENT STATION #7. DEFENDANTS MOVED PLAINTIFFS MOTHERS STATION TO MONROE,

WA FROM SNOHOMISH, WA AS A RESULT OF DEFENDANTS FRAUD DEFENDANTS HAVE

SOMETIMES BEEN CALLING THE LADY WITH THE DEAD SON PLAINTIFF'S MOTHER AND

INTENDING TO CAUSE INJURY, WHILE CAUSING PLAINTIFF AND HIS FAMILY DISPARAGEMENT

AND CAUSING SLANDER DUE TO THE LIES THE LADY WITH THE DEAD SON TELLS AS WELL AS HER

ATTACKING PEOPLE WHO ARE LIED TO THAT DEFENDANT JANE DOE IS PLAINTIFF'S MOTHER.

SEE EXHIBIT [ ]  P.65  #116

117.        EVERY COUNSELOR THAT PLAINTIFF HAS SEEN AND INFORMED ABOUT THE FISA COURT

SURVEILLANCE, AND PROVIDING EVIDENCE OF IT AND ASKING THEM TO DO SOMETHING
ABOUT ITS TARGETING HIM INSIDE OF THE HEALTH CLINIC HAVE BEEN MOVED TO
ANOTHER POSITION IN OR OUT OF THE SISTERS OF CHARITY CLINICS. PLAINTIFF
HAS INFORMED THE NEW YORK STATE DEPARTMENT OF HEALTH AND OTHER ENTITIES.
PLAINTIFF, AS A RESULT HAS STARTED SMOKING CIGARETTES AFTER QUITTING AND
NOT HAVING A STABLE  COUNSELOR OR SITUATION, ESPECIALLY WITH COUNSELORS
WHO WOULD WRITE FOR HIM AND WERE HELPING HIM IN STOPPING SAID SURVEILLANCE
FROM TARGETING AND ATTACKING HIM AND OTHER PATIENTS INSIDE THE CLINIC
WHOSE HIIPA RIGHTS ARE VIOLATED BY THE DEPARTMENT OF JUSTICE, AS WELL AS
ORDINARY PRIVATE CITIZENS WHOM THE DEFENDANTS HAVE ALSO TARGETED AND
BEEN USING AND THE ONLY REASON PLAINTIFF KNOWS THIS IS BECAUSE HE HAS HEARD
PEOPLE HE KNOWS WHO ARE NOT DEPARTMENT OF JUSTICE. THIS SMOKING HAS BEEN
CAUSING INJURY TO PLAINTIFF, AS WELL AS EMOTIONAL TRUMA THAT HAS PHYSICALLY INJURED
PLAINTIFF THROUGH THE DISRUPTION OF HIS EVERYDAY NEEDS AND ROUTINES BEING
PLAGUED WITH PHYSICAL PAIN IN HIS HANDS WHICH SUFFERED AMPUTATIONS OF
THE FINGERS OF BOTH HANDS, SEVERAL PIECES OF FINGERS ON EACH HAND AND AN ENTIRE
FINGER IN HIS RIGHT HAND, AND A PHYSIOLOGICAL INJURY, WITH NERVE DAMAGE CAUSING
PHYSICAL PAIN AND DISCOMFORT AND THE REASON PLAINTIFF IS ON DISABILITY.
DEFENDANTS HAVE BEEN USING FISA COURT SURVEILLANCE TO SUBJECT PLAINTIFF TO
MEDICAL DIAGNOSTIC TESTING WITHOUT HIS CONSENT, AND IN VIOLATION TO HIS HIIPA
RIGHTS, FRAUDULENTLY, TO CLAIM PLAINTIFF IS COMMITTING FRAUD. ALTHOUGH PLAINTIFF
HAS HIMSELF CLAIMED TO BE "FAKING IT", BECAUSE PLAINTIFF KNOWS IT IS ILLEGAL FOR NON
MEDICAL PROFESSIONALS TO MAKE MEDICAL DECISIONS AND MAKING MEDICAL DECISIONS
BASED ON NON MEDICAL FACTORS BEING DELIBERATE INDIFFERENCE, WAS A THREAT THAT

PLAINTIFF WAS USING AND ESTABLISHING WHICH POLICIES BEING PUT IN PLACE WERE
DELIBERATELY INDIFFERENT TO HIS SERIOUS MEDICAL NEEDS AND WHICH HE COULD
EXPOSE TO THE GENERAL PUBLIC WITH REASON, TO FILE A CLASS ACTION SUIT THAT
WOULD STOP SAID SURVEILLANCE AND GET PLAINTIFF MONEY TO START THE
MEDICAL MARIJUANA DISPENSARY THAT HE HAD MOVED TO NEW YORK TO
HOPEFULLY ENJOY BY BEING SILENT ABOUT THOMAS DONOVAN'S LISTS OF FAKE
SERIAL KILLED WOMEN THAT HE HAD USED, THAT WAS BEING USED AGAINST
DONALD TRUMP TO GET HIM TO CONSPIRE MURDER ON PLAINTIFF, BECAUSE
PLAINTIFF KNOWS HOW TO KILL AS WELL AND IN NEW YORK HAS CASTLE DOCTRINE
RIGHTS WITH WHICH HE CAN PROTECT HIS LIFE AT THE COST OF SOMEONE ELSES.
DEFENDANT BARACK OBAMA CAUSED PLAINTIFF DAMAGES AND PROSPECTIVE
DAMAGES IN THAT HE HAD STARTED TELLING PEOPLE HE ALLOWED PLAINTIFF
TO MURDER AND THAT IT IS THE REASON HE CAN WITHOUT ISSUE. WHICH IS
A THREAT TO THE LIFE OF PLAINTIFF FOR PEOPLE WHO THINK PLAINTIFF MURDERS
BASED ON THE FRAUD THAT WAS TOLD ABOUT PLAINTIFF. AS PLAINTIFF HAS
NEVER KILLED ANYONE BEFORE IN HIS ENTIRE LIFE. ALLEGING PLAINTIFF AS A
SICARIO, AND CALLING HIM CARTEL AND MEXICAN, WHICH KILL WOMEN AND
CHILDREN. THIS IS ANTITHESIS THE WHAT PEOPLE ALLEGE ABOUT THE
LA COSA NOSTRA, WHOM THEY CLAIM THEY ARE USING TO MURDER PLAINTIFF
FOR MURDER. TO ILLUSTRATE THIS, ONE OF PLAINTIFFS FRIENDS FROM INCARCERATION
IS ALFRED AUGUGLIARO WHOM HAS THE WORD OMERTA TATTTOOED TO HIM, AND
ALTHOUGH HE IS INNOCENT OF HIS CRIME, HE IS NOT ONLY TREATED AS THOUGH HE
IS GUILTY OF A DRUG MURDER WITH A CODEFENDANT OF ANOTHER RACE, BUT AS THOUGH
HE IS A PART OF LA COSA NOSTRA, BECAUSE PLAINTIFF WAS CALLED ON THE PHONE BY

ALLEGED FBI WHO WERE WOMEN TELLING PLAINTIFF TO TAKE DOWN SOCIAL MEDIA

ACCOUNTS THAT PLAINTFF PUT UP FOR HIM. WHEN PLAITNFF ARGUED THE WOMAN ON THE

PHONE STARTED SLANDERING PLAINTIFF AND VIOLATING HIS HIIPA RIGHT DISPARAGINGLY

CLAIMING THAT PLAINTIFF'S METHADONE WAS AFFECTING HIS JUDGEMENT IN NOT DOING

WHAT ALLEGED FEDERA AUTHORITIES TOLD HIM TO DO OVER THE PHONE WITH PHYSICALLY

ATTEPMTING TO IDENTIFY THEMSELVES TO PLAINTIFF.

SEE EXHIBITS [ ]  P. 68  # 117

118.        DEFENDANTS TOLD PEOPLE BEING TARGETED AND OTHER PEOPLE THAT PLAINTIFF

BELIEVES, BASED ON INFORMATION AND BELIEF TO BE DEPARTMENT OF JUSTICE EMPLOYEES,

MORE THAN LIKELY THE FEDERAL BUREAU OF INVESTIGATION AS WELL AS LOCAL LAW

ENFORCEMENT USED SINCE 2015, LIKE DEFENDANT SHAWN BOSI TO;, "ROB HIM", (PLAINTIFF)

CLAIMING THAT THE ALLEGED REWARD THEY CLAIMED PLAINTIFF WAS GETTING TO DEFENDANT

DONALD TRUMP AND OTHERS WHOM, LIKE PLAINTIFF, DO NOT LIKE INFORMANTS AND IF GIVEN

THE OPPORTUNITY TO ROB THEM OF A "REWARD", WOULD. PLAINTIFF'S APARTMENT HE

RENTED AT 463 19TH STREET, NIAGARA FALLS, NY WAS BURGLARIZED AND PLAINTIFF WAS

LATER ROBBED BY DEFENDANTS USING HAROLD PRINTUP, WHOM PLAINTIFF HEARD VIA

FISA COURT SURVEILLANCE ADMIT TO THE ROBBERY AND BURGLARY WHILE THREATENING

PLAINTIFF THAT HE WOULD "WET YOUR SHIRT UP", IMPLYING HE WOULD  SHOOT  PLAINTIFF.

PLAINTIFF FILED A POLICE REPORT TO THE NIAGARA FALLS POLICE. THE PEOPLE USING SAID

SURVEILLANCE KNOW WHO IT WAS AND WERE MONITORING HIS HOME WHILE HE WAS OUT OF

IT AND KNOW WHO ROBBED HIM BUT ALLOWED IT, JUST AS THEY KNOW WHO ATTEMPTED TO

MURDER PLAINTIFF, BUT DO NOTHING BECAUSE THOSE GUILTY WOULD LIKELY IMPLICATE

THESE DEPARTMENT OF JUSTICE IN THE SCHEME. WHICH IS WHY THE NIAGARA FALLS

POLICE DETECTIVE DEFENDANT SHAWN BOSI ASSIGNED TO HANDLE PLAINTIFF'S RAPE REPORT

HE FILED, WAS USED ONTHIS SURVEILLANCE TO CONSPIRE RAPE ON PLAINTIFF BY CALLING HIM

A HOMOSEXUAL AND CLAIMING THAT THEY ARE WORKING ON PLAINTIFF'S ORDERS TO PROVE

TO HIM THAT HE IS A HOMOSEXUAL AS HE TOLD THEM TO "PROVE IT", WHEN THE

SURVEILLANCE FIRST STARTED WHEN PLAINTIFF SARCASTICALLY ASKED IF IT WAS ON BECAUSE

HE SUCKED A DICK, TO TALK ABOUT THAT AND GIVE OTHERS KNOWING IT WAS ABOUT

DONOVAN SOMETHING TO USE TO COMMIT FRAUD WITH TO INTERFERE WITH DONALD TRUMP

PRIOR TO HIS GEWTTING INTO OFFICE RATHER THAN THOMAS DONOVAN AND HIS LISTS OF

FAKE SERIAL KILLED WOMEN THAT THESE PEOPLE WERE IMPLYING ARE REAL AND ASKING

QUESTIONS ABOUT, SUCH AS "HOW MANY WOMEN ATE ON THE LISTS", AND "DID YOU SAY

THAT" AND "DID YOU SAY "IT"". WHICH PLAINTIFF FIGURED WOULD GARBER MORE WILLING

TALK ABOUT THAN WILLINGLY TALKING ABOUT THE LISTS OF FALE SERIAL KILLED WOMEN.

SEE EXHIBIT]

119.      DEFENDANTS USE FRANCESCA FALZONE WHO LIES ABOUT BEING A LAWYER OR

ATTORNEY FOR PLAINTIFF VIA FISA COURT SURVEILLANCE. CAUSING HIM DAMAGES IN

SLANDERING HIM AND HIS BUSINESS USING FRAUD TO CONTINUE TO ALLOW ILLEGAL FISA

COURT SURVEILLANCE TO CONTINUE AS IF PLAINTIFF IS FOREIGN AND THERES FOREIGN

INTELLIGENCE SURVEILLANCE ACT COURT IS A PROPER JURISDICTION AND VENUE TO TRY

PLAINTIFF FOR ANYTHING.

120.      DEFENDANT JOE BIDEN WAS ELECTED INTO OFFICE AND WITHIN THE FIRST SEVERAL

MONTHS DEFENDANT WAS SPEAKING OVER THE FISA SURVEILLANCE, THAT THIS WRITER,

PETITIONER HEARD HIMSELF. DEFENDANT ORDERED SOMEONE TO "LISTEN TO HIM", SAYING

"I'D LISTEN TO HIM". ON 19 AUGUST 2023 AT APPROXIMATELY 2:00 AM PLAINTIFF WAS BEING

KEPT AWAKE WITH INJURIOUS CONSCIOUS SHOCKING HEADACHE AND BEING VERBALLY

ATTACKED AFTER THE THE LADY WITH THE DEAD SON CLAIMED THOMAS R DONOVAN JR

MURDERED HER SON AND HAVING TOLD PLAINTIFF "YOU CAN REST ASSURED YOUR FRIEND

THOMAS DONOVAN HAD NOTHING TO DO WITH IT." INSIDE OF HER STORE IN FRONT OF THE

UPS WORKER WHOM PLAINTIFF BELIEVES SHE INTENDED TO INITIALLY USE AS A WITNESS UNTIL

IT BECAME APPARENT IT WOULD HURT HER MORE THAN HELP HER AFTER SHE STARTED LYING

ABOUT THE INTERACTION AND INJURING PLAINTIFF WITH FRAUD THAT DEFENDANTS WENT

ALONG WITH TO PROLONG THE FISA COURT SURVEILLANCE WITH THE INTENT TO CAUSE

MURDER AND OTHER INJURY AFTER THE DEATH OF THOMAS DONOVAN JR & SR, AS WELL

ATTACKING DEFENDANT DONALD TRUMP OFF OF THIS SURVEILLANCE TARGETING, AND

THREATENING THE LIFE OF THE UPS WORKER AND CAUSING PLAINTIFF MORE ANXIETY AND TO

NOT FEEL HAPPINESS OR ABLE TO PURSUE ODINIST RELIGIOUS PRACTICES FREE FROM

ELECTRONIC MONITORING AND CAUSING PLAINTIFF, AN ODINIST AND MEMBER OF THE ASATRU

COMMUNITY INC., BY NOT BEING ABLE TO PURSUE BECOMING MORE INVOLVED IN HIS

PERSONAL COMMUNICATION WITH HIS ROOTS AND HEARS THEM INTERFERING WITH PLAINTIFF

ALSO WRITING THIS LAWSUIT JUST AS THEY USED PLAINTIFF'S ANGER AT BEING TARGETED AT

DONALD TRUMP TO ATTACK DONALD TRUMP AND OTHERS WHO HEAR PLAINTIFF AGAINST

THEIR WILLS AND RIGHTS AS PRIVATE AMERICAN CITIZENS WHO ARE IN KIND USED TO ATTACK

AND CAUSE INJURY, DISPARAGEMENT AND SLANDER TO PLAINTIFF USING FRAUD ABOUT

PLAINTIFF BEING A PEDOPHILE, HOMOSEXUAL, CONFIDENTIAL INFORMANT, INFORMANT, PIMP,

PROSTITUTE, DRUG DEALER, MURDERER, THIEF, COWARD...THAT PLAINTIFF HAD BEEN ROBBED,

ASSAULTED, RAPED, ATTEMPTED MURDER ON, AND WHOSE BROTHER ROBERT ANDREW LANG

HAD MURDER ATTEMPTED ON HIM  BY DEFENDANTS AND STUART MUMMA WHO WAS
DRIVING

DURING A HIT AND RUN IN VACAVILLE, CA WHICH CAUSED PLAINTIFF ANXIETY AFTER HEARING

A MAN YELL "HIT HIM" OUT LOUD, THE SAME DAY. WHILE ALSO CALLING PLAINTIFF BY HIS

LITTLE BROTHER'S NAME. DEFENDANT ... THE DISTRICT ATTORNEY PROSECUTED STUART

70

MUMMA IN A VERY EXPEDITED TRIAL. BY A DISTRICT ATTORNEY WHO IS FRIENDS WITH THE MUMMA FAMILY AND CALLED PLAINTIFF TO TELL HIM HE COULD NOT PROSECUTE HIM TO CONSPIRACY DUE TO DOUBLE JEOPARDY, AFTER PLAINTIFF HAD POSTED ABOUT IT AND TO PROSECUTE THE PEOPLE ON THE SURVEILLANCE AS WELL AS DEFENDANT STUART MUMMA TO CONSPIRACY TO MURDER ON TWITTER.

~~SEE EXHIBIT [ ].~~

121.      THE VERY DOCUMENT USED TO OBTAIN USE OF FOREIGN INTELLIGENCE SURVEILLANCE ACT TECHNOLOGY TO TARGET PLAINTIFF, THIS WRITER, IN ITSELF, PER SAY, IS SLANDER USING FRAUD TO CLAIM PLAINTIFF IS FOREIGN BORN, AND TO CAUSE DELIBERATE FRAUD TO GET PAID VIA WIRE FOR FRAUDULENTLY STRIPPING PLAINTIFF'S CONSTITUTIONAL RIGHTS IN THE NAME OF PRESERVING AND PROTECTING THOSE RIGHTS BUT ALSO TO ATTACK HIM AS IF SAID SURVEILLANCE IS JUSTIFIED IN ITS EXTREMES. ALL WHILE HAVING DONE THE ABOVE TO USE PLAINTIFF TO INTERFERE WITH DONALD TRUMP PRIOR TO THE 2015 ELECTION, THE MIDTERM ELECTION AND THE 2019 ELECTIONS. THIS CONSTITUTES A RICO VIOLATION BY THE DEFENDANTS, UNOFFICIALLY KNOWN AS HILLARY AND "COMPANY", AKA " THE HILLARY HIT MACHINE". DEFENDANTS HAVE BEEN CALLING PLAINTIFF THEIR CODEFENDANT, A KILLER, AND "THE MACHINE", IMPLYING THAT PLAINTIFF IS ALSO A PART OF THE HILLARY CLINTON HIT MACHINE UPON INFORMATION AND BELIEF THESE DOCUMENTS ARE UNOBTAINABLE VIA FREEDOM OF INFORMATION REQUESTS.

SEE EXHIBIT [ ] COPY OF LETTER TO DEFENDANT RUDOLPH CONTRERAS AND LETTER RECEIVED BY PLAINTIFF FROM DEFENDANT CONTRERAS ... P. 71 #121   2 pages

122.      AFTER DEFENDANTS HAD BEEN CALLING PLAINTIFF HOMOSEXUAL AND BISEXUAL TO CAUSE DAMAGES, INCLUDING CONSPIRACY TO RARPE AND MURDER PLAINTIFF CALLING HIM AN UNDERCOVER HOMOSEXUAL TRYING TO GET INTO THE ALLEGED MAGGADINO CRIME FAMILY

AND OTHER ALLEGED CRIME FAMILIES WHEN DEFENDANTS IMPLIED THIS TO LAW

ENFORCEMENT AND CORRECTIONS OFFICERS, ONE OF WHOM PLAINTIFF SAW ASKING

PLAINTIFF'S FRIEND WHOSE LAST NAME IS GAMBINO AND WHOM PLAINTIFF ACTUALLY WAS

INCARCERATED WITH IN 2006 IN AUBURN CORRECTIONAL FACILITY, THE CORRECTIOMS OFFICER

ASKED HIM THAT AS GAMBINO WAS BEING FINGERPRINTED IN FRONT OF PLAINTIFF'S CELL, AS

IF DELIBERATELY AFTER PLAINTIFF'S VEHICLE HE WAS DRIVING THAT HIS MOTHER OWNED

SUDDENLY STOPPED AS IF A CAR KILL SWITCH HAD BEEN ENGAGED WHICH PLAINTIFF BELIEVES

IS WHAT HAPPENED, CAUSING HIM DAMAGES AND ILLEGAL INCARCERATION AND DOIUBLE

JEOPARDY. DEFENDANTS CAUSED ADDITIONAL DAMAGES TO PLAINTIFF AFTER THE DEATH OF

TROY HODGE A COUPLE BLOCKS FROM HIS HOME, MURDERED, PLAINTIFF BELIEVES, BY DANIEL

BARRANCOTTA. HIS SEPERATED WIFE'S COUSIN WHO WORKED AT THE TIME, FOR THE

LOCKPORT POLICE DEPARTMENT AND PLAINTIFF BELIEVES WAS THE ONE TO WHOM TROY

HODGE MADE IT KNOWN HE HAD ALSO HEARD THE THREAT THAT PLAINTIFF HEARD AT THE

SAME TIME AND DAY; "PEOPLE ARE GETTING INTO A CAR WITH A SHOTGUN AND COMING TO

KILL YOUR MOM", THE SURVEILLANCE, WHICH BARRANCOTTA KNEW ABOUT HAD PREVIOUSLY

BEEN REPORTED BY PLAINTIFF TO THE SAME POLICE DEPARTMENT AND PLAINTIFF HAD ALSO

SUBPOENAED DEFENDANTS BARACK OBAMA AND THE RECORDINGS FROM SAID SURVEILLANCE

FOR A TRIAL IN WHICH DEFENDANTS HAD FRAUDULENTLY ALLEGED THAT PLAINTIFF HAD

ASSAULTED HIS WIFE, DEFENDANT AMANDA SHUFELT, WHO KNOWINGLY CAUSED PLAINTIFF

DAMAGES LYING TO HIM THAT SHE WAS PREGNANT, PLAINTIFF BELIEVES AT THE REQUEST OF

HER COUSIN WHO KILLED TROY HODGE TO HIDE HIS KNOWLEDGE AND AIDED AND ABETTED IN

THE FRAUD THAT DEFENDANTS NOW CLAIM TO CALL PLAINTIFF A HOMOSEXUAL BECAUSE HE

ALLEGES THAT HE HALLUCINATES FEMALE PERSONALITIES AND VOICES OF WOMEN, WHOM ARE

USED OVER THE SAME FISA COURT SURVEILLANCE. USING FRAUD TO IMPLY THAT THIS

72

SURVEILLANCE IS OTHER THAN WHAT IT IS, SO AS TO IMPLY A JUSTIFICATION TO CONTINUE IT AS IF PLAINTIFF DOES NOT KNOW IT IS FISA COURT SURVEILLANCE, USED TO INTERFERE WITH SEVERAL DIFFERENT ELECTIONS TO GET DEMOCRATS AND CHRISTIANS ELECTED TO OFFICE. PLAINTIFF BELIEVES, BASED ON ALSO HEARING DEFENDANT RETIRED ARMY GENERAL MICHAEL FLYNN AFTER HEARING HIM ON TELEVISION ON VICE TALKING ABOUT Q ANON. AFTER PLAINTIFF IDENTIFIED THE GENERAL THE RETIRED GENERAL TOOK A TRIP TO BATAVIA, NY WITHIN 30 MILES OF PLAINTIFF, IN SPITE OF PLAINTIFF TELLING THESE PEOPLE TO STAY OUT OF NEW YORK, FROM MAKING WAR, AND PLAINTIFF BELIEVES, DELIBERATELY USED DEFENDANT, BARACK OBAMA'S FRAUD ABOUT TRUMP AND PLAINTIFF AND PLAINTIFFS FAMILY, HAVING ALSO CALLED PLAINTIFF A GOD, A FALSE PROPHET AND HAVING CLAIMED THAT REVELATIONS WAS HAPPENING AFTER DEFENDANT DONALD TRUMP ANNOUNCED HIS CANDIDACY FOR PRESIDENT IN 2015. DEFENDANT STARTED TARGETING PLAINTIFF AND USING HIM AND OTHERS WHO WERE ALREADY BEING TARGETED ON DONALD TRUMP TO ATTACK HIM AND USING HIM TO ATTACK EVERYONE ATTACKING HIM, SPECIFICALLY PLAINTIFF. AS PLAINTIFF IS THE ONLY LIVING CONNECTION TO THOMAS R DONOVAN JR (NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION DEPARTMENT IDENTIFICATION NUMBER 10-A-4293) AND HIS FATHER, WHOM PLAINTIFF HAS BEEN SHOWN A PHOTO OF BY THOMAS R DONOVAN JR MENTIONED ABOVE, AT THE CLINTON CORRECTIONAL FACILITY RECREATION YARD, AFTER PLAINTIFF HAD SHOWN HIM PHOTOS WHEN HE HAD BROUGHT SOME TO THE YARD TO SHOW SOMEONE ELSE, AND THOMAS DONOVAN HAPPENED TO BE THERE, PRIOR TO HIS ASKING PLAINTIFF IF HE HAD EVER THOUGHT ABOUT MURDERING HIS OWN  MOTHER. THE SAME FRAUD USED TO CLAIM THAT PLAINTIFF IS HALLUCINATING THIS FISA COURT SURVEILLANCE IS USED TO CAUSE PLAINTIFF DAMAGES TO HIS "MARIJUANA COMMODITY" THAT HE STARTED AND IS CAUSED DAMAGES BECAUSE

73

OF THE FRAUD AND FACT THAT IT DIRECTLY EFFECTS THIS FISA COURT SURVEILLANCE AS WELL AS THE FRAUD USED AGAINST PLAINTIFF, VIOLATING HIS ROHRABACHER-FARR AMENDMENT SPECIFICALLY USING FRAUD WITH PLAINTIFF'S MARIJUANA COMMODITY OUT OF PURE SPITE AND ACTUAL HATE FOR PLAINTIFF ALTHOUGH HE HAD NOT STARTED THE SURVEILLANCE AND WAS CAUSED DAMAGES WITHOUT PROVOCATION. THE FRAUD ALSO CAUSES DAMAGES TO THE ENTIRE CANNABIS INDUSTRY AS A WHOLE, AFTER PLAINTIFF INDICATED DURING THE BEGINNING OF THIS SURVEILLANCE TO WANT TO MAKE A CANNABIS INDUSTRY THAT HAS A TOOL TO BECOME SELF SUFFICIENT AND IS WHEN DEFENDANT BILL GATES THEN BOUGHT A SEED TO SALE AS WELL AS LINKEDIN ON WHICH PLAINTIFF SHARED THE MARIJUANA COMMODITY AS A PLATFORM FROM WHICH TO WORK ON AND USE SAID MICROSOFT EXCELL WORKBOOK THAT PLAINTIFF HAS STARTED SHARING AND USING TO GET PEOPLE SIGNING PETITIONS VIA HYPERLINKS, USING THE WORKBOOK WORLD WIDE AND SATISFYING PROPRIETARY RIGHTS THRESHOLDS FOR FUTURE LITIGATION IN WHICH PLAINTIFF PLAINLY IMAGINED THAT BILL GATES WOULD TRY TO STEAL PLAINTIFFS BUSINESS MODEL FOR HIS OWN GRATIFICATION IN ACCORDANCE WITH ORDERS GIVEN BY DEFENDANTS TO ROB PLAINTIFF.

123.     DEFENDANTS USING PLAINTIFF FRAUDULENTLY AND USING FRAUD ABOUT PLAINTIFF ON  DEFENDANT DONALD TRUMP, AS WELL AS CALLING HIM MOB WHILE IMPLYING TO PLAINTIFF THAT BOTH HIS FAMILY, SPECIFICALLY HIS UNCLE DAVID MARCHIORI WAS IMPLIED BY OTHER FAMILY THAT HE WAS ACCUSED WITH HIS BROTHER OF BEING MOB BY HIS STEP GRANDFATHER HAROLD VOSSELER WHILE HE LIVED IN PHILADELPHIA, PENNSYLVANIA, WHILE USING THE FALZONE FAMILY AND CLAIMING TO BE THE LA COSA NOSTRA AND MOB LAW BEING IN EFFECT, WHICH IS IMPLIED BEING USED BY DEFENDANTS WHO CLAIM THAT PLAINTIFF IS A SNITCH AND IS NOT ENTITLED TO MOB RULES AND LAW TO GET SOMEONE TO KILL WHILE

USING DONALD TRUMP TO ORDER PEOPLE TO MURDER PLAINTIFF OR HIS "TORMENTOR".

MURDER PLAINTIFF, BY USING AN ALLEGED REWARD, AS MOTIVE AND FRAUD TO CAUSE

PLAINTIFF DAMAGES, CLAIMING HE WAS SOMEHOW ELIGIBLE FOR SUCH A REWARD IS, WHAT

PLAINTIFF BELIEVES AN ORDER TO COMMIT MURDER ON PLAINTIFF, THIS WRITER. TELLING

PEOPLE OVER THIS SURVEILLANCE IN 2015 WHEN IT FIRST STARTED USING HIM TO "GIVE IT TO

HIM", PRIOR TO PLAINTIFFS ATTEMPTED MURDER ON HIM IN 2017, IN NIAGARA FALLS, NY  BY

DEFENDANTS USING JOHN DOE, WHOSE NAME PLAINTIFF DOES NOT REMEMBER FROM THE

HOMELESS HALFWAY HOUSE HE MET THE KILLER AT, IN EVERETT, WA IN 2015 CAUSING

DAMAGES, WHICH PLAINTIFF FILED A SMALL CLAIM SUIT ABOUT IN NIAGARA COUNTY COURT IN

NEW YORK WHICH WAS DISMISSED AS WELL AS ANOTHER LAWSUIT WHICH WAS ALSO

DISMISSED BY DEFENDANT JOHN OTTAVIANO USING FRAUDULENT CLAIMS THAT THE LAWSUIT

WAS ASKING FOR DAMAGES FOR AN ILLEGAL ARREST BY DEFENDANT DANIEL BARRANCOTTA

RATHER THAN ACCUSING HIM OF ONGOING DAMAGES  TO PLAINTIFF FOR NOT TELLING THE

TRUTH ABOUT SAID SURVEILLANCE AND USING THE COURT AND HIS POSITION  AS A VEHICLE

FOR FRAUD TO AIDE AND ABET IN RACKETEERING BY IGNORING DIGITAL AND PHOTO EVIDENCE

TO FILE SAID SUIT FOR DAMAGES AGAINST THE LOCKPORT POLICE WITH EVIDENCE WELL

WITHIN TIMELY LIMITATIONS TO FILE SAID SUIT RATHER THAN DISMISSING IT BASED ON FRAUD

TO CONTINUE TO ALLOW THIS LIBERAL SCAM TO CONTINUE. PLAINTIFF CONTENDS DEFENDANT

JOHN OTTAVIANO DID IT AS A CATHOLIC, AND BECAUSE DANIEL BARRANCOTTA WAS ALLEGEDLY

HIRED TO THE NIGARA COUNTY SHERIFFS AFTER BEING FIRED FROM THE LOCKPORT CITY POLICE

DEPARTMENT AFTER CHARGES WERE NOT GOING TO BE PRESSED ON HIM BY THE STATE OR

DISTRICT ATTORNEY GENERAL. PLAINTIFF BELIEVES BECAUSE HE IS STILL MARRIED TO AMANDA

SHUFELT AND INTENDS TO CONTINUE TO USE FRAUD TO CAUSE DAMAGES TO PLAINTIFF AND

HIS FAMILY IN CASE IF THE DEATH OF PLAINTIFF AND HIS FAMILY AS WELL AS THE ORDERS GIVEN

BY PEOPLE ALLEGING TO BE LA COSA NOSTRA OVER THE SURVEILLANCE TO STEAL FROM

PLAINTIFF AND HIS FAMILT BECAUSE THEY CLAIM PLAINTIFF IS INFORMING, WILL DIE, AND IS AT

WAR AND COMMITTING TREASON, AND CAN BE TRIED BY FOREIGN INTELLIGENCE

SURVEILLANCE COURT BECAUSE THEY CLAIM PLAINTIFF IS A GOD, AND AN ALIEN AS WELL AS

OTHER FRAUD.

SEE EXHIBIT [ ] P. 76  #123  3pages

124.      PLAINTIFF BELIEVES THAT DEFENDANTS USE NON DEPARTMENT OF JUSTICE

INDIVIDUALS  WHOM THEY BELIEVE WILL CONTINUE USING THE FRAUD THAT IS USED ON

DEFENDANT TO CONTINUE TO REITERATE SAID FRAUD, INCLUDING THE USE OF

IMPERSONATORS OF PEOPLE WHOM PLAINTIFF HAS IDENTIFIED WHO CONTINUE TO AIDE AND

ABET IN FRAUD THAT  PLAINTIFF IS HALLUCINATING SAID TARGETING OF HIMSELF VIA FOREIGN

INTELLIGENCE SURVEILLANCE COURT, WHILE DEFENDANTS ARE IMPERSONATED TO PLAINTIFF

AS IF, WHILE POSTING ABOUT SAID SURVEILLANCE ON SOCIAL MEDIA IS A HALLUCINATION OR

FRAUD. CLAIMING; IN DEFENSE OF DEFENDANTS OR FOR THE BENEFIT OF DEFENDANTS IN THE

INSTANT CASE, TREASON AND CULPABILITY TO RACKETEERING THOUGH DEFENDANTS USE OF

FRAUD TO CONTINUE SURVEILLANCE PER SAY, IMPLYING THE INSTANT CASE OF SURVEILLANCE
IS

EITHER LEGAL OR A HALLUCINATION TO PLAINTIFF AND DEFENDANTS, WHO CONTINUE

CONSCIENCE SHOCKING FRAUD AS IF IT IS TOO GREAT OF A POTENTIAL CHARGE AGAINST

PLAINTIFF TO STOP SAID  ILLEGAL SURVEILLANCE TO ILLEGALLY PROSECUTE HIM IN A COURT OF

PROPER JURISDICTION AND VENUE AND ALTERNATIVELY TO ELECTROCUTE PLAINTIFF TO DEATH

USING FOREIGN INTELLIGENCE SURVEILLANCE ACT TECHNOLOGY TO ELECTROCUTE HIM AS HE

HAS BEEN ELECTROCUTED BEFORE AND BEARS WITNESS TO CAUSING DAMAGES TO HIM DUE TO

AS WELL AS THE IMPLIED USE OF SAID TECHNOLOGY TO OTHER NO. DEPARTMENT OF JUSTICE

76

UNDER THE GUISE OF JUSTICE FOR PLAINTIFF.

125.      PLAINTIFF BELIEVES, BASED ON INFORMATION AND BELIEF THAT HIS CRIMINAL HISTORY

WAS USED TO IMPLY TO HIS BIOLOGICAL MOTHER, MARY CAMILLE TABOR THAT PLAINTIFF IF AN

INFORMANT INCLUDING A REPORT MADE WHILE PLAINTIFF WAS A CHILD IN WHICH HIS STEP

FATHER, MICHAEL AUGUSTUS TABOR HAD SEARCHED HIS ROMM AS A CHD AND FOUND

MARIJUANA RESIDUE, AND CALLED THE BOTHELL POLICE AND PLAINTIFF HAD BURGLARIZED AN

APARTMENT OF A FRIEND TO HIS LITTLE BROTHER AND WHOSE MOTHER OR MOTHERS

BOYFRIEND USED CANNABIS AND PLAINTIFF TOOK A BONG FROM WHICH SAID RESIDUE CAME

FROM, AND BROUGHT IT TO THE MANS HOME NAMED ADAM JENKINS WHOM PLAINTIFF LIED

TO THE BOTHELL POLICE FOR HAVING. GOTTEN AN ALTOIDS CONTAINER FULL OF SAID RESIDUE

IN THE  SEARCH AND SEIZURE OF SAID RESIDUE BY PLAINTIFF'S MOTHERS HUSBAND, OR STEP

FATHER, AFTER CALLING THE BOTHELL POLICE AFTER FINDING AND PLAINTIFF HAD LIED TO THE

POLICE ABOUT TO AVOID CORRECTIONAL DETENTION BECAUSE AT THE TIME PLAINTIFF WAS

UNDER A (PINS) PERSON IN NEED OF SUPERVISION DECREE AT THE TIME, IN SNOHOMISH

COUNTY, WASHINGTON IN THE YEAR 2000-2001. SAID FRAUD ABOUT PLAINTIFF HAVING

INFORMED ON THOMAS DONOVAN WAS USED IN CONJUNCTION WITH PLAINTIFF HAVING

FRAUDULENTLY PRIORLY  INFORMED ON ANOTHER PERSON WAS USE IN THE INSTANT CASE TO

FRAUDULENTLY CLAIM SAID SURVEILLANCE IS USED NOT AS FOREIGN INTELLIGENCE

SURVEILLANCE ACT COURT BUT AS A MEANS AND PLATFORM FOR PLAINTIFF TO INFORM ON

PEOPLE. PEOPLE WHOM WERE ILLEGALLY PROSECUTED USING ILLEGALLY GAINED INFORMATION

VIA  FISA COURT  SURVEILLANCE IN ANOTHER COURT, WITH PROPER JURISDICTION AND VENUE,

SUCH AS A MAN WHOSE ALIAS IS -V- ON 19TH STREET, IN NIAGARA FALLS, NY AT THE END OF

2016 AND  BEGINNING OF 2017, BEFORE PLAINTIFF WAS ATTEMPTED MURDER ON WHICH WAS

AFTER  PLAINTIFF LEARNED ABOUT THE POSSIBLE ILLEGAL PROSECUTION  OF THE MAN THAT

77

WAS MENTIONED AS BEING A DRUG DEALER UNDER FISA COURT SURVEILLANCE AND
ALLEGEDLY MAKING SALES TO PEOPLE PLAINTIFF HAD INAIDE HIS APARTMENT IN NIAGARA
FALLS, NY WHO CLAIMED TO BE LEAVING HIS APARTMENT TO GET ILLICIT DRUGS, AND
RETURNED TO HIS APARTMENT WITH THEM. THIS BEHAVIOR CONTINUED AFTER THIS INCIDENT.

126.    DEFENDANTS HAVE CONTINUED FOREIGN INTELLIGENCE SURVEILLANCE ACT COURT
UNDER THE AUSPICES THAT PLAINTIFF IS WORKING WITH THEM TO CAUSE HIMSELF TO DIE BY
HOLDING COURT ON THE STREET AFTER ACCUMULATING THREE STRIKES OR WHAT AMOUNT TO
THREE STRIKES, WITHOUT DUE PROCESS USING FISA COURT TECHNOLOGY TO ELECTROCUTE
HIM TO DEATH OR IN A MORE OLD FASION WAY, AS PLAINTIFF HAS OFFERED TO GO KNIFE TO
KNIFE WITH ANYONE OF THE PEOPLE ATTACKING HIM VIA FISA COURT SURVEILLANCE. WHEN
PLAINTIFF LIVED IN WASHINGTON STATE IN 2015, DEFENDANTS WERE USING THE DEATH
PENALTY AND A STRIKE PLAINTIFF GOT AS PART OF A PLEA AGREEMENT AS WELL AS THE FISA
TECHNOLOGY TO ELECTROCUTE AND ATTACK AND THREATEN HIM WITH HIS DEATH AND HIS
FAMILIES DEATH BY TRYING HIM WITHOUT DUE PROCESS AND ELECTROCUTING HIM WITH FISA
TECHNOLOGY AND ATTEMPTING TO MURDER HIM AND USING THE MAN WHO ATTEMPTED TO
MURDER HIM VIA FISA COURT SURVEILLANCE FOR SEVERAL YEARS AFTER HE ATTEMPTED
MURDER ON PLAINTIFF ON 5 JUNE 2018. PLAINTIFF ASKED PEOPLE TO CHANGE HIS MEDICAL
RECORDS IN THE NIAGARA MEMORIAL HOSPITAL AFTER MURDER WAS ATTEMPTED ON HIM
AND TOLD THE DEPARTMENT OF JUSTICE TO GO CLEAN UP AFTER PLAINTIFF SURVIVED AND GO
MURDER THE MAN WHO MURDERED HIM, PLAINTIFF DOES NOT KNOW THE MANS NAME OF
HO ATTEMPTED TO MURDER HIM AND DEFENDANTS USE FRAUD TO CLAIM THAT HE ACTUALLY
DOES AND THEREFORE WANTS TO BE MURDERED.
SEE EXHIBITS [ ]

127.    PLAINTIFF HAS HEARD SALVATORE FALZONE PHYSICALLY FACE TO FACE IN A WALMART

PARKING LOT IN MILL CREEK, WA IN AUGUST OR SEPTEMBER 2015, AND SAID THAT HIS MOM

HAD DIED, WHILE WALKING TO PLAINTIFF SITTING IN HIS VEHICLE. ANOTHER MAN APPROACHED

HIM AND ASKED IF HE WANTED TO SEE A DEAD BODY IN HIS TRUNK. PLAINTIFF WATCHED SAL

TURN AROUND AND GET BACK INTO HIS VEHICLE AND LEAVE. PLAINTIFF LATER HEARD

DEFENDANTS CLAIM THE DEAD BODY WAS A DOG. PLAINTIFF WAS HEARING SIMILAR THINGS

ABOUT HIS OWN MOTHER, MARY CAMILLE TABOR AS WELL AS HEARING HIS MOTHER OR

SOMEONE WHO SOUNDS LIKE HER VIA FISA COURT SURVEILLANCE SAY "I DON'T CARE WHAT

YOU DO WITH HIM HE IS EVIL", AS WELL AS TELLING A POLICE OFFICER WHO ARRESTED

PLAINTIFF ON SEPTEMBER 14, 2015 THAT HE COULD TAKE PLAINTIFF TO PAINE AIRFIELD OR

SNOHOMISH COUNTY JAIL, WHILE CALLING HER FROM HIS PHONE. ADDITIONALLY, PLAINTIFF

SPOKE WITH HIA BIOLOGICAL AUNTS AND UNCLES AS WELL AS HIS MOTHERS MOTHER AND

STEP FATHER WHO ALL ALLUDED TO PLAINTIFF BEING UNDER SURVEILLANCE AS WELL AS

FOLLOWING THROUGH WITH THE ALLEGED CONSPIRACY TO MURDER HIS OWN MOTHER.

PLAINTIFF BELIEVES, THAT BASED ON INFORMATION AND BELIEF THAT DEFENDANTS STARTED

CLAIMING PLAINTIFF WANTED TO MURDER HIS OWN MOTHER AFTER WRITING THOMAS

DONOVAN 10-A-4293 AND POSSIBLY OTHER CONVICTED MURDERERS, BUT THOMAS DONOVAN

SPECIFICALLY DUE TO HIS ASKING WHETHER PLAINTIFF HAD THOUGHT ABOUT KILLING HIS

OWN MOTHER, BUT PLAINTIFF BELIEVES THE THREAT ORIGINATED AFTER THE LADY WITH THE

DEAD SON ALLUDED TO BEING THE MOTHER OF PLAINTIFF AFTER SAYING THE SAME THING

ABOUT BEING THE BIOLOGICAL MORHER OF THOMAS DONOVAN WHOSE THE DECEASED

CORALENE DONOVAN. AFTER POSSIBLY CLAIMING TO FEAR FOR HER OWN LIFE AFTER THE

DEATH OF HER SON, AND IN CONJUNCTION WITH LYING THAT PLAINTIFF HAD IDENTIFIED

HIMSELF TO HER BY HIS NAME, AND IMPLYING THAT HE HIMSELF IS THOMAS DONOVAN SO AS

TO LIE ABOUT CONSPIRING THE MURDER OF HIS FAMILY BY FRAUDULENTLY CLAIMING HE

IDENTIFIED HIMSELF HY HIS LITTLE BROTHERS NAME AND THAT HE ACTUALLY HAS NO LITTLE

BROTHER, AND IS GUILTY HIMSELF OF PEDOPHILIA AND CLAIMED TO HAVE A LITTLE BROTHER

SO AS TO AVOID BEING KILLED FOR PEDOPHILIA, AFTER PLAINTIFF SOUGHT TO EXPOSE LIES

ABOUT HIS LITTLE BROTHER HAVING TOUCHED HIS EX GIRLFRIEND DONEVA ROBINSON'S

DAUGHTERS, WHILE PLAINTIFF WAS FIRST UNDER SIMILAR SURVEILLANCE WHILE ON BAIL IN

EVERETT, WA FOR ASSAULT IN THE FIRST  DEGREE BY SNOHOMISH COUNTY SHERIFF AND

ICE, IMMIGRATION CUSTOMS ENFORCEMENT AGENCY, AFTER A VICTIM TOLD THE POLICE THAT

PLAINTIFF HAD POINTED A SEMI-AUTOMATIC PISTOL AS HER, SOLD HER DRUGS, AND IS A

FELON, IN NOVEMBER 2013, ABOUT  3 MONTHS AFTER PLAINTIFF WAS RELEASED FROM

NYSDOCCS AUGUST 21, 2013. PLAINTIFF HAS BEEN CAUSED DAMAGES BY THIS FRAUD BY

SLANDER AND DISPARAGEMENT AND INJURY, ESPECIALLY THE CONTINUED THREAT EXISTING TO

PLAINTIFF AND HIS FAMILY WHOM HAVE BEEN CALLED "MEXICAN RAPISTS", CAUSING PLAINTIFF

DAMAGES.

SEE EXHIBIT [ ]

128.        PLAINTIFF WAS WATCHING FOX NEWS AFTER THE SURVEILLANCE STARTED ANS WAS

WATCHING DEFENDANT MEGYN KELLY TALK ABOUT THE ESCAPE OF PLAINTIFF'S FRIENDS WHO

ESCAPED FROM CLINTON CORRECTIONAL FACILITY, WHEN AHE FRAUDULENTLY CALLED RICHARD

MATT A RAPIST. PLAINTIFF YELLED OUT LOUD THAT, WAS A LIE, AND HEARD IT CONTRADICTED

BY THE DEFENDANTS. THE NEXT DAY PLAINTIFF WAS WATCHING THE SAME LADY WHILE

A SEGMENT WAS BEING ADVERTISED CALLED "DIRTY HARRY", AND WHILE PLUGGING

THE SEGMENT PLAINTIFF HEARD DEFENDANT PLURALIZE "MEXICAN RAPIST", AFTER THE

DEATH OF RICHARD MATT, AND ALLUDING TO THEM BEING KILLED BY ANYONE WANTING

JUSTICE, IE DIRTY HARRY. PLAINTIFF WAS ALAO ASKED VIA THE FISA SURVEILLANCE WHETHER
HE

WANTED TO BE A CAT OR A DOG VIA FISA COURT SURVEILLANCE AND DURING THE

BROADCAST HE WAS WATCHING THE ANCHOR ASKED THE VIEWERS IF THEY WANTED TO BE A

CAT OR A DOG AND CLAIMED THAT CATS LOVE BLOOD. THIS WAS SEPTEMBER 2015. PLAINTIFF

WAS NOT ONLY CALLED A GOD AND THE BEAST AS WELL AS THE MESSIAH FOR JEWS BUT ALSO A

DOG AFTER PLAINTIFF CLIMED THAT INDIANS BELIEVE THAT DOGS HAVE THE SOULS OF RAPISTS

AND IS WHAT VSHNU DOES TO THEM. THIS HAS BEEN CAUSING PLAINTIFF DAMAGES BY

SLANDER AND DISPARAGEMENT TO HIS BUSINESS AND EVERYDAY NEEDS AND ROUTINES SUCH

AS HUNTING AND MAKING FRIENDS AS WELL AS BEING ROBBED BY PEOPLE AND HARASSED BY

OTHERS CALLING PLAINTIFF OUTSIDE OF HIS NAME, AND SPREADING THE SAME FRAUD BY

CALLING HIM A PEDOPHILE, A RAPIST, A HOMOSEXUAL, A BISEXUAL, A MURDERER, A
SCAMMER,

A HACKER, A THIEF, AN IDIOT, A RETARD, AS WELL AS OTHER, MORE VULGAR TERMINOLOGY, TO

SPECIFICALLY CAUSE DAMAGES TO PLAINTIFF

129.      PLAINTIFF HEARD DEFENDANTS INDICATE THAT PIZZA RAT WAS THE PLAINTIFF AS WELL

AS "TONY" AND IS ALSO WHEN PLAINTIFF STARTED HEARING ROBERT RUCKDESCHELL SAYING

"YOU DOG" DIRECTED AT PLAINTIFF, POSSIBLY CALLING PLAINTIFF A RAPIST, POSSIBLY NOT, DUE

TO PLAINTIFF SNITCHING ON THOMAS DONOVAN AND CLAIMING THAT PLAINTIFF SNITCHED

ON THREE LETTERS AND IMPLYING THAT PLAINTIFF SNITCHED ON LA COSA NOSTRA, WHICH

PLAINTIFF LED TO THE CAPTURE OF THE ALLEGED BOSS OF BOSSES IN SICILY IN 2023, BASED ON

INFORMATION AND BELIEF, PLAINTIFF ALSO BELIEVES IT LED TO THE ALSO RECENT BUST OF A

SEMI TRUCK CARRYING METHAMPHETAMINE, HEROIN, BY WASHINGTON STATE DEPARTMENT

OF CORRECTIONS AND THE REPORT CLAIMS THAT THE DRIVERS OF THE TRUCK WERE ACTING

SUSPICIOUS BUT FROM A SEDAN OR AN SUV NOBODY CAN SEE INSIDE THE ENTIRE CAB OF A

SEMI TRUCK. PLAINTIFF BELIEVES THIS ILLEGAL SEARCH AND SEIZURE WAS USED AS AN ATTACK

ON PLAINTIFF WHICH WAS A PLAN THAT PLAINTIFF HAD HIMSELF TO DO PRIOR TO THE START OF FISA COURT SURVEILLANCE BRINGING CANNABIS FROM  WASHINGTON STATE TO NEW YORK STATE PRIOR TO ITS LEGALIZATION IN NEW YORK STATE. PLAINTIFF IS ALSO NOT ITALIAN BUT WHILE IN AUBURN CORRECTIONAL FACILITY, AN INMATE, PLAINTIFF KNEW WHOM WAS GOING BY THE NAME TONY, WAS ALLEGED DURING THE INSTANT CASE OF FISA SURVEILLANCE, TO BE LYING TO EVERYONE ABOUT BEING ITALIAN AND KNOWING THE PEOPLE HE CLAIMED TO KNOW WAS WHAT ROBERT TOLD DEFENDANT IT MIGHT LOOK LIKE WITH JASON. PLAINTIFF ALSO BELITTLED THE MAN THE DEFENDANTS CLAIMED IS LA COSA NOSTRA IN FROM OF DEFENDANTS HAVE TOLD PLAINTIFF THEY WOULD GET HIM MURDERED BY ANY MEANS NECESSARY; CLAIMING THAT PLAINTIFF HAD KILLED THEM, TAKING CREDIT FOR PLAINTIFF'S ALLEGATIONS FOR THE MURDERS BY IMPLYING THAT PLAINTIFF'S BELIEF IN THE MURDER OF LEONARD FALZONE SR BY FISA TECHNOLOGY ELECTROCUTING HIM, IN CONJUNCTION WITH HIM BEING THE ALLEGED BOSS OF THE MAGGADINO CRIME FAMILY WOULD GET THESE DEPARTMENT OF JUSTICE MURDERED, IN SPITE OF THE ALLEGED LA COSA NOSTRA HAVING AN ALLEGED RULE TO NOT MURDER LAW ENFORCEMENT. BUT BASED ON INFORMATION AND BELIEF, BECAUSE PLAINTIFF HAS BEEN ASKING FOR THE PERPETRATORS TO GET THE DEATH PENALTY, THAT THE DEFENDANTS HAVE BEEN ADMITTING TO THEIR GUILT THINKING THAT THEY COULD IMPLY TO PEOPLE THE FISA SURVEILLANCE IS A NECESSARY TOOL USED TO STOP THEIR MURDER. THIS SPECIFICALLY IS MEANT TO CAUSE DAMAGES AND CONTINUED AS IF PLAINTIFF IS A SNITCH IN A DOUBLE ENTENDRES ADMITTING TO CRIME AND CLAIMING PLAINTIFF IS A CODEFENDANT.

130.      SECRET SERVICE AGENTS CAME TO PLAINTIFF'S HOME FOR POSTING THE ABOVE FACTS TO SOCIAL MEDIA WHILE STATING THAT BOTH BARACK OBAMA AND DONALD TRUMP (DEFENDANTS) GET THE DEATH PENALTY FOR TREASON IN USING FISA COURT TECHNOLOGY ON

AMERICANS TO STRIP THEIR RIGHTS AND USE THEM TO ALTER THE COURSE OF THE DONALD

TRUMP PRESIDENTIAL CAMPAIGN AND OTHER ELECTIONS INCLUDING HIS SECOND AND THIRD

CURRENT PRESIDENTIAL CAMPAIGNS, PREDICATE ACTS AND CAUSING PLAINTIFF DAMAGES IN

USING HIM AGAINST HIS WILL AND RIGHTS BY DEFENDANTS CONTINUING TO SLANDER HIM

AND CALLING HIM THEIR WORKER AND CODEFENDANT TO USE HIM TO ATTACK SAID

CAMPAIGNS AND PEOPLE WHO ARE ALSO TARGETED, AND BEING ATTACKED BY THE USE OF

PLAINTIFF, THIS WRITER, AGAINST HIS WILL AND RIGHTS, AS WELL AS DISPARAGEMENT TO HIS

BUSINESS BECAUSE THEY ALSO CLAIM TO WORK FOR PLAINTIFF AND HIS BUSINESS AND

THEREFORE CANNOT VIOLATE THE ROHRABACHER-FARR AMENDMENT AGAINST A MARIJUANA

COMMODITY BEING ELECTRONICALLY MONITORED, AND CATCHING DEFENDANT BILL GATES

AND EXPOSING HIS TRYING TO STEAL THE MICROSOFT EXCELL WORKBOOK TECHNOLOGY

PLAINTIFF INVENTED. NOTHING LIKE IT EXISTED PRIOR TO THE CREATION. SEED TO SALE WOULD

NEVER ACCURATELY ASSIMILATE THE COST OF A GRAM OF CANNABIS WORLD WIDE WITH EVERY

NON GOVERNMENT OWNED CANNABIS BUSINESS USING COMMON SENSE ARITHMATIC AND

VARIABLES TO DETERMINE COST, WHICH DEFENDANTS LEARNED MONITORING PLAINTIFF.
AFTER

LAUGHING AT BILL GATES FOR BUYING A SEED TO SALE COMPANY, PLAINTIFF WAS SHARING THE

MARIJUANA COMMODITY TO LINKEDIN PRIOR TO BILL GATES ALSO PURCHASED LINKEDIN AS

WELL, WHICH PLAINTIFF WAS USING AS AN OPEN SOURCE FOR ANYONE TO WORK ON BEING

THAT IT IS A FREE WORKBOOK FOR ALL CANNABIS COMPANIES AND WHEN COMPLETE IS AN

INTRANET AND CLOSED LOOP THAT ONLY CANNABIS COMPANIES HAVE ACCESS TO, AND THAT

PLAINTIFF WAS SPECIFICALLY EXCLUSIVE TO MAKE A SELF SUSTAINABLE AND SELF SUFFICIENT

CANNABIS INDUSTRY THAT THE BANKS WILL WANT TO DO BUSINESS WITH AFTER A COMPLETE

ASSIMILATION OF CANNABIS INFORMATION AND SPECIFICALLY THE COST OF A GRAM OF

CANNABIS TO THE NEAREST HUNDRED THOUSANDTH OF A CENT USING THE COST OF

PRODUCTION AND THE COST OF TESTING OVER THE OVERALL SALES, IN MANY DIFFERENT

CURRENCIES, AND THEREBY CREATING CURRENCY TRADE PLATFORM USING REAL TIME

INFORMATION. PLAINTIFF HAS BEEN SAYING THAT THIS WILL CREATE A "CANNABIS CURRENCY"

MUCH LIKE THE PETROL DOLLAR. PLAINTIFF BELIEVES THAT DEFENDANTS ANCESTOR WILLIAM

RANDOLPH HEARST AND JOHN ROCKEFELLER BOTH MADE CANNABIS ILLEGAL AND THAT
HEARST

GOT KRUSCHEV IN RUSSIA TO FOLLOW SUIT USING PETROLEUM BASED MEDICINES RATHER

THAN HERBAL REMEDIES IN CONJUNCTION AND MAKING MORE MONEY, AND THE REST OF THE

WORLD FOLLOWED SUIT, THAT IF RUSSIA WERE PRESENTED WITH THE OPPORTUNITY TO USE

THE RUBLE AS A PETRODOLLAR, TO BE THE PRIMARY SOURCE OF REVENUE FOR COUNTRIES

USING THE CANNABIS COMMODITY, KNOWN AS JONNYS TENDERGRASS, THAT RUSSIA MIGHT

CONSIDER CANNABIS AS AN EXCELLENT ECONOMIC BOOST FOR RUSSIA AND THE  RUSSIAN

POPULATION AND LIKE HEARST POSSIBLY EXPECTED, THAT MOST  OF THE  REST OF THE WORLD

WILL FOLLOW SUIT ONCE THEY SEE TWO HUGE ECONOMICALLY ADVANCED COUNTRIES
CHANGE

THEIR STANCES ON CANNABIS AND THAT THE INDUSTRY ACTUALLY HELPS THEIR ECONOMY

FLOURISH, AND GROW. THIS HAS CAUSED PLAINTIFF DAMAGES BECAUSE DEFENDANTS CLAIM

TO WORK FOR HIM AND ALSO THAT PLAINTIFF IS A TRAITOR FOR WANTING TO GO TO RUSSIA

WITH THE BUSINESS. DAMAGES ALSO OCCURRED AFTER IT WAS IN THE NEWS THAT UKRAINE IS

DOING CANNABIS USING THE BILL GATES SEED TO SALE, PLAINTIFF BELIEVES THAY IT

INCORPORATES JONNYS TENDERGRASS WHICH PLAINTIFF HAS BEEN WORKING ON HIMSELF

SINCE 2015, BY OTHER NAMES, AND HAS BEEN BLACKBALLED FROM COMPLETING OR FINDING

WORKERS TO WORK PRO BONO, AND WHO STOPPED WORKING WITHOUT ANY ADVANCE

NOTICE AND LIED TO PLAINTIFF AS WELL, TELLING HIM THAT THEY WOULD WORK PRO BONO

AFTER THEIR WORK HOURS AND THEN TELLING PLAINTIFF THEY SUDDENLY GOT SO MUCH

WORK THEY COULD NOT DO IT, EVEN THOUGH THEY DID NOT GIVE PLAINTIFF ANY ADVANCE

NOTICE, AND INITIALLY TOLD HIM IT WOULD BE AFTER WORK AT HIS USUAL JOB THAT HE

WOULD WORK FOR PLAINTIFF TO COMPLETE THE JONNYS TENDERGRASS WORKBOOK ON

MICROSOFT EXCELL. PLAINTIFF BELIEVES THAT DEFENDANTS CALLED PLAINTIFF LA COSA

NOSTRA AND CLAIMED HE WANTS TO BE A PART OF LA COSA NOSTRA SO AS TO OFFICIALLY

BLACKBALL HIM FROM SUCH A FINANCIAL JOB THAT THE ALLEGED ACTUAL LA COSA NOSTRA

ARE BARRED FROM WORKING AS PER RICO LAWS BLACKBALLING THEM FROM HOLDING SUCH

JOBS, CAUSING PLAINTIFF DAMAGES DIRECTLY RELATED TO THEIR USE OF FRAUD AND TO

DELIBERATELY CONTINUE TO USE PLAINTIFF TO ATTACK OTHER PEOPLE FOR DEFENDANTS AND

WITH DEFENDANTS AGAINST HIS RIGHTS AND WILL. CAUSING PLAINTIFF DAMAGES BY

SLANDERING HIM AS A CONVICTED FELON WITH FRIENDS IN PRISOM WHO WERE AND POSSIBLY

STILL  ARE BEING USED, SUCH AS JAMES BOWMAN WHO WAS THE NEXT DOOR NEIGHBOR OF

PLAINTIFF IN AUBURN CORRECTIONAL FACILITY IN 2006-2007 DURING THE TIME PLAINTIFF

BELIEVES THE LADY WITH THE DEAD SON, SON DIED, IN SACRAMENTO, CA. PLAINTIFF BELIEVES

THAT BECAUSE HE WAS IN A KNIFE FIGHT WITH ANOTHER NEIGHBOR, NAMED THURMAN

RAMSEY, AND WAS STABBED IN HIS FACE AND DID NOT TELL ANY AUTHORITY, AND WANTED TO

CONTINUE TO FIGHT KNIFE TO KNIFE, DID NOT WORK FOR THE DEPARTMENT OF JUSTICE

CLAIMING TO THEM THAT PLAINTIFF WAS INFORMING ON PEOPLE AND SAID AS MUCH.

PLAINTIFF WAS CAUSED DAMAGES BECAUSE BASED ON INFORMATION AND BELIEF THAT JAMES

BOWMAN WAS CAUSED INJURIES DUE TO PLAINTIFF STATING THAT STORY FOR FACT AS AN

EXAMPLE TO THE FALZONE FAMILY, AS WELL AS DONALD TRUMP AND OTHER PEOPLE CALLING

PLAINTIFF A SNITCH, TO DEMONSTRATE THAT HE DID NOT "SNITCH" ON THOMAS DONOVAN

BUT THAT HE USED HIS NAME AS PER HIS REQUEST OF PLAINTIFF TO USE HIS THREE LISTS OF

FAKE SERIAL KILLED WOMEN, THAT DEFENDANTS ARE CALLING "THREE LETTERS".

131.    AROUND DECEMBER 2015, PLAINTIFF WAS TOUCHED BY SOMEONE HE BELIEVES IS

JOEL ANZALONE, AND RAPED ISING FISA TECHNOLOGY AS HE BELIEVES THAT JOEL

SOMEHOW USED HIS PENIS IN THE FISA COURT TECHNOLOGY AND PUT IT IN

PLAINTIFFS MOUTH, AND FELT LIKE ELECTRICITY. PLAINTIFF HAD USED THE NAME

JAY ONE, DURING THE START OF SAID SURVEILLANCE BECAUSE DEFENDANTS HAD

SUGGESTED THAT PLAINTIFF WANTS HIS LITTLE BROTHER TO DIE FOR PEDOPHILIA,

AFTER PLAINTIFF EXPOSED IT AS A LIE HIS EX TOLD. PLAINTIFF SAID HE WANTS HIS BROTHER

KEPT SAFE AND THE ONLY ONE WAY TO DO THAT WAS TO RELEASE JAY ONE WHERE PLAINTIFF

KNEW HIM IN NYSDOCCS IN 2006, BECAUSE HE ALSO LOOKS LIKE PLAINTIFF AND SHARED THE

SAME FIRST NAME, JASON, PLAINTIFF BELIEVES THAT DEFENDANTS STARTED CALLING HIM JAY

ONE ALTHOUGH PLAINTIFF ALSO CALLED HIMSELF JAY TWO. AROUND THAT TIME PLAINTIFF

WAS RAPED HE BELIEVES HE VISUALLY SAW JAY ONE AND THOMAS DONOVAN ACROSS

THE STREET FROM HIM IN LOCKPORT, NY MOVING INTO AN APARTMENT ACROSS THE

STREET FROM WHERE HE WSS STAYING WITH HIS GODFATHER JOHN FALSETTI, ON MONROE

AND ALLEN STREETS AT A CORNER HOUSE. PLAINTIFF ALSO HEARD BOTH JAY ONE AND

THOMAS DONOVAN VIA THE FISA AT THIS TIME.  DEFENDANTS WERE CLAIMING THAT

PLAINTIFF WAS DOUBLE BUNKED WITH JOEL ANZALONE AND IMPLYING THE IMPERSONATION

OF JASON PEREZ OR HERNANDEZ,AKA JAY ONE. WHO WAS DOUBLE BUNKED WITH JOEL

ANZALONE AND NOT PLAINTIFF, WHICH DEFENDANTS KNOW, AND THEREBY CAUSED

PLAINTIFF INJURY, DISPARAGEMENT AND SLANDER THROUGH THAT ELECTRONIC RAPE

OF PLAINTIFF. PLAINTIFF FURTHER ASSERTS THAT HE WAS CAUSED MORE DAMAGES

DUE TO THE FACT THAT HE COULD NOT REPORT SUCH AN INCIDENT TO LAW

ENFORCEMENT BECAUSE HE IS IN TERROR HE WOULD NOT BE BELIEVED AND THROWN INTO A

MENTAL ASYLUM AND IS WHY DEFENDANTS WERE CALLING HIM CRAZY AND HALLUCINATING

THEIR VOICES. ALSO, AFTER PLAINTIFF LEARNED JOEL ANZALONE'S NAME, AFTER THINKING

IT WAS JOEY, BECAUSE HE WENT BY OTHER NAMES IN PRISOM INCLUDING ANGELO, AND WAS

KNOWN FOR BEING HOMOSEXUAL AND HAVING A BOYFRIEND, THAT DEFENDANTS USED

HIM TO CONSPIRE MURDER AND HAD A POLICE OFFICER GIVE HIM HOS SERVICE PISTOL OR

POSSIBLY ANOTHER PISTOL THAT HE LATER CLAIMED WAS HIS SERVICE PISTOL, BECAUSE

PLAINTIFF HAS CAMERAS AROUND HIS HOME AND WAS PREPARED FOR AN ASSAULT OF ANY

KIND, AS WELL AS THE REALIZATION THAT THE OFFICER WHO GAVE HIM A PISTOL GAVE IT

TO HIM TELLING HIM TO "GIVE IT" TO PLAINTIFF, USING THE WORDS OF DONALD TRUMP

AFTER THEY TOLD HIM THE LIES ABOVE, PRIOR TO HIM BEING PRESIDENT.

132.      PLAINTIFF ORATES TO HIMSELF WHILE THINKING ABOUT CONVERSING WITH PEOPLE

WHOM ARE NEITHER IN THE RIOM NOT TARGETED AND LISTENING, TO HIS KNOWLEDGE, BUT IS

IMPLIED BY DEFENDANTS TO BE CONVERSATION WITH THEM. THE DEFENDANTS ACTIONS ARE

BOTH DELIBERATE AND FRAUDULENT BECAUSE PLAINTIFF HAS SPECIFICALLY EXPLAINED THIS

IN ARTICULATE TERMS AND LAY TERMINOLOGY TO HAVE THE PEOPLE VIOLATING HIS PRIVACY,

PERVADING HIS HOME AND LIFE, LIBERTY AND HAPPINESS, USING CONTINUAL IMPLICATIONS

USING FRAUD TO CLAIM PLAINTIFF WANTING TO HARM FAMILY MEMBERS BQSED IN

DEFENDANTS OUTLANDISH INTERPRETATIONS OF PLAINTIFF CIA FISA SURVEILLANCE AND

INSTEAD OF USING ANY COURT WITH PROPER JURISDICTION AND VENUE TO PURSUE ANY

ACTUAL JUSTICE FOR A PERCEIVED THREAT ANOTHER INDIVIDUALS RIGHTS TO LIFE, LIBERTY
AND

HAPPINESS AND CAUSING DAMAGES TO RHOSE RIGHTS YAING PLAINTIFF AND FISA COURT

SURVEILLANCE AND THOSE THREATS, PER SAY, TO PEOPLE WITHOUT ANY NEED TO KNOW,

AND IN SUCH A PRESENCE IS BEING ALLEGED TO BE LEGAL AS LONG AS SUCH ALLEGATIONS

ARE NOT TRUE. THUSLY, ITS INTERPRETED, DELIBERATELY AND FRAUDULENTLY L, THAT SUCH

BEHAVIOR AND APPROPRIATIONS USING FRAUD SRE JUSTIFIED TO THE TAX PAYERS AND

PLAINTIFF VIA FISA SURVEILLANCE, ON A DAILY BASIS. USING LIBEL ON FISA APPLICATIONS,

TO CAUSE DAMAGES FIRST PERSONALLY AND SECONDLY TO DONALD TRUMP AND THE

ELECTIONS HE HAS BEEN RUNNING, USING PLAINTIFF AND BEING PAID FOR THEM.

THIS IS ALSO A RACKETEERING VIOLATION BEINF THAT THEY ARE PAID USING WIRE FRAUD FOR

WORK DEFENDANTS ARE NOT DOING, SPECIFICALLY IN NOT PROTECTING THE CONSTITUTION AL

RIGHTS OF PLAINTIFF BY STRIPPING PLAINTIFFS RIGHTS FROM HIM.

133.      PLAINTIFF HAS TOLD THE DEFENDANTS VIA FISA SURVEILLANCE AND VIA SOCIAL MEDIA

THAT HE WANTS THE DEFENDANTS TO NOT ONLY BE PROSECUTED TO THE FULLEST EXTENT OF

THE LAW BUT ALSO RECEIVE THE DEATH PENALTY.  IN FACT, THE UNITED STATES SECRET SERVICE

CAME TO PLAINTIFFS HOME TO INTERVIEW HIM AND INVESTIGATE A MARIJUANA COMMODITY

ELECTRONICALLY, QUESTIONING PLAINTIFFS MOTHER AND GOD FATHER JOHN FALSETTI WHILE

IGNORING HIS BIOLOGICAL FATHER AS A WITNESS, AND IN ADDITION TO THESE ATTACKS

DEFENDANTS HAVE CONTINUALLY CLAIMED THAT PLAINTIFF WANTS TO HIRT AND OR KILL

HIMSELF BASED ON THE FRAUD THAT PLAINTIFF IS HALLUCINATING THE VOICES OF THESE

PEOPLE AND THREATENING HIMSELF WITH THE DEATH PENALTY, AND HAVE CAUSED DAMAGES

UNDER AUCH ACCUSATIONS USING THE NIAGARA FALLS POLICE AND PLAINTIFFS AUNT ALEXIS

WHO CALLED THE NIAGARA FALLS POLICE TO REPORT THAT PLAINTIFF WAS FEELING

HOMICIDAL AND WAS NOT WVEN IN CONTACT WITH  PLAINTIFF THAT DAY  AND HEARD IT VIA

FISA COURT SURVEILLANCE. AS IF PLAINTIFF HAS NOT RIGHTS TO A FAIR TRIAL AND FREEDOM,

WITHOUT BEING TARGETED BY FISA COURT SURVEILLANCE, AGAINST HIS WILL AND RIGHTS

WHICH PERVADES HIS PRIVACY AND BODY AND MENTAL HEALTH BY BELITTLING HIS MENTAL

HEALTH AND CONSTITUTIONAL RIGHTS AS AN AMERICAN AND BARRING HIM FROM EXERCISING

HIS RIGHTS, LIKE USING DEFENDANTS TO THROW OUT SMALL CLAIM COURT LAWSUITS THAT

CLEARLY AND WITH EVIDENCE PROVE THAT PLAINTIFF WAS ATTEMPTED MURDERED BY

HIS ENEMIES WHO USE ILLEGAL FISA COURT SURVEILLANCE AND THAT AN OFFICER IF THE LAW

MURDERED ANOTHER CITIZEN TO COVER UP SAID SURVEILLANCE FROM BEING EXPOSED BY

MURDERING HIM BY SEVERAL LOCKPORT POLICE OFFICERS USING TASERS AT THE SAME TIME

AFTER THE MAN TOLD AN OFFICER HE HEARD THREATS OUT LOUD… THE OFFICER NEITHER

TRIED TO DETERMINE FROM WHERE THE THREATS WERE HEARD NOR BY WHOM, BECAUSE

DEFENDANT DANIEL BARRANCOTTA KNEW IT WAS FISA COURT SURVEILLANCE THE MOMENT HE

HEARD THE COMPLAINT ABOUT THE MOTHER OF TROY HODGE BEING THREATENED BECAUSE

PLAINTIFF HAD SUBMITTED COMPLAINTS ABOUT HEARING THREATS TO HIS PWN MOTHER

PRIOR TO THE DEATH OF TROY HODGE.

134.      DEFENDANTS CONTINUE USING FISA COURT SURVEILLANCE AFTER PLAINTIFF HAS TOLD

THEM VIA FISA COURT SURVEILLANCE THAT THEY ARE NOT ATTACKING AND THEIR TALKING TO

PLAINTIFF IA NOT AN ATTACK VIA FISA COURT SURVEILLANCE AND ATTACKING PLAINTIFF IN

DOUBLING DOWN ON SAID LIBEL USED ON FISA COURT APPLICATIONS FOR SURVEILLANCE,

AND ADDING TO THE FRAUD IN CALLING BOTH HIS LITTLE BROTHER ROBERT ANDREW LANG

BOTH A HALLUCINATION AND A PEDOPHILE AS WELL AS CALLING PLAINTIFF, THIS WROTER A

PEDOPHILE AND BOTH DEFENDANTS DONALD TRUMP AND JOE BIDEN BOTH DOUBLING DOWN

AND SINGLING OUT ALLEGED MEXICAN ALIEN RAPISTS IN MORE THQN ONCE INSTANCE,
TELLING

PEOPLE THAT THEY WOULD BE GETTING RID OF THEM WITHOUT ARTICULATING THE METHODS

DURING THE USE OF FISA COURT SURVEILLANCE WHILE CARTEL ACTIVITY AND MURDERS

ASSOCIATED WITH SAID CARTEL CRIMES WERE ALSO PREVALENT ASIDE FROM, WHAT PLAINTIFF

BELIEVES IS A  LESSER OFFENSE IN RAPE WHERE MURDER YOU TAKE A LIFE AND IN RAPE THE

VICTIM IS STILL ALIVE. AT LEAST. WHICH PLAINTIFF BELIEVES IS WHY FISA CONTINUES

TARGETING HIM, BECAUSE HE WAS RAPED USING SAID FISA TECHNOLOGY WITH DEFENDANTS

RAPING HIM USING IT. DEFENDANTS ARE TRYING TO ESCAPE CULPABILITY IN ANY WAY SHAPE OR

FORM, INCLUDING USING THE NIAGARA FALLS POLICE DETECTIVE WHOM WAS HANDLING THE

REPORT PLAINTIFF FILED ANS INSTEAD OF DOING HIS JOB HE WAS BEING USED BY DEFENDANTS

VIA FISA COIRT SURVEILLANCE AND IMPLYING HE WAS INVESTIGATING WHETHER PLAINTIFF IS A

HOMOSEXUAL OR NOT, AND IS WHY HE TOLD PLAINTIFF HE SHOULD NOT HAVE ALLOWED

THE RAPIAT INTO HIS HOME EVEN THOUGH HE DID NOT KNOW WHETHER IT WAS A MAN OR

A WOMAN PRIOR TO ASKING WHETHER THE RAPIST WAS A MAN OR WOMAN AND AT THAT

TIME, AFTER THE RAPIST CLAIMED TO ME FEMALE, WITHOUT TALKING LIKE A HOMOSEXUAL,

PLAINTIFF BELIEVED THE RAPIST WAS A FEMALE, UP TO AN UNTIL THE RAPE IN WHICH

PLAINTIFF QUESTIONED ITS SEX AGAIN AND IT HAD  PROMISED TO COME BACK AND PROVE IT.

WHICH INSTEAD OF COMING BACK TO PROVE, CAME BACK WHILE PLAINTIFF WAS ASLEEP AND

ROBBED HIS APARTMENT, LEAVING A LARGE KITCHEN KNIFE ON THE COUCH AFTERWARD WHICH

PLAINTIFF WOKE UP THE NEXT DAY TO FIND. DEFENDANT SEAN BOSI AND DEFENDANTS

CONDUCTING SAID SURVEILLANCE DID NOTHING EXCEPR CONTINUE TELLING PEOPLW TO ROB

PLAINTIFF AND TO MURDER HIM PROMISING IMMUNITY FROM PROSECUTION THEREAFTER,

AS A FAVOR TO DEFENDANT BARACK OBAMA, WHOM HAD TOLD PLAINTIFF HE WOULD ALLOW

HIM TO MURDER, RAPE, AND COMMIT OTHER FELONIOUS ACTS. PLAINTIFF WAS ALSO TOLD BY

DEFENDANTS THAT HE WAS LOCKED OUT OF PRISON. PLAINTIFF ALSO STARTED SEEING POSTS

ON SOCIAL MEDIA THAT SEEMED TO REFLECT THINGS BEING SAID AND GOING ON WITH FISA

COURT SURVEILLANCE INCLUDING DEFENDANT DONALD TRUMP POSTING ABOUT IT AS WELL,

AFTER PLAINTIFF HAD POSTED ABOUT IT AND WAS CALLED CRAZY AND ATTACKED, CAUSING

DAMAGES IN SLANDER AND DISPARAGEMENT TO HIS CONDUCTING BUSINESS AND TO HIS

BUSINESS; JONNY'S TENDERGRASS, A MARIJUANA COMMODITY, WHICH DEFENDANTS

90

CONTINUE TO CAUSE DAMAGES TO WITH CLAIMS THAT THEY WORK ON IT, THAT IT DOES

NOT WORK, THAT PLAINTIFF IS CRAZY, THAT PLAINTIFF IS HALLUCINATING, THAT

PLAINTIFF HAS ILLUSIONS OF GRANDEUR. PLAINTIFF WAS TAKEN TO NIAGARA MEMORIAL

HOSPITAL WHERE DEFENDANTS ACTUALLY WROTE DOWN THAT HE HAS ILLUSIONS OF

GRANDEUR AFTER DEFENDING HIS INVENTION OF JONNY'S TENDERGRASS, AND USING

A BOARD THAT HE WAS BRAINSTORMING THAT USED NAMES OF PEOPLE WHOM HE WAS

HEARING VIA FISA COURT SURVEILLANCE SO AS TO BRING IT TO ATTENTION AS WELL

AS THE FACT THAT IT IS A WORK IN PROGRESS AND NEVERTHELESS MUST BE ABLE TO

ENJOY THE ROHRABACHER-FARR AMENDMENT PROVISIONS FOR A MARIJUANA  COMMODITY,

SPECIFICALLY THE FREEDOM FROM ELECTRONIC MONITORING OF A MARIJUANA COMMODITY.

WHICH PLAINTIFF HAD BEEN CALLING COHORT UNTIL RE-NAMING IT JONNYS TENDERGRASS,

AND WHICH PLAINTIFF WAS HEARING THE NAME OF, OVER THE TELEVISION WHILE WATCHING

DEFENDANTS DONALD TRUMP AND BARACK OBAMA AT THE INAUGURATION OF DONALD

TRUMP. PLAINTIFF BELIEVES THIS WAS ALL DELIBERATELY DONE TO PLAINTIFF TO. IOLATE AND

BELITTLE HIS CONSTITUTIONAL PROTECTIONS, AND CLAIMS OF ILLEGAL SURVEILLANCE AND

INVESTIGATION, WHICH DEFENDANT BARACK OBAMA CAME OUT ON THE NEWS IN 2015

TO SPECIFICALLY AND FRAUDULENTLY CLAIM THAT "NOBODY IS UNDER INVESTIGATION".

135.        PLAINTIFF BELIEVES BASED UPON INFORMATION AND BELIEF THAT HE IS BEING

SENTENCED TO PAIN AND SUFFERING VIA CONTINUED FISA COURT SURVEILLANCE TECHNOLOGY

AND ATTACKS PERPETRATED BY DEFENDANTS BECAUSE WHILE HE WAS INCARCERATED HE TOOK

PART  IN AN ALLEGED SCAM TO PROSTITUTE HOMOSEXUALS IN COXSACKIE CORRECTIONAL

FACILITY, DEFENDANTS USED THIS TO ATTEMPTED TO JUSTIFY THEIR TRYING TO

"PROSTITUTE/PIMP" PLAINTIFF WHILE ALSO ATTACKING OTHER TARGETED INDIVIDUALS WHOM

DEFENDANTS  BELIEVE(D) ARE GUILTY OF GETTING AWAY WITH OTHER CRIMES INCLUDING

IMPLYING LEONARD FALZONE SR WAS GUILTY OF 3 SEPARATE MURDERS INCLUDING ONE PLAINTIFF RECALLS ALLEGEDLY OCCURRING IN CLEVELAND, OH OR CINCINNATI, OR PENNSYLVANIA .. PLAINTIFF ONLY RECAS IT BEING ALLEGED BY SOMEONE WHO SOUNDED LIKE HIS FATHER THAT LEONARD FALZONE WAS GAY 3 TIMES, MEANING HE HAD KILLED 3 TIMES WHICH WOULD PUT HIM IN PRISON WITH A BUNCH OF MEN, MAKING HIM (GAY). WHICH IS THE "CODE WORD" USED BY PEOPLE, ALLEGEDLY WHO IMPLY PEOPLE ARE DOING SOMETHING LLEGAL, IN A NEW APPROACH TO RELEASED FELONS FROM PRISON BY DOLLING OUT CONSTITUTIONAL RIGHTS BY ALLOWANCE, LIKE DEFENDANT BARACK OBAMA CLAIMING HE "ALLOWS" PLAINTIFF TO MURDER UNDER NEW YORK CASTLE DOCTRINE AND IN DEFENSE OF HIS LIFE AND PROPERTY, AS WELL AS IMPLYING ITS NOT ABOUT CASTLE DOCTRINE VIA HIS CLAIM THAT HE WIULD ALLOW PLAINTIFF TO COMMIT PEDOPHILIA AND RAPE AND OTHER CRIME. WHICH PLAINTIFF BELIEVES WAS THE INITIAL PLAN TO BY DEFENDANTS TO GET PLAINTIFF TO COMMIT CRIME WHICH COULD BE PROSECUTED FOR IN A COURT WITH PROPER JURISDICTION AND VENUE OR FISA COURT IN WHICH HE WOULD BE ELECTROCUTED TO DEATH BY FISA TECHNOLOGY. USING THOSE NON DEPARTMENT OF JUSTICE WHOM WERE FRAUDULENTLY TOLD THAT PLAINTIFF HAD I FORMED ON THEM, AFTER PLAINTIFF HAD USED THOMAS DONOVAN'S LISTS AND TOLD PLAINTIFF HAD SNITCHED ON 3 LETTERS AND IS THE CONFIDENTIAL INFORMANT OF OFFICERS ABD VARIOUS OTHER DEFENDANTS USING FISA, AND USED BY FISA TECHNOLOGY TO CAUSE DAMAGES KNOWINGLY, ACTING AS IF THIS IS POLICY.

136.     PRIOR TO THE DEATH OF TROY HODGE PLAINTIFF REPORTED TO THE LOCKPORT POLICE THE AFOREMENTIONED DETAILS REGARDING THREATS TO HIM AND HIS FAMILY, SPECIFICALLY HIS MOTHER, THE DEATH OF THOMAS DONOVAN AND LEONARD FALZONE SR BY UNKNOWN MEANS AND ELECTROCUTION BY FISA TECHNOLOGY. PLAINTIFF LEFT THE POLICE STATION AND WALKED HOME FREE TO 186 HAWLEY CT. AFTER THE DEATH OF TROY HODGE, PLAINTIFF

REPORTED HEARING THE SAME THREAT WE BOTH HAD HEARD VIA FISA SURVEILLANCE, WHICH

WAS "PEOPLE ARE GETTING INTO A  CAR WITH A SHOTGUN AND GOING TO KILL YOUR MOM."

PLAINTIFF WAS AT THAT TIME TAKEN AGAINST HIS WILL AND RIGHTS TO NIAGARA MEMORIAL

HOSPITAL, WHERE PLAINTIFF HAD TOLD A NURSE THAT HE BELIEVED CALLING CARLY FIORINA

HIS MITHER LANDED HIM IN THE HOSPITAL FOR MENTAL  HEALTH ISSUES IN 2017. THE NURSE

MAY OR MAY NOT HAVE WRITTEN THAT DOWN, BUT AGREED WITH PLAINTIFF. THE DEFENDANT

ALSO GAVE PLAINTIFF AN INJECTION OF THE ANTIPSYCHOTIC ARIPIPRAZOLE AGAINST HIS

RIGHTS AND WILL AND IN TERROR OF FURTHER ILLEGAL CONFINEMENT PLAINTIFF TOOK IT,

BECAUSE HE FIGURED HE COULD USE  IT AS PROOF OF A CONSPIRACY. PLAINTIFF HIRED

DEFENDANT DALE YAEGER WORKING AT SERQPH PROBLEM SOLVING GROUP SPECIFICALLY FOR

THE NAMES OF THE PEOPLE INVOLVED IN THE SURVEILLANCE TO PUT THEM ON A 42 USC

§1983 FOR CIVIL RIGHTS VIOLATIONS AND DELIBERATE INDIFFERENCE. THE DEFINITION OF

WHICH WAS CHANGED ON WIKIPEDIA FOR A WHILE TO A LEGAL ACTION ONLY AN INMATE CAN

FILE. DEFENDANT DALE YAEGER ASKED QUESTIONS ABOUT WHO PLAINTIFF KNEW, AND HAD

NOTHING TO DO WITH THE CASE, AND AT ONE POINT AFTER PLAINTIFF ASKED HIM WHAT HE

THOUGHT ABOUT CARLY FIORINA BEING A PSEUDONYM HE AGREED THAT THE OFFICE THINKS

SHE IS A FAKE. DURING THE REPUBLICAN CANDIDATE RUNNING THERE WAS A CONSPIRACY TO

KEEP PLAINTIFF FROM SEEING CARLY FIORINA INITIALLY BY SECRET SERVICE AGENTS, WHO

WOULD BLOCK CAMERAS TAPING THE CONGRESSWOMAN CANDIDATE. PLAINTIFF SUGGESTED

THAT DEFENDANTS DONALD TRUMP AND CARLY FIORINA RUN TOGETHER AND SHORTLY

THEREAFTER THE HISTORY CHANNEL USED AN OLD TAPING OF "THE MEN WHO BUILT AMERICA"

WITH A NEW RECORDING OF DONALD TRUMP AND CARLY FIORINA TOGETHER WHO WERE

CONNECTED AND HEARING PLAINTIFF VIA FISA SURVEILLANCE AND ATTEMPTING TO

CORRESPOND WITH HIM DIRECTLY ABOUT HIS CANNABIS BUSINESS IDEAS. CARLY FIORINA

OUTRIGHT TOLD PLAINTIFF TO PICK ANOTHER INDUSTRY WHILE HE YELLED OUT AN IDEA FOR A

CANNABIS INDUSTRY AND WORRIEDLY LOOKED AT DONALD TRUMP WHO SAID NOTHING

UNSCRIPTED PLAINTIFF BELIEVES.

137.    AFTER PLAINTIFF WROTE THE INTERNATIONAL CRIMINAL COURT AN EMAIL CONTAINING

EVIDENCE OF HIS AND THOMAS DONOVAN'S MURDER AND THE COVERUP OF BOTH PLAINTIFFS

ATTEMPTED MURDER AND THOMAS DONOVAN'S MURDER AS WELL AS HIS FATHER'S MURDER.

DEFENDANTS, KNOWING THAT PLAINTIFF HAD SUFFICIENTLY PROVED HIS CASE USING SOCIAL

MEDIA, USING POSTS AND TAGGING THE INTERNATIONAL CRIMINAL COURT, FRAUDULENTLY

USED FACEBOOK  TO REMOVE EVIDENCE AND FIRST HAND WITNESS TESTIMONY BY CLAIMING

THAT HE IS POSTING SEXUAL VIOLENCE WITHOUT PERMISSION (FROM THE VICTIM), AS

PLAINTIFF IS THE VICTIM AND HAS MORE THAN ONE KNOWN FACEBOOK ACCOUNT,

DEFENDANTS KNOWINGLY REMOVED TRUE AND DAMAGING EVIDENCE FROM

PLAINTIFF'S SOCIAL MEDIA ACCOUNT TO FIT THE FRAUDULENT NARRATIVE AND AGENDA TO

ATTEMPT MURDER, CONSPIRE MURDER, RAPE, LIBEL, SLANDER, DISPARAGEMENT, TREASON

BY CONTINUING USING THE SAME LIES USED ON PLAINTIFF THAT WERE INITIALLY USED ON

DEFENDANT DONALD TRUMP AS IF THEY WERE PROVIDING HIM INFORMATION VIA FISA

SURVEILLANCE OF WHO IS A CONFIDENTIAL INFORMANT, A PEDOPHILE, RAPIST, AND TELLING

HIM HOW IT IS IN THIS COUNTRY WITH THIS TECHNOLOGY, WHILE TELLING HIM OTHER FRAUD

ABOUT WHO IS LA COSA NOSTRA ON THIS SURVEILLANCE AND WHO ACTUALLY IS, WHILE ALSO

TELLING THEM THE SAME FRAUD AS TRUMP AND DISCUSSING IT WUTH DONALD TRUMP WITH

THE HOPES HE WOULD SUGGEST PLAINTIFFS MURDER TO THEM, AS WELL AS WITH OTHER

CONVICTED FELONS THAT PLAINTIFF KNOWS FROM INCARCERATION. AS WELL AS THE

COMMUNITY AROUND HIM IN HIS GENERAL VICINITY. WHOM PLAINTIFF HAD HEARD SPEAKING

ALOUD TO PEOPLE VIA THE FISA SURVEILLANCE AND TELLING THEM TO "STOP". WHICH WHEN

PLAINTIFF HEARS AT ALL HE ASSUMES IS DIRECTED AT HIMSELF AND HE ASSUMES

RESPONSIBILITY BY TELLING THEM HE DOESN'T BOW TO ANYONE AS PART OF HIS RELIGION AS

AN ODINIST, OR HEATHEN, AND TO STOP TELLING HIM WHAT TO DO. FURTHERMORE PLAINTIFF

HAS BEEN DIRECTLY ASKED TO STOP BY NAME, DURING THIS SURVEILLANCE FROM

TELLING THE TRUTH. WHICH PLAINTIFF CLAIMS TO USE AS A WEAPON TO DIVIDE AND CONQUER

TO GASLIGHT THE FACILITATION OF THE FEDERAL BUREAU OF INVESTIGATION OFFICERS TO GET

CAUGHT FOR ACTUAL TREASON MORE EASILY BY ANY CIVILIAN WHO DOESN'T BELIEVE CITIZENS

WERE KILLED HY FISA TECHNOLOGY ELECTROCUTING THEM FOR ALLEGED MURDERS OR OTHER

CRIMES THAT WERE ALLEGED WERE GOTTEN AWAY WITH, LIKE IN THE CASE OF LEONARD

FALZONE SR WHOM PLAINTIFF HEARD SOMEONE WHO SOUNDS LIKE HIS FATHER DURING THIS

SAY THAT HE HAD BEEN "GAY"(implying MURDER because he ain't gay) SEVERAL TIMES AND

ONCE IN CLEVELAND (BUT PLAINTIFF HAS BELIEVES IT WAS SOMEONE IMPERSONATING HIS

FATHER BASED PN INFORMATION AND BELIEF AFTER HEARING AN IMPERSONATOR, AND ASKING

HIS FATHER WHO DECLINED TO SAY IT WAS HIM.) AS WELL AS THOMAS DONOVAN AND

MICHAEL GATTUSO PLAINTIFF BELIEVES BASED ON INFORMATION AND BELIEF.) WHICH

PLAINTIFF IS BLAMED FOR BY DEFENDANTS TO THE FALZONE FAMILY WHOSE CONTINUALLY

USED AS IF TO PROVE TO THEM THAT PLAINTIFF MURDERED THEIR FATHER USING THE

FISA ELECTRICITY WHILE THEY USE IT ON EACH OTHER PLAINTIFF BELIEVES BECAUSE HE

CONTINUALLY HEARD PEOPLE SCREAMING FOR SHORT BURSTS AS IF, LIKE PLAINTIFF WAS, BEING

ELECTROCUTED. AS FOR THE DAMAGES FOR THE VIOLATION OF HIS RELIGION, DEFENDANTS

DELIBERATELY ATTACK PLAINTIFF CONTINUING THEIR BEHAVIOR WITH THE KNOWLEDGE

ITS OFFENSIVE AFTER PLAINTIFF TELLS THEM OR IS COMMON SENSE AND COMMON

COURTESY, IS REPEATED AND IMPLIED THAT BECAUSE PLAINTIFF HAD NOT REPEATED HIMSELF

AND HIS WISHES FOR THEIR BEHAVIOR AND ACTIONS TO STOP, THAT HE DID NOT MEAN IT, GOING AS FAR AS IMPLYING PLAINTIFF WANTS TO DIE AND ACTING ON THAT. EVEN IF PLAINTIFF DOESN'T NOT HEAR THEIR VOICES OR DOES, ILLEGAL IS ILLEGAL. FISA IS OBVIOUSLY USED TO DEPRIVE AMERICANS AND PLAINTIFF OF HIS CONSTITUTIONAL RIGHTS AND SUBJECT THEM TO THE DEPRIVATIONS OF SUCH BEHAVIOR AND ACTS.

138.     DEFENDANT MARK ZUCKERBERG FURTHER BLOCKED PLAINTIFF FROM REPORTING FISA DEFENDANTS FISA ABUSE AND MISAPPROPRIATION OF AMERICANS TAXES TO DEPRIVE AMERICANS OF CONSTITUTIONAL RIGHTS USING FISA TECHNOLOGY TO CAUSE DAMAGES, SPECIFICALLY PERPETUATING THE LIBEL USED INITIALLY ON FISA SURVEILLANCE APPLICATIONS, AS WELL AS ALLEGING PLAINTIFF COMMITTED CRIMES AND IS FOREIGN BY CLAIMING HIM AND HIS FAMILY ATE "MEXICAN RAPISTS" AND REGARDLESS OF WHETHER ADMITTING THE TRUTH, PERPETUATE SAID FRAUD AS WELL AS ATTEMPTED MURDER IN THE CONTINUANCE OF SUCH SURVEILLANCE TECHNOLOGY THAT, AS PER 50 USC §1881(B), MUST NOT ONLT NOT TARGET AMERICANS IN AMERICA BUT ALSO LIE THAT §702 IN A CONGRESSIONAL HEARING JUSTIFIES SUCH SURVEILLANCE USING THE FRAUD THAT THOMAS DONOVAN 10-A-4293 IS STILL ALIVE AS WELL AS ADMITTING TO THE USE OF FRAUD WITHOUT DOING SO IN A DEATH REPORT FOR THOMAS R DONOVAN JR SMITH HILE CONTINUING THE USE IF FRAUD IN HIS DEATH TO EFFECTIVELY COVER THE TRACKS OF COMMITTING ACTUAL MURDER AND TREASON USING FRAUD TO COVER UP FOR ACTUAL CONSPIRACY TO MURDER. WHILE ADMITTING TO IT USING PLAINTIFF AS IF SUH FRAUD IS MOT ONLY LEGAL BUT FRAUD THAT PLAINTIFF IS NOT EXPOSING AND THE REASON PLAINTIFFS ALLEGE TO CONTINUE SAID SURVEILLANCE, BECAUSE THEY CLAIM PLAINTIFF IS NOT "SERIOUS" AS PER SAY PREVIOUSLY STATED ABOVE.

73  PLAINTIFF HAS HEARD THE FISA COURT SURVEILLANCE VIOLATING HIS HIIPA AND CONSTITUTIONAL RIGHTS  AGAINST HIS WILL AND RIGHTS. PLAINTIFF BELIEVES THAT, BASED

ON INFORMATION AND BELIEF THAT DEFENDANTS USE DEFENDANT LEONARD WHO BECAME

PLAINTIFFS DRIVER,  AND WHO NOT ONLY WOULD FORGE HIS SIGNATURE ON ELECTRONIC

FORMS BUT ALSO STARTED TELLING PLAINTIFF WHEN HE WOULD ARRIVE AT HIS CONVENIENCE

ALTERING HIS PLAINTIFFS PHYSIOLOGY AND CAUSING DAMAGES IN WITHDRAWL AS WELL AS

DELIBERATE INDIFFERENCE AT THE BEHEST OF DEFENDANTS WHO NOT ONLY ORCHESTRATED

THE HIRING OF PLAINTIFFS DRIVER AS DEFENDANT TOLD PLAINTIFF THAT HIS WIFE HEARD

PLAINTIFF WAS A HOMOSEXUAL,  AND  WAS  CALLING PLAINTIFF THE DEFENDANT'S

BOYFRIEND.  FURTHERMORE, PLAINTIFF HAD COMPLAINED TO THE MEDICAL ANSWERING

SERVICE ABOUT THEIR DELIBERATE INDIFFERENT POLICY TO BLANKETLY ALTER THE MEDICAL

STANDING ORDERS FOR TRANSPORTATION TO ALL PEOPLE THEY COULD IN A BIDDING PROCESS

TO THE LOWEST COSTING BIDDER UNDER THE AUSPICE OF PERFORMING EASIER AND MORE

TIMELY TREATMENT, WHICH DUE TO PLAINTIFF HAVING EXPERIENCED THIS IN SEVERAL

OTHER TRANSPORTATION PROVIDERS, NOT ONLY KNEW IT WOULD CONTINUE BECAUSE

DEFENDANTS WERE  CAUGHT AS WELL AS TRYING TO BLACKMAIL  A TRANSPORTATION

PROVIDER,  BUFFALO  TRANSPORTATION  FOR  PAYING  PLAINTIFF  TO  BLACKMAIL  MEDICAL

ANSWERING SERVICE  BLANKETLY  VIOLATING  EVERYONES  HIIPA  RIGHTS  WHO  ATENDS

CLINIC WITHIN THE SAME TRANSPORTATION PROVIDER VEHICLE AS PLAINTIFF AND INSIDE

THE CLINIC AS WELL AS OUR DIAGNOSIS AS AN EXCUSE TO CUT FUNDING TO MAS. EVIDENCE IS

IN FUNDING DECREASE FOR THE 2023 YEAR DIFFERENCE IN FIRST AND SECOND AND THIRD

QUARTERS. AS DEFENDANTS PLANNED ON WHAT PLAINTIFF BELIEVES IS HELPING  SAVE MONEY

FOR A BUDGET SHOWDOWN WITH REPUBLICANS, AND TO CONTINUE THE ILLEGAL HARVESTING

OF DATA DEFENDANTS TRIED PREVIOUSLY TO DO THE SAME THING WITH PLAINTIFFS

TRANSPORTATION PROVIDER AND MADE THE PROVIDER GO THROUGH HARDSHIPS WITH HIS

EXISTING CLIENTS AS WELL AS ABUSING HIM OVER THE SURVEILLANCE AND MAKING THREATS

AGAINST HIM AND HIS FAMILY AND SOMALI CLAN. PLAINTIFF BELIEVES THAT AFTER HIS TALKING

WITH A DRIVER IN WARIS ABOUT THE OIL POTENTIAL THERE, THAT DEFENDANTS ACTUALLY

FOMENTED CIVIL WAR IN SOMALIA. PLAINTIFF FOUND OUT ABOUT THE BEGINNING OF THE

CIVIL WAR OVER 30 YEAR OLD OIL CONTRACTS BETWEEN HIS NEW DRIVER'S CLAN AND SOMALI

LAND BECAUSE SOMALILAND WANTED TO HONOR THE SHELL CONTRACTS AND HIS TRIBE DID

NOT. PLAINTIFF TOOK TO SOCIAL MEDIA TO EXPOSE THIS AS WELL. THIS HAS CAUSED A LOT OF

DAMAGE TO PLAINTIFF AND HIS FAMILY BY THE DEFENDANTS.


139.     On 7 DECEMBER 2010 PLAINTIFF WAS ASSAULTED BY STAFF AT GREAT MEADOW

CORRECTIONAL FACILITY, AND WRITTEN A MISBEHAVIOR REPORT WHICH DID NOT REFLECT THE

FACTS, BUT, CAUSED PLAINTIFF SEVERE BRAIN DAMAGE. SPECIFICALLY HE STARTED WITH

SLURRED SPEECH, THAT WENT INTO A FOREIGN SOUNDING ACCENT AFTER PLAINTIFF HAD

TRANSFERRED TO  UPSTATE CORRECTIONAL FACILITY TO SERVE HIS SHU TIME FOR ASSAULT ON

STAFF. WHILE HOUSED THERE PLAINTIFF WAS ASKED BY CORRECTIONS OFFICERS IF HE WSS

FOREIGN AND HE  ANSWERED THAT HE WAS AND MADE UP A PLACE HE WSS BORN TO AVOID

ANY FURTHER TREATMENT SIMILAR TO WHAT PLAINTIFF EXPERIENCED IN COMSTOCK, NEW

YORK IN MALONE, NY, WHILE SERVING HIS SHU TIME.  PLAINTIFFS SPEECH RETURNED TO WHAT

HE SPOKE LIKE PRIOR TO HIS BRAIN INJURY AT THE HANDS OF CORRECTIONS OFFICERS.

PLAINTIFFS MOTHER AND PLAINTIFF FILLED OUT A POWER OF ATTORNEY AS WELL AS HIIPA

RIGHTS FORMS TO OBTAIN MEDICAL INFORMATION FROM NYSDOCCS AND THE INCIDENT

REFERENCED ABOVE FOR AN ATTORNEY THAT PLAINTIFFS MOTHER HAD GOTTEN TO FILE A

LAWSUIT, WHICH DID NOT HAPPEN BECAUSE PLAINTIFF BELIEVES THAT THE ATTORNEYS;

KINDLON AND SHANKS, DID NOT HANDLE INMATE CASES, AND PLAINTIFF HAD ASKED TOO

MUCH OF THEM TO HEN HE ASKED  FOR HELP OBTAINING A TYPE WRITER, TO HELP HIM

PARTICIPATE IN THE CORRESPONDENCE PROGRAM.

140.    PLAINTIFF HAS HEARD WHAT HE BELIEVES IS THE VERY CORRECTIONS COUNSELOR

CARON, WHOM HE BELIEVES STARTED THE TERM "KAREN" or "CARON" AS WELL AS THE TREND

TO EAT SOAP BALLS AFTER PLAINTIFF HEARD DANIEL CONNELEY SAY THAT IF PLAINTIFF

SNITCHED  HE WOULD WAS PLAINTIFFS MOUTH OUT WITH  A SOAP BALL WHICH IS WHEN

PLAINTIFF STARTED EXPOSING THE USE OF FISA TO INTERFERE IN THE DONALD TRUMP

CAMPAIGN AND EXPOSING WHAT IS GOING ON AND WHO THE PEOPLE ARE, OUT LOUD, TO

OTHER PEOPLE PLAINTIFF RECOGNIZES AND HEARS VIA THE FISA SURVEILLANCE. PLAINTIFF

BELIEVES THAT THIS COUNSELOR CARON WSS USED TO FRAUDULENTLY ASSERT THAT PLAINTIFF

IS FOREIGN TO JUSTIFY THEIR USE OF FRAUD ON FISA APPLICATIONS FOR PLAINTIFF. ALTHOUGH

PLAINTIFF SOUNDED ALMOST EUROPEAN WITH HIS INJURY, DEFENDANTS CALL PLAINTIFF

MEXICAN, AND EVERYONE KNOWS IT IS A LIE WHO HEARD THAT FRAUD, WHICH IA WHY

PLAINTIFF ASSERTS THAT DEFENDANTS USE OTHER FRAUD TO CLAIM JUSTIFICATION OF NOT

ONLY SURVEILLANCE BUT TO CONSPIRACY TO MURDER, MURDER, RAPE, TREASON... ETC

141.    PLAINTIFF FILED TWO WHISTLEBLOWER REPORTS SEPARATELY FROM EACH OTHER TO

THE CITY  OF SACRAMENTO AT CITYOFSACRAMENTO.ETHICSPOINT.COM 1) REPORT KEY

960461616501 PASSWORD 4321. 2) REPORT KEY 315206566601 PASSWORD 1986. BOTH

REPORTS WERE NEVER  ANSWERED, PLAINTIFF RECEIVED NO NOTICE FROM DEFENDANTS

RESPONSIBLE FOR UNSOLVED MURDERS IN THE STATE OF CALIFORNIA ORNITA CAPITOL

SACRAMENTO WHERE THOMAS  DONOVAN BOTH LIVED AND CLAIMED TO HAVE COMMITTED

MULTIPLE MURDERS TO PLAINTIFF. BOTH THE 30 STRANGLED WOMEN BY VENETIAN BLIND

CORD AS WELL AS THE EXECUTION STYLE VICTIM A VICTIM HE CHOPPED UP IN A TUB, AND THE

FACT THAT THE LADY WHOSE SON DIED IN SACRAMENTO AND THE FACT THAT SHE CLAIMED ON

THE SIGN THAT PLAINTIFF READ THAT HE HAD BEEN SHOT IN THE BACK OF HIS TORSO IN A

99

COWARDLY FASION, AND LEFT AT THE SIDE OF THE ROAD, CLAIMED THAT HER SON WAS IN FACT THE EXECUTION VICTIM DONOVAN HAD NOT ONLY TOLD PLAINTIFF BUT THAT DEFENDANTS KNOW PLAINTIFF KNOWS AS WELL AS IS WITNESS TO HER CLAIMING OTHERWISE AND ATTACKING PLAINTIFF AND CAUSING DAMAGES DUE TO HIS KNOWLEDGE OF THESE FACTS, IN WHAT PLAINTIFF CAN ONLY DESCRIBE AS TREASON. ASIDE FROM THOMAS DONOVAN CLAIMING THAT HE WAS A REAL SERIAL KILLER CONTRARY TO HIA CLAIM IN THE THIRD LIST, PLAINTIFF STARTED HEARING LIECED OF PAPER BEING RIPPED UP., PLAINTIFF ASSUMES THAT THIS WAS EVIDENCE IN THE FORM OF COPIES OF THE LIATS HE MADE TO DEMONSTRATE WHAT HE HAD DONE, AND WHAT PLAINTIFF WAS NOT TALKING ABOUT, DELIBERATELY. TO MAKE IT SEEM THAT DONOVAN WAS A BOLD THREAT, THAT THE GOVERNMENT WAS OUTRIGHT USING TO ATTACK AMERICANS WITH WHO ARE NOT DEPARTMENT OF JUSTICE WHILE THE DEPARTMENT OF JUSTICE IS CALLING THESE PEOPLE "JUDGE, JURY AND EXECUTIONER", AND THE REASON PEOPLE

YELL OUT "NOW", EXPECTING PLAINTIFF TO BE ELECTROCUTED FOR BEING ANY ONE OF PLAINTIFF'S LIES; PEDOPHILE, ORDINARY RAPIST, MURDERER, THREAT, RACIST, HEATHEN, HOMOSEXUAL, RAT, TERRORIST...ETC WHICH IS PARROTED BY THESE OFFICERS WHO ARE RESPONSIBLE FOR HAVING ATTEMPTED MURDER ON PLAINTIFF ONCE ALREADY AND THUSLY ARE GUILTY OF ATTEMPTED MURDER AS THEY ARE DOING NOTHING DIFFERENT NOW THEN PRIOR TO THE FIRST ATTEMPTED MURDER. EVEN USING THE PERSON WHO ASSAULTED AND ATTEMPTED MURDER ON ME 5 JUNE 2018. WHICH PLAINTIFF ASSERTS IS WHY MEDICAL RECORDS WERE DELIBERATELY ALTERED TO MAKE IT SEEM AS IF PLAINTIFF HAD NOT DIED BUT ARE UNSURE AS TO WHETHER PLAINTIFF WAS MURDERED OR NOT AND DO NOT PURSUE JUSTICE FOR PLAINTIFF CAUSING DAMAGES BECAUSE ITS WIDELY KNOWN THAT DEFENDANT BARACK OBAMA IS RESPONSIBLE FOR STARTING FISA COURT TECHNOLOGY TARGETING AMERICAN CITIZENS IN AMERICA, FOLLOWING A ROUTINE OF MURDERING AMERICANS

WITHOUT TRIAL WHO ARE LABELED "TERRORISTS", WHICH PLAINTIFF HAS BEEN CALLED FOR

USING THOMAS DONOVAN'S LISTS WHICH DEFENDANTS CALL "THREE LETTERS".

142.        PLAINTIFF PURCHASED AND USED A DNA TEST FROM ANCESTRY PRIOR TO IT BEINF

BOUGHT BY ANOTHER COMPANY. PLAINTIFF HAD BEEN UAING THE INFORMATION TO PROVE

THAT THE RHETORIC USED BY DEFENDANTS WAS FRAUDULENT AND PLAINTIFF BELIEVES THAT

THIS SERVICE WAS DELIBERATELY CHANGED TO ACCOMMODATE MURDER OF PLAINTIFFS

PARENTS DUE TO A SUDDEN IMPOSING OF A FARE ON THE KNOWLEDGE TO CONTRADICT THE

FRAUD  THAT PLAINTIFF HAS USED TO GASLIGHT AND TO DELIBERATELY COMMIT FRAUD TO USE

TO EXPOSE PEOPLE USING SAID FRAUD AGAINST PLAINTIFF TO CAUSE PLAINTIFF DAMAGES,

AND IN DAMAGES ASSOCIATED WITH THE STRIPPING OF PLAINTIFF'S FOURTH AMENDMENT

RIGHT. SEE EXHIBIT[ ].

143.        PLAINTIFF BELIEVES THAT DEFENDANT DEBORAH LIU, UPON INFORMATION AND BELIEF

FOUND OUT WHO PLAINTIFF IS AND AT THAT TIME ADDED POLITICAL DOGMA TO PLAINTIFF'S

DNA, SPECIFICALLY ADDING ASHKENAZI JEW, WHICH IS CATEGORIZED AS ALSO HAVING

ORIGINATED FROM ISRAEL RATHER THAN THE MIDDLE OF EUROPE AND WERE VIKING PRIOR

WHO CAME FROM FINLAND, AND HAVE NO HISTORICAL TIES TO JUDEA OR CANNAN, ANCIENT

ISRAEL, AND THE POLITICAL DOGMA THAT PLAINTIFF IS ATTACKED WITH. SPECIFICALLY WITH

CLAIMS THAT HE MUST BE KEPT HEALTHY AND IA JUSTIFICATION TO VIOLATE HIS HIIPA RIGHTS

AND OTHER RIGHTS AND SUBJECT HIM TO FISA TECHNOLOGY ILLEGALLY, SO AS TO AVOID

HAVING CULPABILITY TO TREASON USING CONVICTED FELONS FROM INCARCERATION TO

POLITICIANS FOR THE EXPRESS PURPOSE OF ATTACKING DONALD TRUMP WITH FRAUD THAT

PLAINTIFFS FAMILY IS ALSO ATTACKED BY PERIPHERALLY AND SPECIFICALLY WITH SILENCE IN THE

OF FISA SURVEILLANCE TECHNOLOGY LIKE HEARING VOICES IN THIN AIR AND HEARING

THOSE SAME VOICES COME OUT OVER SPEAKERS AS IF HIJACKED, AS WELL AS HAVING BEEN

ELECTROCUTED AND POSSIBLY ALSO HAVING BEEN ASSAULTED BY PEOPLE ISING IT AND

POSSIBLY ALSO RAPED BY PEOPLE YAING THEIR BODY APPENDAGES IN IT, WHATEVER IT IS,

LIKE DEFENDANT JOEL ANZALONE DID TO PLAINTIFF PRIOR TO HIS ARREST AFTER LEARNING HIS

NAME FROM SOMEONE ELSE WHO WAS INCARCERATED IN AUBURN CORRECTIONAL FACILITY IN

2006, WHO PLAINTIFF MET AGAIN AT HIS MEDICAL CLINIC, WHICH ALSO CAUSED HIS HIIPA

RIGHTS TO BE VIOLATED, BUT WHO GREW UP WITH JOEL. AND KNEW HIS NAME.

DEFENDANTS HAVE BEEN DELIBERATELY GASLIGHTING USING DOGMA AGAINST

PLAINTIFF AS WELL AS OTHER MEANS TO ATTACK HIM AND HIS FAMILY. WHICH ALSO MAY

HAVE CAUSED THE SECOND MIDDLE EASTERN INCIDENT IN WHICH PLAINTIFF HAS BEEN

ILLEGALLY USED BY DEFENDANTS AS AN ATTQCK ON PLAINTIFF AND HIS FAMILY AS IF HE IS THE

JEWISH MESSIAH. FURTHERMORE, AFTER HIS ETHNICITY WAS AMENDED TO INCLUDE

JEWISH THE PART TO THE APP IN WHICH PLAINTIFF COULD SEE FROM WHICH SIDE HE GOT

IT FROM WAS BLOCKED AND HE NOW WOULD HAVE TO PAY TO VIEW THIS CRIMINAL AND

FRAUDULENT ATTACK ON HIM AND HIS FAMILY TO DETERMINE WHO IS ALSO BEING

ATTACKED. PLAINTIFF BELIEVES IT IS HIS MOTHER, AS THEY HAVE BEEN ATTACKING HER MORE

THAN HIS FATHER AND BROTHER BECAUSE SHE GOT PLAINTIFF OUT ON BAIL AND HELPS HIM

ON OCCASION, WITH HOUSING AND FINANCIAL ASSISTANCE DURING THIS SURVEILLANCE

WHICH HAS BEEN IMPLIED AS BEING A PART OF A REWARD TO WHICH PLAINTIFF ALLEGEDLY

GOT BY SNITCHING ON THOMAS DONOVAN WORKING FOR LA COSA NOSTRA AND HIS UNCLE

DAVID MARCHIORI, PLAINTIFF IS HEARING PEOPLE HE KNOWS THE FBI CALLS MOB

BEING USED ALONG WITH PEOPLE PLAINTIFF DOES NOT KNOW WHETHER THEY ARE CALLED

MOB OR NOT BUT NEVERTHELESS HAS ISSUED THREATS TO IN THE BELIEF THAT THEY ARE THE

DEPARTMENT OF JUSTICE WHOM HE WANTS PROSECUTED TO THE FULLEST EXTENT OF THE
LAW

AND HAVE, SINCE PLAINTIFF STARTED FILING IC3 REPORTS, TO INVESTIGATOR GENERAL REPORTS

TO THE FBI HANGING UP  ON HIM AND THE LICAL POLICE THROWING AWAY PLAINTIFF

REPORTS OF BEING ATTEMPTED MURDER ON, TO THIS VERY LAW SUIT IN WHICH PLAINTIFF

HOPES TO STOP THE SURVEILLANCE OF HILW WORKING ON THIS LAWSUIT HIMSELF OR AFTER

FILING IT WITH AN INJUNCTION, AS PLAINTIFF HAS POSTED ON SOCIAL MEDIA AS A TOOL HE

HAS BEEN USING TO DEMONSTRATE TO PEOPLE WHO CARE TO LISTEN AND FOR JUST THIS

EXPRESS PURPOSE OF HAVING EVIDENCE OF PLAINTIFFS EFFORTS THAT HIS LIFE IS IN DANGER

AND HE MUST DEFEND HIMSELF AND WITHIN THE PURVIEW OF THE LAW, UNLIKE THESE

DEFENDANTS RELYING ON THE  POWER OF THE OFFICE THEY HELD OR HOLD CURRENTLY TO

DOUBLE DOWN AS HAS BEEN THEIR MOTIVE OPERANDI SINCE TARGETING PLAINTIFF AND

USING THE LADY WHOM PLAINTIFF USED THOMAS DONOVAN'S NAME ON WHO SPREADS

LIES TO OBFUSCATE THE FACTS TO PRESENT A SEMI LEGITIMATE SURVEILLANCE OPERATION,

PRIOR TO THEIR ADMITTING TO LYING ABOUT DONALD TRUMP, BUT CLAIMING THAT EVERY

270,000 OTHER AMERICAN BEING TARGETED IS JUSTIFIED UNDER A SECTION JUAT ABOVE

50 USC §1881(b) IN WHICH IT STATES SPECIFICALLY THAT AMERICANS IN AMERICA CANNOT

BE TARGETED. BECAUSE WE HAVE CONSTITUTIONAL RIGHTS AND PLAINTIFF WAS EVEN ON

A FORM OF PAROLE IN WADOC IN WHICH HE WSS AFFORDED HIS RIGHTS AND SERVING THE

TIME WITH THE SAME DNA IN SEPARATE SAMPLES PROVIDED TO TWO DIFFERENT AGENCIES

ONE BEING FROM WHICH PLAINTIFF BELIEVES IS USED TO COMMIT THE INSTANT CAUSE OF

FRAUD IN WHICH HE IS CALLED HISPANIC AND SPECIFICALLY A MEXICAN RAPIST AFTER

HEARING PEOPLE CALL HIM A LITTLE BROWNIE WHEN THIS FIRST STARTED BY SOMEONE

WHO SOUNDED LIKE HILLARY CLINTON BUT WAS NOT ALTHOUGH PLAINTIFF ACTED AS THOUGH

IT WSS SO THAT DEFENDANTS WOULD THINK THEY COULD LET SLIP THE REAL HILLARY CLINTON

THROUGH TO GIVE THE AIRE OF COMPLETE JUSTIFICATION TO OTHER AMERICANS BEING

103

TARGETED FOR THE INSTANT DEATH AND DAMAGES SONW TO PLAINTIFF AND HIS FAMILY

BY DEFENDANTS IN AND FOR THE BENEFIT OF HILLARY CLINTON AND COMPANY. WHICH IS

WHAT PLAINTIFF BELIEVES THAT WHICH WAS MEANT TO BENEFIT INITIALLY IN THE 2016

ELECTION AND SINCE THEN THE DEFENDANTS HAVE BEEN INTERFERING IN THE ELECTION OF

DONALD TRUMP UAING PLAINTIFF VIA FISA WITHOUT TRUMP ON IT TO KEEP HIM UNAWARE OF

HIS BEING USED TO AIDE AND ABET WITH HIS STATEMENT THAT HE BECAME AWARE OF THIS IN

TRUMO TOWERS IN 2016 RATHER THAN 2015. AND ALLEGED OSTRICH STRATEGY TO KEEP HIS

SILENCE AND HIMSELF FREE FROM CULPABILITY TO KNOWING NOW WHAT THE DEFENDANTS

WERE DOING IN REAL TIME AFTER HAVING KNOWLEDGE THAT PLAINTIFF DIED AFTER HAVING

DIRECTLY ASKED HIM THAT QUESTION VIA FISA.

144.     PLAINTIFF WAS TOLD, WHILE HUNTIMG THAT THE WOODS BELONG TO DEFENDANTS

AND HARASSING AND CAUSING PLAINTIFF DAMAGES IN THE WOODS WHILE HUNTING.

PLAINTIFF  PURCHASED A MUZZLELOADER RIFLE AND THAT SEASON DEFENDANTS CAME UP

WITH A MENTAL HEALTH BILL AFTER PLAINTIFF EXPRESSED INTEREST IN OBTAINNING HIS

HUNTING LICENSE, TO DEPRIVE HIM OF HIS RIGHTS TO BOTH OWN A MUZZLELOADER AND

HUNTING LICENSE BY CATEGORIZING HIM AFTER REPORTING SAID SURVEILLANCE AS HAVING

HALLUCINATIONS AND PARANOOID SCHIZOPHRENIA, FRAUDULENTLY, WITH KNOWLEDGE OF

FISA SURVEILLANCE.

145.     WHILE SEARCHING FOR DEFENDANT'S NAME WHO PROSECUTED DEFENDANT STUART

MUMMA FOR THE HIT AND RUN IN WHICH PLAINTIFF'S LITTLE BROTHER WAS THE VICTIM,

THAT PLAINTIFF HAS BEEN POSTING TO SOCIAL MEDIA ABOUT. HE WAS TOLD THAT AFTER 2

YEARS AND THAT SAID CASE NUMBER WAS NOT SHOWING UP IN THE SYSTEMS OF THE

VACAVILLE, CA POLICE DEPARTMENT, NOR IN THE COMPUTERS IN THE DISTRICT ATTORNEY'S

OFFICE. PLAINTIFF WAS INFORMED THERE ARE MAYBE 50 DISTRICT ATTORNEYS. PLAINTIFF WAS

TOLD BY THE DISTRICT ATTORNEY RHAT STUART MUMMA HAD NO CONNECTIONS TO THE

DISTRICT ATTORNEYS OFFICE AS TO WHY DEFENDANT STUART MUMMA HAD NOT BEEN

CHARGED WITH PRE MEDITATED ATTEMPTED MURDER BECAUSE PLAINTIFF HAD BEEN HEARING

ORDERS VIA FISA TECHNOLOGY FROM DEFENDANTS ATTACKERS WHO WERE ORDERING HITS,

TELLING PLAINTIFF HE WOULD BE HIT BY A MOVING VEHICLE AND KILLED AND YELLING OUT

LOUD "HIT HIM". PLAINTIFF HEARD THIS STATUTE OF LIMITATIONS AFTER CALLING THE

DISTRICT ATTORNEYS OFFICE SWITCHBOARD IN WHICH A SECRETARY ANSWERED LIKE

THE VACAVILLE POLICE DEPARTMENT SECRETARY WHO ANSWERED AND INFORMED PLAINTIFF

ABOUT THE 2 YEAR STATUTE ALTHOUGH PLAINTIFF BELIEVES ON INFORMATION AND BELIEF

THIS IS BECAUSE PLAINTIFFS CASE WAS IN THE ZEITGEIST IN THE VACAVILLE DEPARTMENT OF

JUSTICE BUILDINGS AFTER THE HIT AND RUN DUE TO THE PROPENSITY OF HAVING A MESSIAH,

THAT THEY MAY HAVE TO DECIDE WHETHER OR NOT TO I DULGE IN THE FRAUD OF WITH THEIR

ALLEGED BROTHERS IN BLUE, AS PLAINTIFF BELIEVES ARE THE BLUE LIVES THAT ALLEGEDLY

MATTER, WHERE ITS IMPLIED THEY'RE MORE IMPORTANT THAN OTHERS LIKE PLAINTIFFS.

146.        PLAINTIFF WAS ATTACKED DURING A HEARING FOR INE LAWSUIT IN WHICH DEFENDANT

THE HONORABLE REBECCA TOWNE USED THE COURT AS A VEHICLE TO CAUSE FRAUD AGAINST

PLAINTIFF BY CONSTRUING WHEN BARRANCOTTA BECAME KNOWLEDGEABLE OF

FISA TECHNOLOGY AND THE LOCKPORT POLICE BY EXTENSION BECAME AWARE OF

THEIR UN AVOIDANCE OF THE EXISTENCE OF FISA COURT SURVEILLANCE BEING

ILLEGAL AND CAUSING DAMAGES TO THEM IN ADDITION TO DEFENDANTS. PLAINTIFF

ALLEGED IN THE LAWSUIT THAT DUE TO HIS KNOWLEDGE OF FISA THAT HE KILLED TROY

HODGE IN COLD BLOOD AND THAT THE LOCKPORT POLICE WERE NOT ONLY AWARE OF THAT,

BUT THAT PLAINTIFF HAD ALSO BEEN A TARGET OF THE SAME FISA ATTACKS THAT TROY

HODGE LOST HIS LIFE REPORTING WERE STILL ONGOING BY PEOPLE THEY COULD CATCH AND

MAKE REPORTS ON SINCE 2015 OR AT LEAST WHEN THEY THEMSELVES BECAME AWARE OF IT,

BUT ALSO CHOSE TO PLAY BY THE DONALD TRUMP OSTRICH STRATEGY AND AIDING AND

ABETTING IN RACKETEERING, AND DAMAGES TO PLAINTIFF.

147.    PLAINTIFF BELIEVES BASED ON INFORMATION AND BELIEF THAT GENDER DYSPHORIA

PSYCHOSIS OF CHANGING IDENTITY BEING ENTIRELY POSSIBLE TO BECOME SOMETHING ONE

IS PHYSICALLY NOT WAS EXACERBATED IN THE PUBLIC AS A RESULT OF PLAINTIFF CLAIMING HE

WAS SOMEONE OTHER THAN WHO HE IS WHEN THE SURVEILLANCE FIRST STARTED ATTACKING

DONALD TRUMP WHILE GOVING THE IMPRESSION OF BEING A SCARED SNITCH TO HELP

THOMAS DONOVAN, WHILE KEEPING QUIET AND ANSWERING "NO" WHEN DEFENDANT'S

WOULD HAVE PEOPLE ASK PLAINTIFF THE MOOT QUESTION IN REFERRING TO WHAT HE HAD

SAID TO THE LADY WITH THE DEAD SON WHEN HE HAD USED ON THE NAME THOMAS

DONOVAN ON HER WITHOUT IDENTIFYING HIMSELF; "DID YOU SAY IT"? AND "DID YOU SAY

THIS"? AS WELL AS PLAINTIFF CLAIMING SARCASTICALLY THAT HE WAS INDEED A GAY

WOMAN WHO LIKES OTHER WOMEN. PLAINTIFF BELIEVES THAT THIS IS WHAT WAS USED

BY LIBERALS USING STATE DOGMA ON THE POPE WHO ALLOWED HOMOSEXUALS INTO THE

CATHOLIC CHURCH, AND WHEN PLAINTIFF LEFT THE CHURCH.

148.    PLAINTIFF BELIEVES HE HAS NOT BEEN ABLE TO OBTAIN A RIDE TO EITHER

HUNTING AREA IN WHICH HE CAN LEGALLY HUNT BECAUSE OF DEFENDANTS USING LOCAL

LAW ENFORCEMENT AS WELL AS THE FEDERAL LAW ENFORCEMENT AND THEIR TECHNOLOGY,

TO USE PLAINTIFF TO INTERFERE IN ELECTIONS, AS WELL AS HIS FAMILY.

149.    PLAINTIFF BELIEVES THAT UPON INFORMATION AND BELIEF THAT DEFENDANTS

CLAIMED, ADMITTING TO USING  FRAUD ON "WARRANTS" ON DEFENDANT DONALD TRUMP TO

OBFUSCATE THE FACT THAT THEY ARE FEDERAL BUREAU OF INVESTIGATION WHO HAVE ALSO

CALLED FOR THEIR OWN DISBANDING AS WELL AS CLAIMING THAT DEFENDANTS ALSO MADE

THEM "TEACHERS" WHICH THEY ALSO CALLED PLAINTIFF ALONG WITH OTHER CLAIMS TO BEING

A CODEFENDANT AS WELL AS THE FACT TO ADMITTING TO USING THE FISA TECHNOLOGY TO

TEACH A LESSON IN DISCIPLINE AND BEING JUDGE, JURY, AND EXECUTIONERS IN ADDITION TO

THEIR ORDINARY JOBS IN LAW ENFORCEMENT. IN ADDITION THEY IMPLY TO BE TEACHING
THEM

ABOUT DEFENDANT, AS IF THEIR USE WITH FISA TECHNOLOGY IN ITSELF IS NOT A WEAPON
USED

TO ATTACK WITH THE PROPENSITY TO ELECTROCUTE SOMEONE TO DEATH. THIS ALL CAUSES

DAMAGES TO PLAINTIFF AS HE HAS BEEN ELECTROCUTED SEVERAL TIMES AND THE

DEFENDANTS HAVE NOT STOPPED ATTACKING PLAINTIFF. USING FBI TO ATTACK PLAINTIFF AND

CALLING THEM "PLAYERS" AS WELL AS "TEACHERS", AND SHARING FRAUDULENT INFORMATION

AS WELL AS FACTUAL INFORMATION ABOUT PLAINTIFF, CAUSING A VIOLATION OF HIS FOURTH

AMENDMENT RIGHTS AND DAMAGES VIA SLANDER AND DISPARAGEMENT PER SAY THUSLY.

150.     IF DEFENDANT DONALD TRUMP BEING CALLED MOB WAS THE FRAUD THE DEFENDANTS

HAD IMPLIED WAS USED TO OBTAIN FISA "WARRANTS" , THEY WOULD INSTEAD WOULD HAVE

USED 50 USC §702 AS DEFENDANT CHRISTOPHER WRAY CLAIMED JUSTIFIED THE USE OF FISA

ON 270,000 OTHER AMERICANS, OR HAVE TAKEN THE FALZONE FAMILY OFF OF THIS AS WELL

AS PLAINTIFF FOR THE FACT THAT OFFICERS STARTED OUT WITH THOMAS DONOVAN AND

THOMAS DONOVAN HAD GIVEN THEM PLAINTIFF'S NAME, AND THOMAS R DONOVAN JR

NYSDOCCS DIN 10-A-4293 HAS BEEN DECEASED SINCE 27 FEBRUARY 2017. THIS

CONJUNCTION WITH THE FACT THAT DEFENDANTS PURPOSEFULLY CALL PLAINTIFF "MOB",

KNOWING THEY HAD NOT BEFORE THIS STARTED, BECAUSE PLAINTIFF IS NOT, NOR DOES HE

BELIEVE ITS ANYTHING OTHER THAN A TOOL THE DEPARTMENT OF JUSTICE USES FOR

LEGAL PROSECUTION. NOT EVEN FISA COURT

151.     PLAINTIFF BELIEVES THAT DEFENDANT JAMES COMEY  WROTE THE BOOK ENTITLED "A

HIGHER CALLING" TO ALLEVIATE HIS STATE OF MIND IN CULPABILITY TO TARGETING PLAINTIFF

AND BLATANT DISREGARD FOR THE LAW BY USING FRAUD ON FISA APPLICATIONS FOR

DEFENDANT DONALD TRUMP, AND BEING AWARE OF THEM TARGETING TRUMP WITH FRAHD

BUT NOT DEFENDANT BARACK OBAMA WHOM WAS AND IS THE ALLEGED RING LEADER OF THIS

WHOM PLAINTIFF WAS HEARING SINCE 2015 AND AFTER TAKING DEFENDANT DONALD TRUMP

OFF THE SAME SURVEILLANCE. BY ALLEGING DOGMA HE IS CAUSING PLAINTIFF DAMAGES AS IF

THERE WAS A GODLY CALLING TO TARGET PLAINTIFF AS THE JEWISH MESSIAH.

152.        PLAINTIFF HAS HEARD PEOPLE THAT DEFENDANTS USE ON FISA TECHNOLOGY CLAIMING

TO HAVE GOTTEN READY FOR PLAINTIFF TO BRAINSTORM ANOTHER BOARD USING

DEFENDANTS. PLAINTIFF BELIEVES THIS IS IN REFERENCE TO KATHY KOCHUL HAVING BEEN A

SECRETARY AND KNOWLEDGEABLE IN MICROSOFT OFFICE APPLICATIONS, WHICH IS THE SAME

TYPE OF EDUCATION PLAINTIFF RECEIVED BEFORE CREATING HIS BUSINESS JONNYS

TENDERGRASS. IT ALSO SUGGESTS THAT DEFENDANTS USE KATHY HOCHUL FOR THEIR OWN

MEANS, PLAINTIFF BELIEVES, BASED ON INFORMATION AND BELIEF SINCE HEARING BOTJ NEW

YORK STATE DEPARTMENT OF CORRECTIONS CONVICTED FELONS INCARCERATED, AS WELL AS

WASHINGTON STATE FORMER CONVICTS, IT IS TO USE HER FOR DENIABILITY AND OTHER
MEANS

TO COVER UP EVIDENCE OF THIS SURVEILLANCE TARGETING AMERICANS WITHOUT A WARRANT

OR DUE PROCESS, SINCE 2015, AND DUE TO THE SHEER NUMBER COULD NOT WRASE ALL

EVIDENCE FROM THE USE OF DEFENDANT DONALD TRUMP, AND SO INSTEAD DECIDED TO

SPREAD FISA AROUND AS MUCH AS POSSIBLE USING OTHER FRAUD WITH 50 USC §702, WHICH

IS WHY THEY DID NOT CLAIM THAY ABOUT TRUMP. INSTEAD THEY CLAIMED TO UAE FRAUD ON

DEFENDANT DONALD TRUMP BECAUSE DEFENDANTS WERE ALSO CALLING HIM LA COSA

NOSTRA AND MOB

VIA THE FISA TECHNOLOGY AND INSTEAD OF ADMITTING TO AND ARTICULATING WHAT FRAUD

WAS USED, THEY LET PEOPLE IMAGINE IT WAS "MOB" RATHER THAN CALLING HIM A
FOREIGNER

NOT ENTITLED TO HIS CONSTITUTIONAL RIGHTS. LIKE PLAINTIFF IS CAUSED DAMAGES.


PLAINTIFF HAS REPEATEDLY BEEN ATTACKED AND DIRECTED BY DEFENDANTS TO GET BACK TO

WASHINGTON  STATE AND USING DEFENDANT MANUEL SANTOS WHO IS PLAINTIFF'S OLD DOC

OFFICER, ALLEGING PLAINTIFFS GUILT IN PEDOPHILIA AND RAPE AND MURDER IN WASHINGTON

STATE WHERE ITS ALLEGED THAT THIS FISA COURT AND DEFENDANTS  WOULD BE SATISFIED
AND

IN COMPLETION OF  THEIR DUTIES TO DEFENDANT BARACK OBAMA AND COMPANY.

153.        PLAINTIFF HAS BEEN REPEATEDLY MONETARILY ATTACKED WHILW FILING THIS CIVIL
SUIT

WHERE PLAINTIFF BELIEVES, BASED ON INFORMATION ANS BELIEF VIA FISA ALLEGATIONS FROM

DEFENDANTS AND THE PEOPLE DEFENDANTS USE TO HACK PLAINTIFF'S SOCIAL SECURITY CARD

USING FISA TECHNOLOGY AS WELL AS PLAINTIFF'S FAMILIES INFORMATION SUCH AS HIS

MOTHER'S SOCIAL SECURITY NUMBER WHICH DEFENDANTS HAVE REPEATED VIA FISA AFTER

PLAINTIFF HAD USED IT AT A HOME DEPOT TO ACCESS HIS MOTHER CREDIT ACCOUNT WHICH

WAS LATER SHUT  OFF  DUE TO SAID VIOLATIOMS. WHEN PLAINTIFF RECEIVED A 1,300

PAYMENT DUE FOR FUNDS TAKEN FROM HIM UNJUSTLY THAT SAID FUNDS WERE "RELEASED"

ONLY AFTER THE LADY WITH THE DEAD SON SAID TO. AFTER PLAINTIFF HAD CLAIMED HE

WOULD NOT FILE THIW CIVIL RICO, AND HIS ACCOUNT HE BELIEVES WAS HACKED UAING HIS

NEW CARD INFORMATION TODAY, 21 DECEMBER 2023, BECAUSE PLAINTIFF BROUGHT HIS

CIVIL SUIT TO HIS COUNSELOR AT HIW CLINIC AND TOLD HER THAT THE COPY IA IN CASE

PLAINTIFF IS ATTACKED AND KILLED, SO HIS TESTIMONY SURVIVES AND DEFENDANTS ARE

BROUGHT TO JUSTICE FOR THEIR CRIMES AND DAMAGES AGAINST PLAINTIFF. PLAINTIFF

HAS ONLY ACCESSED HIS DIRECT EXPRESS ACCOUNT FROM ONE DEVICE ONLY, HIMSELF.

IF ANY OTHER IP ADDRESS IS USED IT IS NOT FROM PLAINTIFF USING HIS SOCIAL SECURITY

MONEY ON HIS DIRECT EXPRESS CARD. THE SAME WITH PLAINTIFF'S HOME SECURITY SYSTEM

WITH ALDER SECURITY. ONLY A SINGLE IP ADDRESS WAS/IS USED BY PLAINTIFF AND ANY OTHER

IS FOREIGN AND UPON INFORMATION AND BELIEF USED BY DEFENDANTS TO CAUSE FRAUD AND

DAMAGES TO PLAINTIFF.

154.        PLAINTIFF BELIEVES, BASED ON INFORMATION AND BELIEF, THAT AFTER HE HIRED

DEFENDANT DALE YEAGER, THAT HE WAS WORKING DIRECTLY WITH OTHER DEFENDANTS,

DUE TO DALE YEAGER CLAIMING CARLY FIORINA IS FAKE. SHE LOOKS A LOT LIKE THE LADY

WITH THE DEAD SON BUT BASED ON INFORMATION AND BELIEF PLAINTIFF BELIEVES THAT

CARLY FIORINA IS A LIVING BREATHING INDIVIDUAL WITH A DEAD DAUGHTER AND IS HIGHLY

DISRESPECTFIUL AND DAMAGNING TP PLAINTIFF WHOM THERY INTEND TO CALL MENTALLY

ILL, AND ACT AS IF THE PEOPLE THEY LIED TO ABOUT PLAINTIFF ALL HAVE "SECRET

GOVERNMENT CLEARANCE", NOT ALLOWED TO TALK ABOUT IT BUT IS ALL OVER SOCIAL MEDIA.

DEFENDANT CLAIMED TO THE BETTER BUSINESS BUREAU AND LETITIA JAMES THAT HE ABIDED

BY HIS CONTRACT WHICH PLAINTIFF HAS, AND HAS NOT FULFILLED. PLAINTIFF BELIEVES

HE RECEIVED PAYMENT FOR HIS COOPERATION WITH DEFENDANTS, BUT HAS NO PROOF,

JUST HAVING HEARD THEM ALLUDE TOO MAKING DALE YEAGER PAYMENTS VIA SURVEILLANCE

IS HEARSAY. THE ONLY WAY PLAINTIFF COULD LEGALLY BE TARGETED AS PER 50 USC § 1881(b)

IS IF PLAINTIFF IS FOREIGN OR OUTSIDE AMERICA WHERE HE IS NOT ENTITLED TO

CONSTITUTIONAL PROTECTIONS. PLAINTIFF TOOK THE DNA TEST AS MENTIONED ABOVE

AND HERE AS THE RESULTS BELOW. PLAINTIFF HAS HEARD DEFENDANTS TALKING ABOUT

MAKING A SAYING HUEY P NEWTON MADE IN WHICH AN OPERATOR MUST STEP OUTSIDE THE

LAW TO CHANGE IT.

SEE EVIDENCE( ).

WHEREFORE, PLAINTIFF ASKS THIS COURT FOR A TRIAL BY JURY, AWARDED DAMAGES IN THE

AMOUNT OF $13,146,570  FOR EACH YEAR OF BEING TARGETED UNDER ASSAULT BY FISA

TECHNOLOGY AND THE DEPARTMENT OF JUSTICE USING SAID TECHNOLOGY TO CAUSE

DAMAGES AND CONDITIONS UNDER WHICH SAID DAMAGES ARE EXACERBATED. $1,334 IS

AWARDED PER DAY TO WRONGFULLY INCARCERATED INDIVIDUALS, AND 3 TIMES THAT IS THIS

AMOUNT FOR 9 YEARS. IN ADDITION TO $4,002.00 AWARDED EACH DAY OF WRONGFUL

TARGETING BY FISA TECHNOLOGY., ACTIONS WHICH PLAINTIFF WANTS DAMAGES AWARDED IN

THE AMOUNT OF AN ADDITIONAL 9 MILLION DOLLARS, WHICH INCLUDES DAMAGES FOR

ATTEMPTED MURDER, RAPE, ATTEMPTED RAPE, CONSPIRACY TO COMMIT RAPE, CALLING

PLAINTIFF A RAPIST, CALLING PLAINTIFF A PEDOPHILE, CALLING PLAINTIFF A MEXICAN ALIEN

AND FOREIGN ALIEN TO THE UNITED STATES,CALLING PLAINTIFF LA COSA NOSTRA, CALLING

PLAINTIFF RACIST, CALLING PLAINTIFF A HOMOSEXUAL, CALLING PLAINTIFF A BI-SEXUAL,

CALLING PLAINTIFF ANYTHING OUTSIDE OF HIS OWN NAME AND SEXUAL IDENTITY  VIA FISA

TECHNOLOGY, ELECTROCUTING PLAINTIFF WITH FISA TECHNOLOGY, TOUCHING PLAINTIFF USING

FISA TECHNOLOGY, THREATENING PLAINTIFF AND HIS FAMILY  WITH DEATH VIA FISA

TECHNOLOGY AND TOUCHING PLAINTIFF WITH A PISTOL VIA FISA TECHNOLOGY. RAPING

PLAINTIFF VIA FISA TECHNOLOGY. USING FISA TECHNOLOGY TO BREAK AND ENTER PLAINTIFFS

HOME AND PRIVATE SPACES. INVADING PLAINTIFFS RELIGIOUS CEREMONIES AND SPIRITUAL

PRACTICES AS A POLYTHEISTIC PAGAN KNOWN AS AN ODINIST. PLAINTIFF ALSO REQUESTS

WRITTEN APOLOGIES FROM EACH DEFENDANT ADMITTING THEIR ROLES IN THIS FISA

SURVEILLANCE TARGETING PLAINTIFF AND USING  PLAINTIFF TO INTERFERE IN UNITED STATES

111

ELECTIONS, AND BEING PAID ILLEGALLY TO STRIP OUR CONSTITUTIONAL  RIGHTS  WHILE

DELIBERATELY COMMITTING FRAUD ON FISA SURVEILLANCE APPLICATIONS SINCE 2015,

BECAUSE THEY ARE WELL AWARE OF THE LAWS THEY ARE VIOLATING. PLAINTIFF REQUIRES

CHRISTOPHER WRAY AND FORMER FBI DIRECTORS RESPONSIBLE FOR FISA TARGETING

AMERICANS  TO MAKE A FORMAL APOLOGY TO THE AMERICAN PUBLIC FOR INTERFERING IN

OUR ELECTIONS AND USING AMERICANS AGAINST EACH OTHER TO SATISFY THE WHIMS AND

FANATICAL BELIEFS  OF A SITTING PRESIDENT BECAUSE THEY DON'T WANT TO GET FIRED, OR

CALLED RACIST, AND SUFFER DISHONOR. PLAINTIFF WANTS HIS MARRIAGE ANNULLED WITH

AMANDA SHFELT WHOSE GUILTY OF FRAUD HERSELF BY CLAIMING TO DEFENDANT THAT SHE

WROTE TO THE ADDRESS PLAINTIFF HAS IN A DICTIONARY HIS FATHER SENT HIM IN NYSDOCCS

WHICH HAS DONOVAN'S MOTHER'S ADDRESS SO THAT PLAINTIFF COULD CONTACT HIM,

AMANDA SHUFELT ATTACK HAD NO REASON TO LIE OTHER THAN TO PROTECT HER COUSIN
WHO

HAD ALREADY KILLED TROY HODGE, WHEN SHUFELT TOLD HIM THAT SHE HAD RECEIVED

CORRESPONDENCE BACK FROM DONOVAN'S MOTHER WHOM PLAINTIFF LATER FOUND OUT

WAS DECEASED. PLAINTIFF HAS NOT TOLD SHUFELT THIS BUT FEELS AS THOUGH DEFENDANTS

WOULD TELL HER TO COVER THEIR TRAIL OF CONSPIRACY.. FURTHERMORE PLAINTIFF DEMANDS

THAT 50 USC § 702 IS AMENDED BACK TO THE WAY IT WAS PRIOR TO DEFENDANTS CLAIMING

AND USING IT TO TARGET AMERICANS IN AMERICA IN LIEU OF 50 USC § 1881(B). PLAINTIFF
ASKS

THAT THIS COURT HRANT AN IMMEDIATE AND PERMANENT INJUNCTION AGAINST DEFENDANTS

TO ADHERE TO 50 USC §1881(b), AND CEASE THE USE OF FISA TECHNOLOGY TARGETING

PLAINTIFF AND OTHER AMERICANS DUE TO THE PROPENSITY AND USE OF SAID TECHNOLOGY
TO

MURDER, AND RAPE  VIA ELECTROCUTION AND SAID FISA TECHNOLOGY, WHICH  CAUSES AND IS

CAUSING  DAMAGES TARGETING AMERICANS LIKE PLAINTIFF, AND SENTENCING WITHOUT DUE

PROCESS. WHERE DEFENDANTS HAVE PEOPLE ASK PLAINTIFF WHAT HE HAS LEARNED AS HIS

LESSON, TO TURN IT OFF AND/ OR NOT ELECTROCUTE HIM OR RAPE HIM OR MAKE HIM THINK

HE HAS MENTAL HEALTH ISSUES AND THE PEOPLE DEFENDANTS TELL PLAINTIFF IS THEIR

INFORMANT HAVE SECURITY CLEARANCE TO KNOW SUCH ALLEGED CONFIDENTIAL

INFORMATION AND OTHER INFORMATION OF A CONFIDENTIAL NATURE. SUCH AS PLAINTIFF'S

SOCIAL SECURITY NUMBER AS WELL AS HIS BIOLOGICAL MOTHER'S. PLAINTIFF ALSO LEARNED

THAT RICHARD MATT WHO ESCAPED FROM DANNEMORA, NY AND CLINTON CORRECTIONAL

FACILITY, HAD PREVIOUSLY ESCAPED A PRISON IN MEXICO. PLAINTIFF BELIEVES BASED

ON INFORMATION AND BELIEF THAT DEFENDANTS WHO LEARNED THIS AS PLAINTIFF DID

FROM HIS FRIEND ERIC BRUDECKI WHO WAS INCARCERATED WITH PLAINTIFF IN NYSDOCCS

AND HELPED TESTIFY AT A TIER HEARING FOR AN ASSAULT ON STAFF BY PLAINTIFF WHERE

PLAINTIFF WAS ATTACKED BY AN OFFICER WHOM PLAINTIFF THEN ACCIDENTALLY THREW HOT

COFFEE ON, IS DELIBERATELY GOING TO BE USED TO JUSTIFY SAYING "MEXICAN RAPIST"

ABOUT MATT  AND PLAINTIFF IN PLURALITY ON FOX NEWS BY DEFENDANT  EVEN THOUGH

THEY DID NOT KNOW HE HAD ESCAPED PRIOR TO CLINTON UNTIL PLAINTIFF KNEW.

PLAINTIFF HAS POSTED THIS CIVIL RICO ON SOCIAL MEDIA AND IS AWARE THAT DEFENDANTS

ARE TRYING TO UNDERMINE HIM AND HIS SUIT, USING FRAUD TO CONTINUE TO NOT ONLY

CAUSE DAMAGES BUT THEIR CRIMINAL ENTERPRISE "THE HILLARY HIT MACHINE", AND GET

AWAY WITH HAVING COMMITTED CRIMES FOR THE HILLARY HIT MACHINE. DEFENDANT HAS

CURRENTLY AND SINCE 2016 WHEN HE SAID THAT HE WOULD FILE A 42 USC §1983 IN ADDITION

TO DAMAGES, DEMAND AN APOLOGY, WHICH STARTED DEFENDANTS AND OTHER PEOPLE,

WHOSE NAMES PLAINTIFF DOES NOT KNOW, HAVE DELIBERATELY BEEN ATTACKING HIM AND

CAUSING DAMAGES PLAINTIFF DAMAGES BY APOLOGIZING AS IF FISA IS A COURT OF PROPER

JURISDICTION AND VENUE TO BOTH BE TRIED FOR THEIR CRIMES AGAINST PLAINTIFF AND AS A

CIVIL VENUE TO BE AWARDED MONETARILY FOR DAMAGES SUSTAINED AS A DIREXT RESULT TO

DEFENDANT'S FRAUD AGAINST PLAINTIFF AND HIS FAMILY. WHEREFORE PLAINTIFF DEMANDS

A TRIAL BY A JURY OF HIS PEERS. PLAINTIFF IS BOTH  A CONSERVATIVE AND PRACTICING

HEATHEN ODINIST.. AS SUCH PLAINTIFF DEMANDS THAT DEFENDANTS CEASE IDENTIFYING HIM

AS JEWISH TO KHAZARIAN, ALSO JEWISH IS A RELIGION, NOT AN ETHNICITY, AND DAMAGES

HAVE OCCURRED TO PLAINTIFF ALREADY BY ATTEMPTED MURDER, RAPE, ROBBERY, AND

OTHER VIOLATIONS TO HIS RELIGIOUS PRACTICES AND BELIEFS, AND THE PROPENSITY FOR

FURTHER DAMAGES TO PLAINTIFF IS TOO GREAT AND THE CONTINUED FISA IS A  DETRIMENT TO

HIS AND HIS FAMILIES LIVES, WITH THE FRAUDULENT CLAIM OR BELIEF THAT PLAINTIFF IS OR

LITTLE BROTHER IS THE FALSE MESSIAH AND JEWISH MESSIAH, CLAIMED BY DEFENDANTS USING

PLAINTIFF'S STEP FATHER'S FATHER VIA FISA TECHNOLOGY, AS A PREACHER, TO PREACH USING

PLAINTIFF AND HIS FAMILY, PLAINTIFF BELIEVES, BASED ON INFORMATION AND BELIEF THAT

HIS NAME IS MICHAEL TABOR SR..PLAINTIFF ALSO DEMANDS THAT HIS MURDER REPORT HE

FILED WITH THE NIAGARA FALLS POLICE (THE FIRST OF THREE) WHICH THEY CLAIMED WAS

LOST, ALTHOUGH IT WAS ELECTRONICALLY FILED, BE INVESTIGATED AND SOLVED. PLAINTIFF

BELIEVES BASED ON INFORMATION AND BELIEF THAT DEFENDANTS ARE COMMITTING FRAUD

IN THAT THEY USE FRAUD TO MAKE PEOPLW BELIEVE PLAINTIFF RECEIVED PAPERWORK FOR

ATTEMPTED MURDER CHARGES AGAINST THE ATTEMPTED MURDERER OF PLAINTIFF ON

5 JUNE 2018.

IN SUPPORT OF PLAINTIFF'S RICO, BECAUSE PLAINTIFF IS UNABLE TO PAY THE COSTS

ASSOCIATED WITH THIS CASE OR TO GIVE SECURITY; THEREFORE AND PLAINTIFF BELIEVES

HE IS ENTITLED TO REDRESS. (SEE EXHIBIT) PLAINTIFFS SOCIAL SECURITY MAIL FOR MONTHLY

PAY.

PLAINTIFF BEING OF SOUND MIND SUBMITS THIS CIVIL RICO ACTION

RESPECTFULLY SUBMITTED,

JASON LANG

_____, PLAINTIFF

SWORN TO THIS ____ DAY OF _____ ~~2025~~ 2024

_____

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

JASON W. LANG

## DEFENDANTS

HILLARY CLINTON & COMPANY

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

24 CV 19

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [X] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 840 Trademark | [X] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | **FEDERAL TAX SUITS** | | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 871 IRS—Third Party 26 USC 7609 | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | **IMMIGRATION** | | |
| | | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | |
| | | [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 18 USC § 1965 (a)(b) and 18 USC § 1964 (a)(b)(c) and 28 USC § 1331

Brief description of cause: 42 USC 833 1983 1985 1986 28 USC § 1743 27 USC § 7272

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ $4,022.01

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE 1-3-24   SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____