

JASON LANG <jasonlang716@gmail.com>

## JASON WILLIAM LANG

**Jason Lang** <jasonwlang@icloud.com>  Tue, Feb 13, 2024 at 9:10 AM
To: "ME. MR. JASON LANG" <jasonlang716@gmail.com>

JASON WILLIAM LANG
186 HAWLEY CT
LOCKPORT, NY
14094

FEBRUARY 11, 2024

HONORABLE ELIZABETH ANN WOLFORD
ROBERT H. JACKSON U.S. COURTHOUSE
2 NIAGARA SQUARE
BUFFALO, NY 14202

RE:
W.D.N.Y. 24-cv-19
JASON W. LANG v. HILLARY CLINTON, et al



Your honor,
I am the plaintiff in WDNY 24-cv-19, JASON WILLIAM LANG. I have been targeted by FISA technology since 2015, and due to DOJ believing they had the cold case for 3-5 separate murders solved, including one of their own, SACRAMENTO COUNTY SHERIFF JEFFREY V. MITCHELL in 2006, they ignored all constitutional rights and as a result of their being wrong have had to commit murders and have conspired murders to cover it up. As such I am asking for an emergency injunction on FISA being used to target Americans in America in lieu of 50 USC §1881 and implying 50 USC §702 can include Americans in America, after already using it. Due to the fact that FISA is not subject to FREEDOM OF INFORMATION LAWS I am also requesting that any time an American is targeted for any reason, all subject matter material become available to the public, and at the very least in accordance with the Privacy act of 1974.
I mailed letters to the honorable RUDOLPH CONTRERAS to specifically get information with my name on it and was denied.
Basically CHRIS WRAY wants to use FISA on Americans in America then there needs to be a clear and concise record of its use, who is targeted, and what technology was used. Due to the fact that the technology is used to both spy and electrocute, as well as touch targeted individuals, as Americans we need to see that constitutional rights of Americans are not being violated.
As it stands now, FISA, I am told, is not subject to FOIL/FOIA (freedom of info laws)…(because it's a court for people without constitutional rights.) But these DOJ I hear have been prosecuting penal law in FISA court without affording constitutional rights to me. For example, they electrocuted me after I went over state lines from WASHINGTON STATE while I was on DOC (parole), without permission.
I was hearing both DOC parole officers I had, among many, on 2 separate occasions, both COLLEEN PETTIT who worked in the SNOHOMISH field office in 2015, and was my active DOC officer and later MANUEL SANTOS after I moved back to NEW YORK who was my DOC officer in the MONROE FIELD OFFICE. SANTOS is who signed my DOC release papers and also lied that I'm on parole still for the FBI & DEFENDANTS using the FBI and DOJ, via FISA, as well as saying to me not to make him guilty of TREASON. Which he is, in his silence and not reporting these events. I was electrocuted by FISA technology for that "offense". While these alleged DOJ and the people they use have been claiming this is "WAR ON CONVICTS".
I have been electrocuted several times, even while hearing Barack Obama yelling at me to get down on the ground… and other things, on other occasions, in the same act of surveillance, which has been going on since JULY 2015, and has continued non-stop. Their excuse is that I have information about the death of JEFFREY V MITCHELL and is why they continue, and proof of this is in the fact that they blamed THOMAS R. DONOVAN JR and he died 2/27/2017, and in 2020 an article was written about how that is still a cold case murder. Furthermore, THOMAS R DONOVAN JR never told me any story about killing any cops, and knew I hate them after I had been assaulted several times by them. The last time (at that time), I had almost been killed. On JUNE 5, 2018, I was not only killed and revived but some of the hospital information was altered to say I did not die, was not assaulted prior to dying, and was found in another part of the city rather than directly in front of a homeland security camera on 19TH and FERRY AVE in NIAGARA FALLS, NY JUNE 5,

2018. Which is an incident in the RICO, that we will get to.

When I reported it I was treated as if I was hallucinating and having mental health issues and even forcibly medicated by Niagara Falls Memorial Medical Center and Lockport City Police Department because there's no indication of my having a warrant for surveillance.

They're not supposed to target Americans under 50 USC §1881 but because they're claiming they can under 50 USC §702. Because of their actions, they must have a public audit of their actions to take responsibility for their actions that we have been paying our taxes for.

(this started 2015 in SNOHOMISH COUNTY WA during the DAVID SWEAT & RICHARD MATT escape. When I tried to help another inmate I was incarcerated with to deport back to GERMANY where he told me he was born… he is now dead and they claim he was born in MOUNT KISCO, NY in his death report…as well as other inconsistencies with his death. For example, they claim he died in his cell but as per NYS Department of Corrections and Community Supervision policy, his dead body went to ELLENVILLE Hospital rather than the coroner where his body was supposed to go if he died inside the facility. Only living inmates go to the hospital. I also heard he was beaten to death. In the report they claimed he died of an overdose. He was notoriously poor and never had money for drugs.
Please investigate this. There's a male impersonating his biological father (THOMAS R. DONOVAN SR.) who parrots the death report for DONOVAN, but won't be able to pass a DNA test. He claimed to me that Donovan was born in Mount Kisco but that's a load of shit. They don't have a birth record for him. I checked twice.

If JEFFREY V. MITCHELL Sacramento County Sheriff's Office ain't this bitch's dead son, she admitted to lying on her placard asking for info on the cold case, that I used DONOVAN's name on, over this FISA. She claimed that her son was really DONOVAN's execution style murder in the woods somewhere in Sacramento, CA. She's trying to kill me along with the pigs because I both not only know that story & saw her sign, but that I used only DONOVAN's name on her without giving her a name for myself, in front of a witness, a UPS worker, JULY 2015, and told her he didn't kill her son because he was in prison with me in 2006. I straight up lied to her to make it seem as if it was an off the cuff remark.
But, while in CLINTON CORRECTIONAL FACILITY with THOMAS R DONOVAN JR 10-A-4293, he did tell me about, what we called, "Tommy's Zombie"… because after he took this dude in the woods and executed him, idk how much longer later, but later, he saw someone wearing the same clothes, with dirt and leafs on them as if he had crawled out of the woods, and was shuffling along.
Appare this type of investigation scared DONOVAN and he went back to NEW YORK. Where he was dating KELLY HARNETT, while he was homeless and living in QUEENS, NY at the time that he committed a MURDER, that he was arrested for.
He told me he first made a deal for manslaughter in exchange for a confession.
He claimed it was a fight that escalated in a bar and moved out onto the street where he worked his bootlace out and strangled the guy. He produced a document arresting to this series of events.
After a while this somehow changed, and possibly spurned by KELLY, dragged her into it. Giving her more time that he had when it was all said and done.
By the time he met me he had it in his mind he was going to get himself deported back to Germany. Maybe so the Zombie didn't catch up with him. He did ask a lot of questions about DNA. Maybe that's what he was running from.
He never told me about a cop story.
The one thing I don't like about him was that he talked with the cops. I didn't do that after I had been assaulted by the cops early on in my bid.
You gotta talk to someone and ask their permission before you talk to any cop with their name in your mouth. The FBI – Federal Bureau of Investigation knowing this have been using this technology invasively on me and claiming that from the beginning I would talk with them in my thoughts. They would ask me questions and I would think about what they're trying to get it and essentially I would appear to "answer" their questions and they have gone implying this impossible and very damaging accusation, in line with their scene to tell people that I am their INFORMANT and this FISA is a "snitch" hotline.
It also appears as if I snitched on people they call "MOB" because one thing they did when this first started was asked me (while I was at my mothers house taking a shower) who is like a mom to you. Which made me think about women in my life that I know who were like a mother to me and why. I could only think of 2 women besides my own mother, and those are LORRAINE FALZONE & JENNILYNN ROMAL. Jennilynn was used on this FISA and I think so was LORRAINE. But after that these pigs started saying I had snitched on 3 letters… making it appear separate from THOMAS DONOVAN's 3 lists of fake serial killed women. Which they would say to make it appear as if DONOVAN had actually shown me lists of real serial killed women for a sick thrill and then told me to use them, to throw me off from thinking he's a serial killer and use the lists if I dare…. nobody would believe me. He could be lying through his teeth in addition to my either burning the first two lists or giving them back to him.
Jennilynn was being herself and attacking these people with common sense and logic to show that it is illegal and a waste of our tax payer dollars. (As I'm typing this they're saying I don't quality…etc taking responsibility for their actions in committing fraud to make it appear as if I am a foreign alien to the United States and should not have constitutional rights, and is why they're using FOREIGN INTELLIGENCE SURVEILLANCE ACT technology/court while at the same time using several different penal law infractions they have been claiming over the years like PEDOPHILIA, RAPE, MURDER, INCEST, SODOMY, (then moved into adding in) HOMOSEXUALITY, and INFORMANT.
These are several acts of fraud and damages with the obvious intent to continue.

This started in 2015, and I was hearing Donald J. Trump when this started in 2015. He was aware of this in 2015, and I believe he knew about it inside of TRUMP TOWERS in 2015, not 2016, and he is therefore AIDING and ABETTING in RACKETEERING. An ongoing RICO. Using fraud to probably lie that I had used my own name in a later statement, so they had to cut off a bunch of this surveillance. That's my guess. Maybe to make it appear that it is state rather than federal. Due to the use of local law enforcement engagement and use of said technology to both spy and electrocute citizens (in my case, it was while I was hearing Barack Obama yelling things at me, like GET ON THE GROUND. YOU LIKE THE GROUND. MICHAEL IS JUST A BAD ACTOR, ISINT HE?)
I've also been touched and raped over this technology. It ain't a fucking joke.
I ain't their codefendant in their claims of these fraudulent crimes, although I have claimed, at times to be guilty, I have also claimed I am not. But only after exposing the people trying to cause people I know, me and my family all damages, having already caused damages they know it will cause more.
Why don't you double check if there's a warrant for surveillance for me, Lockport City Police Department? (ALL PRIOR TO FBI ADMITTING USE OF FISA ON AMERICANS & TARGETING TRUMP.)
The lady with the dead son's whole strategy is to give these cops everything they need, including lies, because she modeled her sign after the death of JEFFREY MITCHELL, while lying that he was left on the side of the road (what mother adds "like a dead dog?" Had to b to make the killer talk, possibly.), in turn they allowed her to blatantly conspire murder and that sign is the instrument itself. I don't think she's Jeffrey Mitchell's mother. She's a sycophantic, narcissistic traitor.
Regardless of whether her name is MARY K MITCHELL or not, she's used by the traitors and a traitor herself! (After typing that I heard her arguing..using small lies to cover bigger ones. That's her MO.).

Thank you for your time and attention to the above.
This surveillance is still targeting me and people targeting me use people who are also American citizens to specifically attack me. None of these people are allowed inside my home, they're not invited, yet I hear them inside my home. They're breaking and entering, and being in a castle doctrine state, with their having intention to case me death, they use FISA technology to defend their treasonous acts. They know I have several ASSAULT ON STAFF in prison and they know I will kill them given the chance, in defense of my life and rights, as any other American citizen would, in defense of their constitutional rights. Simply because I know the FBI cannot prosecute PENAL LAW in a court without the proper justification and venue to, such as FISA court with Americans in America as defendants. In addition to the fact that there's no record available of the FISA to the public and that scares me more than anything, aside from the electricity being used to electrocute me and the fact that FISA is a weapon in itself with the propensity for its use of the electricity or anything else to be used to strike at any given moment, to murder me or my family, or cause other damages, as has been threatened countless times, and caused damages countless times. Especially because they continue to accuse me of having knowledge of THOMAS R DONOVAN JR in Sacramento, CA in 2006, which he was, but their claiming I know he murdered JEFFERY V MITCHELL is an outright lie and the reason it is still a cold case to this day, and why they claim I snitched on 3 letters, say nothing of THOMAS DONOVAN's 3 lists of fake serial killed women by Venetian blind cord all in Sacramento, CA and all with another line of stuff at the bottom of each of the 30 women in 3 lists. One of which he mailed to me while I was living at my mother's house in Mill Creek, WA, at an address he read off over this surveillance in 2016. While DONALD TRUMP was being used but was not yet in office. He had been being used since AUGUST 2015.
I learned about Jeffrey V Mitchell while doing a search for the lady's dead son and came across an article in the SAN FRANCISCO GATE by KATIE DOWD updated AUGUST 21, 2021. I read the facts of murder and they fit exactly with the sign the lady was using for information about her dead son. Although, at one point she claimed that was not how her son died and that he had actually died execution style in the woods in Sacramento, which was one of Tommy's stories that he must have retold himself or told someone else who told everyone else, and they later found out I also knew about it. They believed their own propaganda that I'm a snitch. That causes damages to me, my family, and Americans in general who not only hear this but have to pay for it. Knowing that they've been lied to about my being a Mexican rapist, and other things. Like a murderer and a pedophile... the continuance of it in itself speaks volumes as to their intent, while also claiming I'm none of those things as easily as lying about them.

I appreciate your concern and in anticipation of your order for an emergency injunction on the use of FISA technology to target me and my family, I thank you.
Respectfully,

JASON LANG

PS.
I recently learned THEODORE PERSICO JR was incarcerated and I had heard him over this surveillance, I believe, even though I do not know him personally. Upon information and belief I believe that my old bunkmate whose currently on PAROLE (LIFETIME) might be in danger as I have both heard his voice as well as possible THEODORE PERSICO's by the same people operating this surveillance. JOSHUA REDSICKER might also know THOMAS DONOVAN and in itself is damaging to the NYSDOCCS and the DEMOCRATIC PARTY and HILLARY CLINTON AND COMPANY. Who may possibly have influenced these releases while encouraging people whom I am affiliated with whom are accused of having a "connection" on the parole board.
But I believe that his incarceration might have been spurred by this surveillance in 2015, and possibly the reason that the defendant DONALD TRUMP lied about becoming aware of it in 2016 in TRUMP TOWERS, when I believe it was 2015.

Furthermore and frighteningly I believe he will lie further that he became aware of it I. General in 2016, rather than 2015, expedient upon my death and the death of my family.

Sent via Jason Lang's iPhone

Jason Lang
186 Hawley CT
Lockport, NY 14094

24-CW-19

Honorable
Elizabeth Wolford
RH Jackson CourtHouse
2 Niagara Square buffalo NY, 14202

BUFFALO NY 140
13 FEB 2024 PM 1 L

USDC - WDNY
FEB 15 2024
BUFFALO

14202-335050