JASON LANG
186 HAWLEY CT
LOCKPORT, NY
14094

15 MARCH 2024

HONORABLE ELIZABETH ANN WOLFORD
ROBERT H JACKSON
UNITED STATES COURTHOUSE
2 NIAGARA SQUARE
BUFFALO, NEW YORK 14202



RE: 24-CV-19
IMMEDIATE AND PERMANENT INJUNCTION

YOUR HONOR, I'm not only American born and reside in America as per 50 USC §1881 requires For my protection under the FOURTH AMENDMENT, but I am being alleged an informant by the FEDERAL BUREAU OF INVESTIGATION acting under the orders of HILLARY CLINTON & COMPANY, and I am being forcefully used in election interference of DONALD TRUMP who was a pet of this same surveillance in 2015 being told that I informed on THOMAS R DONOVAN JR for the murder of JEFFREY V MITCHELL and 2 other people in a cold case from 2006 in SACRAMENTO, CA. It is also being alleged that the case will remain cold for my protection as their snitch, as well as to cover up the murder of THOMAS R DONOVAN JR for it. As his death report from the NYSDOCCS is full of fraud including where he was born, and where he died. As there is no birth certificate for him in MOUNT KISCO, NY and his dead body did not go to the ULSTER COUNTY CORONER as per NYSDOCCS policy in 2017, and instead like a living inmate went to ELLENVILLE HOSPITAL, in contradiction to the report. I also know what's redacted from the report. They moved him to MONROE CORRECTIONAL CENTER in WASHINGTON DEPARTMENT OF CORRECTIONS because I saw him there when they violated my DOC and put me there. He as not the only person inside or outside of jail I saw from NY at the same time. I heard from these people that RHOMAS R DONOVAN JR "looked beat up" rather than died of an overdose. I also heard that his father was killed.
Furthermore. I have not only been electrocuted by this technology but I believe people like LEONARD FALZONE SR was killed by it and these law enforcement claim that I am their codefendant in the murder, because they claim I gave my name to MARY K MITCHELL in MONROE, WA when I came into her store to buy a ballast while I also told her THOMAS DONOVAN murdered her son and have been complicit in several murders.
The law has covered up lists of fake serial killed women I used without giving my name and only using the name THOMAS DONOVAN as if it were a after thought of mine while purchasing a ballast in front of a UPS witness, in JUNE 2015.
Shortly thereafter this surveillance started. They started telling DONALD TRUMP that I snitched on 3 letters and Implying these letters are MOB and that DONOVAN killed for the MOB (lying my own family is involved, and is also MOB, putting our lives in danger.) and that I snitched on it all and used him to conspire murder on THOMAS R DONOVAN JR and covering it up.
These facts are all public knowledge and verifiable without the evidence I have and enclosed.
Thank you for your swift consideration in help protecting my rights I was born with here in America, contrary to their claim.

Furthermore and frighteningly, in lieu of the above facts, these officers resort to outright fraud when I expose the facts. They claim I'm the anti christ and TRUMP guilty of starting REVELATIONS, and using dogma to make outlandish claims regarding life and death. As there are people that died via electrocution which they have claimed is the "RAPTURE", as well as claiming they are gods or ghosts, and the voices that I recognize are only in my mind, which was backed up by the defendants in this case. Even after I reported it numerous times after the death of someone else who reported hearing the voices, issuing the same threats I reported, threading the death of my mother specifically, I believe, because she shares the same first name as MARY K MITCHELL. Whose name was unknown to me when I filed the above lawsuit. I also cannot find her address despite looking exhaustively.

In the Matter of the Death of

Thomas Donovan,
an inmate of the
Shawangunk Correctional Facility

December 17, 2019

To: Honorable Anthony Annucci
Acting Commissioner
NYS Department of Corrections
And Community Supervision
The Harriman State Campus
1220 Washington Avenue
Albany, New York 12226

Allen Riley
*Chairman*

Thomas J. Loughren
*Commissioner*

80 South Swan Street, 12th Floor, Albany, New York 12210 | 518-485-2346 – phone | 518-485-2467 – fax | www.scoc.ny.gov

pursuant to Correction Law, section 47(1)(d), regarding the death of Thomas Donovan who died on February 27, 2017, while an inmate in the custody of the NYS Department of Corrections and Community Supervision at the Shawangunk Correctional Facility, the Commission has determined that the following final report be issued.

FINDINGS:

1. Thomas Donovan was a 37-year old white male who died on 2/27/17 of an acute Fentanyl overdose while in the custody of the New York State Department of Corrections and Community Supervision (NYS DOCCS) at Shawangunk Correctional Facility (CF).

2. Donovan reported that he was born in Mt. Kisco, NY. He had one brother and one child. He completed school through the 11th grade. At the time of his arrest, Donovan lived in Manhattan.

3. 

4. 

5. On 8/2/10, Donovan was convicted of Manslaughter 1st Degree and he was sentenced on 8/26/10 to 15 years in prison.

6. On 9/3/10, Donovan was admitted to NYS DOCCS and he was transferred to Five Points CF on 9/16/10.

7. 

8. On 10/28/14, Donovan was transferred to Shawangunk CF.

9. 

10. 

11. 



between his knees. Donovan was unresponsive to CO C.B.'s numerous verbal commands so CO C.B. initiated a medical emergency. The security response team and Sergeant D.M. immediately responded to D-1 block and entered Donovan's cell. CO S.S. checked Donovan for a pulse and respirations. No pulse was present and he was placed on the floor by responding officers. CPR and rescue breathing were initiated by CO S.S. and CO S.H. CO N.S. retrieved the AED and placed it on Donovan's chest. The AED advised no shock and CPR was continued.

14. At 6:26 p.m., Sergeant D.M. called for medical staff to respond immediately to the D-1 housing unit with a gurney. At approximately 6:30 p.m., RN M.S. arrived at Donovan's cell.



15.

**ACTIONS REQUIRED:**

That this case be closed as an accidental drug overdose from Fentanyl.

FINAL REPORT OF THOMAS DONOVAN Page | 4

WITNESS, HONORABLE THOMAS J. LOUGHREN, Commissioner, NYS Commission

ACTIONS REQUIRED:

That this case be closed as an accidental drug overdose from Fentanyl.

FINAL REPORT OF THOMAS DONOVAN Page | 4

WITNESS, HONORABLE THOMAS J. LOUGHREN, Commissioner, NYS Commission of Correction, Alfred E. Smith State Office Building, 80 South Swan Street, 12th Floor, in the City of Albany, New York 12210 on this 17th day of December, 2019.

Thomas J. Loughren
Commissioner & Chair
Medical Review Board

TLJ:RG:jdb
2017-M-0022
12/2019

cc:   Dr. John Morley, Deputy Commissioner Chief Medical Officer
      Joan Smith, Assistant Commissioner for Health Services
      Bryan Hilton, Assistant Commissioner for Mental Health
      Superintendent Jaifa Collado, Shawangunk CF

10:59
◀ Untitled

.ıl LTE

97

**Carolyn Nesbitt**  10:25 AM
To: jasonwlang@icloud.com

## Record for Mr. Donovan

Good morning,

I received your voicemail looking for a birth record for Mr. Donovan. After reviewing our records here, we do not have that record.

I hope this information is helpful.

Best,

*Carolyn Nesbitt*
Registrar of Vital Records
Village/Town of Mount Kisco
104 Main St.
Mount Kisco, NY  10549
(914)864-0014

MR. JASON W. LANG
186 HAWLEY CT.
LOCKPORT, NY 14094

ROCHESTER NY 144
16 MAR 2024 PM 1  L

24 cv 19

Honorable Elizabeth Wolford,
U.S. District Court for the Western
Dristrict of New York, 2 Niagara Square,
Buffalo, New York, 14202



USDC - WDNY
MAR 1 8 2024
BUFFALO

14202-335050